Alan Himmelfarb – SBN 90480
KAMBEREDELSON, LLC
2757 Leonis Boulevard
Vernon, CA 90058
(323) 585-8696

ATTORNEY FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAN VALENTINE, DALE MORENSEN, MELISSA BECKER, SAMUEL GREEN, SHERRON RIMPSEY, CHARLOTTE MIRANDA, FRANK MIRANDA, SAUL DERMER, WAYNE COPELAND, CRYSTAL REID, ANDREW PAUL MANARD, KATHLEEN KIRCH, TERRY KIRCH NEIL DEERING, PAUL DRISCOLL, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEBUAD, INC., a Delaware Corporation; BRESNAN COMMUNICATIONS, a New York Corporation; CABLE ONE, a Delaware Corporation; EMBARQ, a Delaware Corporation; KNOLOGY, a Delaware Corporation; WOW!, a Delaware Corporation; and JOHN DOES 1-20, corporations,<br><br>Defendants. | Case No.: 3:08-cv-05113-TEH<br><br>**STIPULATION REGARDING TIME FOR PLAINTIFFS' RESPONSE TO DEFENDANT NEBUAD, INC.'S MOTION TO DISMISS**<br><br>The Honorable Thelton E. Henderson |

1  Pursuant to Local Rule 6-1, Plaintiffs and Defendant NebuAd, Inc. ("NebuAd") hereby
2  stipulate and agree as follows:
3      1.   The time for Plaintiffs to file a response to NebuAd's Motion to Dismiss (Dkt. No.
4  4) is extended to January 30, 2009.
5      2.   Plaintiffs filed their complaint on November 10, 2008.
6      3.   NebuAd filed its Motion to Dismiss on December 22, 2008.
7      4.   This is the first request for an extension of time concerning a response to NebuAd's
8  Motion to Dismiss.
9      5.   The parties request this extension to allow Plaintiffs to better coordinate dates with
10 the responsive pleadings of all defendants.
11     6.   Plaintiff previously stipulated with defendants Bresnan Communications, Cable
12 One, CenturyTel, and Embarq to provide these defendants until January 16, 2009 to file a
13 responsive pleading or otherwise respond to Plaintiff's Complaint.
14     7.   This requested time modification will require the Court to reschedule the motion on
15 Defendant NebuAd's Motion to Dismiss, which is currently scheduled for January 26, 2009 at
16 10:00 a.m.  The parties propose that the Court reschedule the hearing for Monday, February 23,
17 2009 at 10:00 a.m.

Dated: January 5, 2009           By:    /s/
                                 ALAN HIMMELFARB
                                 KAMBEREDELSON, LLC

                                 Attorney for Plaintiffs


Dated: January 5, 2009           By:    /s/
                                 MELINDA M. MORTON
                                 BERGESON, LLP

                                      Attorney for Defendant NebuAd, Inc.

STIPULATION REGARDING TIME FOR           2                Case No. 3:08-cv-05113-TEH
PLAINTIFFS' RESPONSE TO DEFENDANT
NEBUAD, INC.'S MOTION TO DISMISS

Alan Himmelfarb – SBN 90480
KAMBEREDELSON, LLC
2757 Leonis Boulevard
Vernon, CA 90058
(323) 585-8696

ATTORNEY FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAN VALENTINE, DALE MORENSEN, MELISSA BECKER, SAMUEL GREEN, SHERRON RIMPSEY, CHARLOTTE MIRANDA, FRANK MIRANDA, SAUL DERMER, WAYNE COPELAND, CRYSTAL REID, ANDREW PAUL MANARD, KATHLEEN KIRCH, TERRY KIRCH NEIL DEERING, PAUL DRISCOLL, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEBUAD, INC., a Delaware Corporation; BRESNAN COMMUNICATIONS, a New York Corporation; CABLE ONE, a Delaware Corporation; EMBARQ, a Delaware Corporation; KNOLOGY, a Delaware Corporation; WOW!, a Delaware Corporation; and JOHN DOES 1-20, corporations,<br><br>Defendants. | Case No.: 3:08-cv-05113-TEH<br><br>**PROPOSED ORDER REGARDING TIME FOR PLAINTIFFS' RESPONSE TO DEFENDANT NEBUAD, INC.'S MOTION TO DISMISS**<br><br>The Honorable Thelton E. Henderson |

PROPOSED ORDER REGARDING TIME FOR         1                Case No. BC 397095
PLAINTIFFS' RESPONSE TO DEFENDANT
NEBUAD, INC.'S MOTION TO DISMISS

1    Now before the Court is Plaintiffs' and Defendant NebuAd, Inc.'s Stipulation Regarding
2 Time for Plaintiff's Response to Defendant NebuAd, Inc.'s Motion to Dismiss.  Upon
3 consideration of the stipulation, this Court is of the opinion that Plaintiffs shall have until
4 January 30, 2009 to respond to Defendant NebuAd, Inc.'s Motion to Dismiss.  The hearing on
5 Defendant NebuAd's Motion to Dismiss is hereby set for Monday, February 23, 2009 at 10:00
6 a.m.
7    PURSUANT TO STIPULATION, IT IS SO ORDERED.

9    Dated: _____          _____
                                    Hon. Thelton E. Henderson
10                                  United States District Judge

PROPOSED ORDER REGARDING TIME FOR         2              Case No. BC 397095
PLAINTIFFS' RESPONSE TO DEFENDANT
NEBUAD, INC.'S MOTION TO DISMISS