1  Alan Himmelfarb – SBN 90480
   KAMBEREDELSON, LLC
2  2757 Leonis Boulevard
   Vernon, CA 90058
3  (323) 585-8696

4  ATTORNEY FOR PLAINTIFFS

5

6              **UNITED STATES DISTRICT COURT**

7        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8                **SAN FRANCISCO DIVISION**

9

10  DAN VALENTINE, DALE MORENSEN,
    MELISSA BECKER, SAMUEL GREEN,
    SHERRON RIMPSEY, CHARLOTTE          Case No.: 3:08-cv-05113-TEH
11  MIRANDA, FRANK MIRANDA, SAUL
    DERMER, WAYNE COPELAND, CRYSTAL
12  REID, ANDREW PAUL MANARD,           ~~PROPOSED~~ **ORDER REGARDING TIME**
    KATHLEEN KIRCH, TERRY KIRCH NEIL    **FOR PLAINTIFFS' RESPONSE TO**
13  DEERING, PAUL DRISCOLL, individuals, on  **DEFENDANT NEBUAD, INC.'S MOTION**
    behalf of themselves and all others similarly  **TO DISMISS**
14  situated,

15                                       The Honorable Thelton E. Henderson
                  Plaintiffs,
16
    v.
17
    NEBUAD, INC., a Delaware Corporation;
18  BRESNAN COMMUNICATIONS, a New
    York Corporation; CABLE ONE, a Delaware
19  Corporation; EMBARQ, a Delaware
    Corporation; KNOLOGY, a Delaware
20  Corporation; WOW!, a Delaware Corporation;
    and JOHN DOES 1-20, corporations,
21
                  Defendants.
22

23

24

25

26

27

28  PROPOSED ORDER REGARDING TIME FOR            1                    Case No. BC 397095
    PLAINTIFFS' RESPONSE TO DEFENDANT
    NEBUAD, INC.'S MOTION TO DISMISS

1    Now before the Court is Plaintiffs' and Defendant NebuAd, Inc.'s Stipulation Regarding

2    Time for Plaintiff's Response to Defendant NebuAd, Inc.'s Motion to Dismiss.  Upon

3    consideration of the stipulation, this Court is of the opinion that Plaintiffs shall have until

4    January 30, 2009 to respond to Defendant NebuAd, Inc.'s Motion to Dismiss.  The hearing on

5    Defendant NebuAd's Motion to Dismiss is hereby set for Monday, March 2, 2009 at 10:00

6    a.m.

7         PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9         Dated: _____01/06/09_____



10                                                  Hon. Thelton E. Henderson
                                                   United States District Judge

11

12

13                                                  Judge Thelton E. Henderson

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   PROPOSED ORDER REGARDING TIME FOR              2                    Case No. BC 397095
     PLAINTIFFS' RESPONSE TO DEFENDANT
     NEBUAD, INC.'S MOTION TO DISMISS