1  SIMON J. FRANKEL (State Bar No. 171552)
   E-Mail: sfrankel@cov.com
2  E. DANIEL ROBINSON (State Bar No. 254458)
   E-Mail: drobinson@cov.com
3  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
4  San Francisco, California 94111
   Telephone:    (415) 591-6000
5  Facsimile:    (415) 591-6091

6  Attorneys for Defendant CABLE ONE

7  [ADDITIONAL PARTIES AND COUNSEL
   LISTED ON SIGNATURE PAGES]
8

9              UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

DAN VALENTINE, DALE MORTENSEN, | Civil Case No.: CV-08-5113 (TEH)
MELISSA BECKER, SAMUEL GREEN,
SHERRON RIMPSEY, CHARLOTTE
MIRANDA, FRANK MIRANDA, SAUL | **SECOND STIPULATION**
DERMER, WAYNE COPELAND, | **REGARDING TIME FOR**
CRYSTAL REID, ANDREW PAUL | **RESPONSIVE PLEADINGS AND**
MANARD, KATHLEEN KIRCH, TERRY | **[PROPOSED] ORDER**
KIRCH, NEIL DEERING, PAUL | **EXTENDING TIME FOR**
DRISCOLL, individuals, on behalf of | **RESPONSIVE PLEADINGS**
themselves and all others similarly situated,

    Plaintiffs,                          The Honorable Thelton E. Henderson

       v.

NEBUAD, INC., a Delaware Corporation;
BRESNAN COMMUNICATIONS, a New
York Corporation; CABLE ONE, a
Delaware Corporation; CENTURYTEL, a
Texas Corporation; EMBARQ, a Delaware
Corporation; KNOLOGY, a Delaware
Corporation; WOW!, a Delaware
Corporation; AND JOHN DOES 1-20,
corporations Defendants.

    Defendants

1           Pursuant to Local Rule 6-1, Plaintiffs and Defendants Bresnan Communications,

2   Cable One, CenturyTel, Embarq, Knology, and WOW! (collectively, the "ISP Defendants")

3   hereby stipulate and agree as follows:

4           1.     The time for the ISP Defendants to file a responsive pleading or

5   otherwise respond to Plaintiffs' Complaint is extended to January 30, 2009.

6           2.     The ISP Defendants agree to use their best efforts to ensure that they are

7   not required to file a responsive pleading or otherwise respond to any other complaint that arises

8   out of the facts alleged in this action until 5 days after they have filed a responsive pleading or

9   other response to Plaintiffs' Complaint in this case.  If, notwithstanding such best efforts, an ISP

10  Defendant's motion to any court for an extension of the time in which to file its responsive

11  pleading or other response to another complaint is denied, ISP Defendants agree to file their

12  responsive pleading or other response in this case at least 1 day before their responsive pleading

13  or other response in the other case.

14

15  Dated:  January 14, 2009          By: _____/s/_____

16                                    Alan Himmelfarb
                                      KAMBEREDELSON LLC

17                                    Attorneys for Plaintiffs

18

19  Dated:  January 14, 2009          By: _____/s/_____

20                                    Thomas R. Burke
                                      DAVIS WRIGHT TREMAINE LLP

21                                    Attorneys for Defendant
                                      BRESNAN COMMUNICATIONS

22

23

24  Dated:  January 14, 2009          By: _____/s/_____
                                      Simon J. Frankel
                                      COVINGTON & BURLING LLP

25

26                                    Attorneys for Defendant
                                        CABLE ONE

27

28

| | | |
|---|---|---|
| Dated: January 14, 2009 | By: | /s/ |
| | | C. Brandon Wisoff |
| | | FARELLA, BRAUN & MARTEL LLP |

David A. Handzo
JENNER & BLOCK, LLP

Attorneys for Defendants
CENTURY TEL and EMBARQ

Dated: January 14, 2009          By: _____/s/_____
                                     David T. Biderman
                                     PERKINS COIE LLP

Attorneys for Defendants
KNOLOGY and WOW!

## [~~PROPOSED~~] ORDER

Pursuant to the above stipulation, IT IS SO ORDERED.

Dated: 01/15/09                    _____
                                   The Hon. Thelton E. Henderson
                                   United States District Judge

SECOND STIPULATION REGARDING TIME FOR
RESPONSIVE PLEADINGS AND [PROPOSED] ORDER                3
EXTENDING TIME FOR RESPONSIVE PLEADINGS
Civil Case No.: CV-08-5113 (TEH)