1    Douglas R. Young (State Bar No. 073248)
        dyoung@fbm.com
2    C. Brandon Wisoff (State Bar No. 121930)
        bwisoff@fbm.com
3    Farella Braun + Martel LLP
     235 Montgomery Street, 17th Floor
4    San Francisco, CA  94104
     Telephone:  (415) 954-4400
5    Facsimile:  (415) 954-4480

6    David A. Handzo (Admitted *Pro Hac Vice*)
        dhandzo@jenner.com
7    Jenner & Block LLP
8    1099 New York Avenue, N.W.
     Suite 900
9    Washington, DC 20001
     Telephone:  (202) 639-6000
10   Facsimile:   (202) 649-6066

11   Attorneys for Defendants
12   CENTURYTEL and EMBARQ

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16

17

18   DAN VALENTINE, et al,                    Case No. CV-08-5113 (TEH)

19                   Plaintiffs,              **STIPULATION AND [~~PROPOSED~~]**
                                              **ORDER REGARDING PAGE LIMITS**
20          vs.

21   NEBUAD, INC., a Delaware Corporation;
     et al.
22

23                   Defendants.

24

25          Plaintiff and defendants Embarq and CenturyTel hereby stipulate as follows:

26          1.       Defendants Embarq and CenturyTel have responsive pleadings due on January 30,

27   2009, and intend to file a motion to dismiss plaintiffs' claims against them.  The complaint

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**STIP. & [PROP.] ORDER RE PAGE LIMITS**
Case No. cv-08-5113 9 (TEH)
46944.2                                                                          23981\1852812.1

1  contains seven causes of action, as plaintiffs bring claims under the Electronic Communications

2  Privacy Act, the Computer Fraud of Abuse Act, the California Invasion of Privacy Act, and the

3  California Computer Crime Law, as well as aiding and abetting, civil conspiracy, and unjust

4  enrichment claims.  Defendants Embarq and CenturyTel intend to move to dismiss all seven

5  claims.  Defendants Embarq and CenturyTel also intend to move to dismiss the action against

6  them on the grounds that the Court lacks personal jurisdiction over them.

7        2.     Rather than prepare two separate briefs for the two defendants, Embarq and

8  CenturyTel believe that the issues can be addressed more efficiently, saving resources for both the

9  parties and the Court, in a single consolidated brief on behalf of both of them.  Although Embarq

10  and CenturyTel were separate entities at the time of the actions at issue in this case, they have

11  since agreed to merge and have retained the same counsel for this action, making consolidated

12  briefing more feasible.  Similarly, plaintiffs believe that they can more efficiently oppose the

13  motions of Embarq and CenturyTel in a single consolidated opposition to those two defendants'

14  motions.

15        3.     Although there is significant overlap between the issues raised in a consolidated

16  motion by Embarq and CenturyTel, the two defendants have slightly different facts with respect

17  to their personal jurisdiction arguments, and the laws of different states may apply, and will be

18  addressed, with respect to certain of plaintiffs' claims.  Accordingly, in order to facilitate the

19  preparation of a single memorandum on behalf of Embarq and CenturyTel, and plaintiffs'

20  preparation of a single opposition to that joint motion, the undersigned parties believe that an

21  extension of the Court's 25-page limit on memoranda would result in more efficient briefing and

22  reduce the expenditure of resources by the parties and the Court.

23        4.     In order to facilitate the filing of single motion and a single opposition with respect

24  to Embarq's and CenturyTel's motion to dismiss plaintiffs' complaint, defendants Embarq and

25  CenturyTel thus respectfully request, and plaintiffs do not object, that the Court permit Embarq,

26  CenturyTel, and the plaintiffs to file briefs that exceed the page limits by 5 pages.

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. & [PROP.] ORDER RE PAGE LIMITS
Case No. CV-08-5113 (THE)
46944.2

- 2 -

23981\1852812.1

1     SO STIPULATED.

2     DATED:  January 28, 2009.                    FARELLA BRAUN + MARTEL LLP

3

4                                                  By:  _____/s/_____
                                                              C. Brandon Wisoff
5
                                                        David A. Handzo
6                                                       JENNER & BLOCK LLP

7                                                  Attorneys for Defendants
                                                   CENTURYTEL and EMBARQ
8
                                                   I hereby attest that I have received authority
9                                                  from the other counsel signatories to file this
                                                   document.
10

11

12    DATED:  January 28, 2009.                    KAMBEREDELSON LLC

13

14                                                 By:  _____/s/_____
                                                              Alan Himmelfarb
15
                                                   Attorneys for Plaintiffs
16

17                                   [PROPOSED] ORDER

18            Pursuant to the aforementioned stipulation of the parties, and in order to facilitate the

19    filing of a single motion to dismiss by defendants CenturyTel and Embarq, and a single

20    opposition with respect to that motion by plaintiffs, it is hereby ordered that the memorandum in

21    support of Embarq's and CenturyTel's motion to dismiss, and the memorandum in opposition to

22    that motion by plaintiffs, shall be no longer than 30 pages.

23            **SO ORDERED**

24

25

26    January 29, 2009

27                                                 Hon. Thelto
                                                   U.S. District   Judge Thelton E. Henderson
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

25981\1852812.1