United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VALENTINE, DALE MORTENSEN, MELISSA BECKER, SAMUEL GREEN, SHERRON RIMPSEY, CHARLOTTE MIRANDA, FRANK MIRANDA, SAUL DERMER, WAYNE COPELAND, CRYSTAL REID, ANDREW PAUL MANARD, KATHLEEN KIRCH, TERRY KIRCH NEIL DEERING, PAUL DRISCOLL, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEBUAD, INC., a Delaware Corporation; BRESNAN COMMUNICATIONS, a New York Corporation; CABLE ONE, a Delaware Corporation; EMBARQ, a Delaware Corporation; KNOLOGY, a Delaware Corporation; WOW!, a Delaware Corporation; and JOHN DOES 1-20, corporations,<br><br>Defendants. | NO. C 08-cv-05113-TEH<br><br><u>ORDER REFERRING MOTION TO A MAGISTRATE JUDGE AND STAYING HEARING</u> |

The Court is in receipt of the Defendants' Motions to Dismiss and Motion to Compel Arbitration, as well as Plaintiffs' Motion for Leave to Conduct Immediate Jurisdictional Discovery. In light of Plaintiffs' Motion, the hearings currently scheduled for March 9 are hereby STAYED pending resolution of the instant motion for jurisdictional discovery. The briefing schedule for those motions is STAYED pending resolution of the Motion for Jurisdictional Discovery. The Court will set a new briefing schedule and hearing date on

Defendants' motions once the Motion for Jurisdictional Discovery is resolved. The Motion for Jurisdictional Discovery will be randomly assigned to a magistrate judge.

**IT IS SO ORDERED.**

Dated: February 19, 2009

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT