1  THOMAS R. BURKE (CA State Bar No. 141930)
   DAVIS WRIGHT TREMAINE LLP
2  One Embarcadero Center, Suite 600
   San Francisco, California  94111
3  Telephone:     (415) 276-6500
   Facsimile:     (415) 276-6599
4  Email:         thomasburke@dwt.com

5  JOHN D. SEIVER (admitted *Pro Hac Vice*)
   ADAM S. CALDWELL (admitted *Pro Hac Vice*)
6  RONALD G. LONDON (admitted *Pro Hac Vice*)
   ELIZABETH A. DROGULA (admitted *Pro Hac Vice*)
7  DAVIS WRIGHT TREMAINE LLP
   1919 Pennsylvania Avenue, NW, Suite 200
8  Washington, DC 20006
   Telephone:     (202) 973-4200
9  Facsimile:     (202) 973-4499
   Email:         johnseiver@dwt.com
10
   Attorneys for Defendant BRESNAN COMMUNICATIONS, INC.
11
   [ADDITIONAL PARTIES AND COUNSEL
12 LISTED ON SIGNATURE PAGES]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| DAN VALENTINE, *et al.*, | Case No. C08 05113 TEH (EMC) |
| Plaintiffs, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE TO A DATE THIRTY DAYS AFTER THE RESOLUTION OF THE DEFENDANTS' PENDING MOTIONS TO DISMISS** |
| NEBUAD, INC., *et al.* | |
| Defendants. | |
| | Complaint Filed: November 10, 2008 |
| | Trial Date: None Set |

Pursuant to Local Rule 6-1, Plaintiffs and Defendants Bresnan Communications, Cable One, CenturyTel, Embarq, Knology, and WOW! (collectively, the "ISP Defendants") and Defendant NebuAd hereby stipulate and agree as follows:

1. This putative class action complaint proceeding was filed on November 10, 2008. That same day the Court issued an Order scheduling the Initial Case Management Conference for February 23, 2009. (DE #2) Other deadlines (including the times to "meet and confer," file an ADR certification and stipulation, file a Rule 26(f) Report, make initial disclosures, and file a Joint Case Management Statement, were set for February 2 and 16, 2009. (DE # 2)

2. On December 22, 2008 Defendant NebuAd filed a motion to dismiss. (DE # 4) In addition, stipulations extending the ISP Defendants' response dates and rescheduling the hearing on Defendant NebuAd's motion were filed in December and early January (DE ## 3, 7 and 8).

3. Thereafter, on January 6, 2009, the Clerk issued a Notice rescheduling the Initial Case Management Conference for April 6, 2009, which automatically moved the other deadlines to March 16 and 30, 2009. (DE # 9)

4. On January 30, ISP Defendants each filed Motions to Dismiss (DE ##  40, 44, 51, 52,) and Defendant Bresnan filed a Motion to Compel Arbitration. (DE #  42) Hearings on all motions were noticed for March 9. On February 13 Plaintiffs filed their Motion for Jurisdictional Discovery (DE # 64) which was noticed for hearing on March 23. Plaintiffs thereafter filed oppositions to Defendant NebuAd's and the ISP Defendants' motions, referencing their Motion for Jurisdictional Discovery (DE ##  65, 66 and 67)

5. The Court then stayed the Defendants' motions (DE # 70) and on February 20 referred the Plaintiffs' Motion for Jurisdictional Discovery to Magistrate Judge Edward Chen.

1

Stipulation and [Proposed] Order Rescheduling Initial Case Management Conference

Case No. C08 05113 THE (EMC)

(DE #71)  Judge Chen rescheduled the hearing on Plaintiffs' Motion for Jurisdictional Discovery to March 25. (DE #72)

6.     By Order dated March 26, 2009 (DE # 90), Judge Chen ruled that Plaintiffs may take jurisdictional discovery of Defendant NebuAd informally, which is to be completed within thirty (30) days of the Order.  (DE # 90, ¶ 1)  At the hearing (Judge Chen also directed that Plaintiffs may commence merits discovery of Defendant NebuAd only.  (DE # # 90, ¶ 2;  94 (minute order))  Judge Chen ruled that no initial disclosures between the Plaintiffs and the ISP Defendants may be had, and no discovery against the ISP Defendants may commence, until after the court resolves the pending motions to dismiss. (DE # 90, ¶¶ 3, 5)

7.     To that end, Judge Chen directed Plaintiffs to file their oppositions to the motions to dismiss within forty-five (45) days of the Order and that the ISP Defendants file their replies 14 days thereafter.  (DE # 90, ¶ 4)

8.     Because the Defendants' motions to dismiss and compel arbitration are being stayed pending Plaintiffs' receipt of jurisdictional discovery and the parties' completion of the briefing on the Defendants' pending motions to dismiss, which will likely extend into May, it would be unnecessary and wasteful for the parties to discuss initial disclosures, case management, ADR, and related issues, or prepare a Case Management Statement prior to the resolution of Defendants' motions to dismiss.  However, unless the initial Case Management Conference is rescheduled, the parties would have to appear for the initial Case management Conference next week, well before the hearing on or resolution of the Defendants' motions to dismiss.  Judge Chen urged the parties to stipulate to delaying the case management conference. (DE # 93  (transcript) at pp. 51-54 )

9.     Accordingly, the Parties hereby stipulate to rescheduling the initial Case Management Conference to a date thirty (30) days after the resolution of Defendants' motions to dismiss.

2

Stipulation and [Proposed] Order Rescheduling Initial Case Management Conference

Case No. C08 05113 TEH (EMC)

Dated: April 1, 2009  By: _____/s/_____
Alan Himmelfarb
KAMBEREDELSON LLC
Attorneys for Plaintiffs

Dated: April 1, 2009  By: _____/s/_____
John D. Seiver
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant
BRESNAN COMMUNICATIONS

Dated: April 1, 2009  By: _____/s/_____
Simon J. Frankel
COVINGTON & BURLING LLP
Attorneys for Defendant
CABLE ONE

Dated: April 1, 2009  By: _____/s/_____
David A. Handzo
JENNER & BLOCK, LLP
Attorneys for Defendants
CENTURY TEL and EMBARQ

Dated: April 1, 2009  By: _____/s/_____
Troy Sauro
PERKINS COIE LLP
Attorneys for Defendants
KNOLOGY and WOW!

Dated: April 1, 2009  By: _____/s/_____
Thomas E. Gilbertsen
KELLEY DRYE & WARREN LLP
Attorney for Defendant NebuAd, Inc.

**[PROPOSED] ORDER**

Pursuant to the above stipulation, IT IS SO ORDERED.

Dated: ___04/02___, 2009   _____
The Hon. Thelton E. Henderson
United States District Judge

*[Signature: Judge Thelton E. Henderson]*
*[Seal: United States District Court, Northern District of California]*

3

Stipulation and [Proposed] Order Rescheduling Initial Case Management Conference

Case No. C08-05113 TEH (EMC)

DAVIS WRIGHT TREMAINE LLP