1  DANIEL J. BERGESON, ESQ., Bar No. 105439
   dbergeson@be-law.com
2  MELINDA M. MORTON, Bar No. 209373
   mmorton@be-law.com
3  BERGESON, LLP
   303 Almaden Blvd., Suite 500
4  San Jose, CA  95110
   Phone:  (408) 291-6200
5  Fax:  (408) 297-6000

6  THOMAS E. GILBERTSEN (Admitted *Pro Hac Vice*)
   tgilbertsen@kelleydrye.com
7  KELLEY DRYE & WARREN LLP
   Washington Harbour, Suite 400
8  3050 K Street, NW
   Washington, DC  20007-5108
9  Phone:  (202) 342-8400
   Fax:  (202) 342-8451
10

   Attorneys for Defendant,
11 NebuAd, Inc.

12
                    IN THE UNITED STATES DISTRICT COURT
13                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
                           SAN FRANCISCO DIVISION
14

15
| | |
|---|---|
| DAN VALENTINE, DALE MORTENSEN, MELISSA BECKER, SAMUEL GREEN, SHERRON RIMPSEY, CHARLOTTE MIRANDA, FRANK MIRANDA, SAUL DERMER, WAYNE COPELAND, CRYSTAL REID, ANDREW PAUL MANARD, KATHLEEN KIRCH, TERRY KIRCH, NEIL DEERING, PAUL DRISCOLL, individuals, on behalf of themselves and all others similarly situated,<br>　　　　　　Plaintiffs,<br>　v.<br>NEBUAD, INC., a Delaware Corporation, BRESNAN COMMUNICATIONS, a New York Corporation, CABLE ONE, a Delaware Corporation, CENTURYTEL, a Texas Corporation, EMBARQ, a Delaware Corporation, KNOLOGY, a Delaware Corporation, WOW!, a Delaware Corporation, AND JOHN DOES 1-20, Corporations,<br>　　　　　　Defendants. | CASE NO. 3:08-cv-05113 (TEH)(EMC)<br><br>**NEBUAD, INC.'S NOTICE OF ASSIGNMENT FOR THE BENEFIT OF CREDITORS** |

NEBUAD, INC.'S NOTICE OF ASSIGNMENT FOR THE                                  3:08-CV-05113 (TEH)(EMC)
BENEFIT OF CREDITORS

KELLEY DRYE &
WARREN LLP
WASHINGTON HARBOUR,
SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007

Please take notice that on May 15, 2009, the board of directors of defendant NebuAd, Inc. executed an assignment for the benefit of creditors and, by virtue of CAL. CIV. PROC. CODE § 493.010, all of NebuAd, Inc.'s assets have been transferred to NebuAd (assignment for the benefit of creditors), LLC.

Respectfully submitted,

Dated: May 15, 2009    KELLEY DRYE & WARREN LLP

By:  /s/
THOMAS E. GILBERTSEN
(admitted *pro hac vice*)
Attorney for Defendant, NebuAd, Inc.

Dated: May 18, 2009    BERGESON, LLP

By:  /s/
MELINDA M. MORTON
Attorney for Defendant, NebuAd, Inc.