UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VALENTINE, *et al.*, | No. C-08-5113 TEH (EMC) |
| Plaintiffs, | |
| v. | **ORDER SETTING CONFERENCE CALL RE DISCOVERY DISPUTE** |
| NEBUAD, INC., *et al.*, | **(Docket No. 117)** |
| Defendants. _____/ | |

     Plaintiffs and NebuAd have submitted a joint letter requesting a conference call to address a discovery dispute regarding NebuAd's documents. *See* Docket No. 117. The Court hereby sets this discovery dispute for a telephonic hearing on **May 20, 2009, at 10:30 a.m.** Plaintiffs and NebuAd shall contact Courtroom Deputy Betty Lee (at 415-522-2034) by May 19, 2009, to provide her with the names and telephone numbers for the attorneys who will be participating in the conference call. If any of the ISP Defendants wish to participate in the conference call, they must also contact Ms. Lee by the same date and provide the names and telephone numbers for their attorneys.

     IT IS SO ORDERED.

Dated: May 18, 2009

                                                                                   EDWARD M. CHEN
United States Magistrate Judge