THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

JOHN D. SEIVER (admitted *Pro Hac Vice*)
ADAM S. CALDWELL (admitted *Pro Hac Vice*)
RONALD G. LONDON (admitted *Pro Hac Vice*)
ELIZABETH A. DROGULA (admitted *Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
Email: johnseiver@dwt.com

Attorneys for Defendant BRESNAN COMMUNICATIONS, INC.

[ADDITIONAL PARTIES AND COUNSEL LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAN VALENTINE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> NEBUAD, INC., *et al.* <br><br> Defendants. | Case No. C08 05113 TEH (EMC) <br><br> **STIPULATION REGARDING TIME FOR FILING REPLIES AND [PROPOSED] ORDER EXTENDING TIME FOR FILING REPLIES ON DEFENDANTS' PENDING MOTIONS** <br><br> Complaint Filed: November 10, 2008 <br> Trial Date: None Set |

Pursuant to Local Rule 6-1, Plaintiffs, Defendants Bresnan Communications, Cable One, CenturyTel, Embarq, Knology, and WOW! (collectively, the "ISP Defendants"), and Defendant NebuAd hereby stipulate and agree as follows:

1. This putative class action complaint proceeding was filed on November 10, 2008. On December 22, 2008 Defendant NebuAd filed a motion to dismiss. (DE # 4) On January 30, ISP Defendants each filed Motions to Dismiss (DE ## 40, 44, 51, 52) and Defendant Bresnan filed a Motion to Compel Arbitration. (DE # 42)

2. Hearings on these motions were originally noticed for March 9. On February 13 Plaintiffs filed their Motion for Jurisdictional Discovery (DE # 64) which was noticed for hearing on March 23. Plaintiffs thereafter filed oppositions to Defendant NebuAd's and the ISP Defendants' motions, referencing their Motion for Jurisdictional Discovery (DE ## 65, 66 and 67)

3. The Court then stayed the Defendants' motions (DE # 70) and on February 20 referred the Plaintiffs' Motion for Jurisdictional Discovery to Magistrate Judge Edward Chen. (DE #71) Judge Chen rescheduled the hearing on Plaintiffs' Motion for Jurisdictional Discovery to March 25. (DE #72)

4. After hearing, and by Order dated March 26, 2009 (DE # 90), Judge Chen ruled that Plaintiffs could take jurisdictional discovery of Defendant NebuAd informally, which was to be completed within thirty (30) days of the Order. (DE # 90, ¶ 1) Judge Chen also directed Plaintiffs to file their oppositions to the motions to dismiss within forty-five (45) days of the Order and that the ISP Defendants file their replies 14 days thereafter. (DE # 90, ¶ 4)

5. Plaintiffs filed their consolidated Opposition to the ISP Defendants' Motions to Dismiss, and Declaration of Alan Himmelfarb in redacted form on May 8, 2009. (DE # #110, 111)

1

Stipulation and [Proposed] Order Rescheduling Initial Case Management Conference

Case No. C08 05113 TEH (EMC)

DAVIS WRIGHT TREMAINE LLP

Plaintiffs served the unredacted version on May 11, 2009, and filed the unredacted version under seal on May 12, 2009. (DE # 120) Because Bresnan sought to keep the briefing schedule on its motion to compel arbitration the same as the motions to dismiss, Plaintiffs filed their opposition to Bresnan's motion to compel arbitration on May 8, 2009 (DE # 109). Thereafter, Defendant NebuAd filed a Notice of Assignment for the Benefit of Creditors (DE # 118), a Motion to Stay proceedings (DE # 122), and NebuAd's counsel filed a motion to withdraw as attorney. (DE # 121) The Court, per Magistrate Chen, also scheduled a conference call for May 19, 2009 (DE # 119) on issues raised by Plaintiffs' letter of May 17, 2009 (DE # 117) with respect to NebuAd's Notice of Assignment and further discovery of NebuAd.

6. On the existing schedule, the ISP Defendants replies would be due May 22, 2009. In order to consider the impact of Defendant NebuAd's filings, the ISP Defendants asked for and Plaintiffs agreed to a short extension of time to file their replies in support of the pending motions. This was raised during the telephone conference. The motions have not yet been noticed for hearing.

7. Accordingly, the Parties hereby stipulate that the time for the ISP Defendants to file their replies in support of the motions to dismiss is extended to May 28, 2009.

Dated: May 21, 2009      By:      /s/
                                  Alan Himmelfarb
                                  KAMBEREDELSON LLC
                                  Attorneys for Plaintiffs

Dated: May 21, 2009      By:      /s/
                                  John D. Seiver
                                  DAVIS WRIGHT TREMAINE LLP
                                  Attorneys for Defendant
                                  BRESNAN COMMUNICATIONS

Dated: May 21, 2009      By:      /s/
                                  Simon J. Frankel
                                  COVINGTON & BURLING LLP
                                  Attorneys for Defendant
                                  CABLE ONE

2

Stipulation and [Proposed] Order Rescheduling Initial Case Management Conference     Case No. C08 05113 TEH (EMC)

| | | |
|---|---|---|
| Dated: May 21, 2009 | By: | /s/ |
| | | David A. Handzo |
| | | JENNER & BLOCK, LLP |
| | | Attorneys for Defendants |
| | | CENTURY TEL and EMBARQ |
| Dated: May 21, 2009 | By: | /s/ |
| | | Troy Sauro |
| | | PERKINS COIE LLP |
| | | Attorneys for Defendants |
| | | KNOLOGY and WOW! |
| Dated: May 21, 2009 | By: | /s/ |
| | | Thomas E. Gilbertsen |
| | | KELLEY DRYE & WARREN LLP |
| | | Attorney for Defendant NebuAd, Inc. |

### [PROPOSED] ORDER

Pursuant to the above stipulation, IT IS SO ORDERED.

Dated: __May 26__, 2009

_____
The Hon. Edward M. Chen
United States Magistrate Judge