IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAN VALENTINE, *et al.*,

              Plaintiffs,

   v.

NEBUAD, INC., *et al.*,

              Defendants.

NO. C 08-cv-05113-TEH

ORDER REGARDING DISCOVERY

      The Court is in receipt of the Motions for Leave to Conditionally Withdraw as Counsel and for Stay of counsel to Defendant NebuAd, Plaintiffs' Opposition, and NebuAd's counsel's Reply. While the Court is deliberating on the pending motions, the Court orders that discovery proceed in this matter. The Court will entertain any motions of Plaintiffs to compel response to propounded discovery requests, and will likewise entertain any motion of Plaintiffs to join the officers and directors of NebuAd in their individual capacity, so as to facilitate discovery. Moreover, in light of the necessity to ensure that all relevant documents remain available for Plaintiffs' discovery, the Court orders that all parties preserve all documents potentially relevant to the pending litigation. From this point forward, the destruction of any potentially relevant document will be in violation of this Court's order.

**IT IS SO ORDERED.**

Dated: June 24, 2009

                                        THELTON E. HENDERSON, JUDGE
                                        UNITED STATES DISTRICT COURT