Douglas R. Young (State Bar No. 073248)
    dyoung@fbm.com
C. Brandon Wisoff (State Bar No. 121930)
    bwisoff@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone: (415) 954-4400
Facsimile:  (415) 954-4480

David A. Handzo (Admitted *Pro Hac Vice*)
    dhandzo@jenner.com
Matthew S. Hellman (Admitted *Pro Hac Vice*)
    mhellman@jenner.com
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC  20001
Telephone: (202) 639-6000
Facsimile:  (202) 639-6066

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAN VALENTINE, et al.,<br><br>                    Plaintiffs,<br>     vs.<br><br>NEBAUD, INC., et al.,<br><br>                    Defendants. | Civil Case No.: CV-08-5113 TEH (EMC)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING DATE OF**<br>**HEARING FOR MOTIONS TO DISMISS**<br><br>Hon. Thelton E. Henderson<br><br>Complaint Filed:      Nov. 10, 2008<br>Current Hearing Date:   July 13, 2009 |

Stipulation and [Proposed] Order Regarding                                  Case No. 08-5133 TEH (EMC)
Date of Hearing for Motions to Dismiss
23981\1979936.1

**STIPULATION REGARDING DATE
OF HEARING FOR MOTIONS TO DISMISS**

Pursuant to Local Rule 6-1, Plaintiffs, Defendants Bresnan Communications, Cable One, CenturyTel, Embarq, Knology, and WOW! (collectively, the "ISP Defendants"), and Defendant NebuAd hereby stipulate and agree as follows:

1. This putative class action complaint proceeding was filed on November 10, 2008. On December 22, 2008, Defendant NebuAd filed a Motion to Dismiss. DE # 4. On January 30, 2009, the ISP Defendants each filed Motions to Dismiss, DE ## 40, 44, 51, 52, and Defendant Bresnan Communications filed a Motion to Compel Arbitration, DE # 42.

2. Hearings on these motions were originally noticed for March 9, 2009. On February 13, 2009, Plaintiffs filed a Motion for Jurisdictional Discovery, DE # 64, which was noticed for hearing on March 23, 2009. Plaintiffs thereafter filed Oppositions to Defendant NebuAd's and the ISP Defendants' motions, referencing their Motion for Jurisdictional Discovery. DE ## 65-67.

3. The Court then stayed the Defendants' motions, DE # 70, and on February 20, 2009, referred the Plaintiffs' Motion for Jurisdictional Discovery to Magistrate Judge Edward Chen, DE # 71. Judge Chen rescheduled the hearing on Plaintiffs' Motion for Jurisdictional Discovery to March 25, 2009. DE # 72.

4. After that hearing, and by Order dated March 26, 2009, Judge Chen ruled that Plaintiffs could take jurisdictional discovery of Defendant NebuAd and that such discovery was to be completed within thirty (30) days of the Order. DE # 90 ¶ 1. Judge Chen also ruled that Plaintiffs were required to file their Oppositions to the Motions to Dismiss within forty-five (45) days of the Order and that the ISP Defendants were required to file their Replies to Plaintiffs' Oppositions fourteen (14) days thereafter. DE # 90 ¶ 4.

5. Plaintiffs filed their Consolidated Opposition to the ISP Defendants' Motions to Dismiss and Declaration of Alan Himmelfarb, as well as their Opposition to Bresnan's Motion to Compel Arbitration, on May 8, 2009. DE ## 109-11. The ISP Defendants filed their Replies to Plaintiffs' Opposition, DE ## 128, 130, 132, 134, and Defendant Bresnan Communications filed a

1

Reply to Plaintiffs' Opposition to Bresnan's Motion to Compel Arbitration, DE # 126, on May 28, 2009.  Thereafter, this Court noticed the hearing regarding the Motions to Dismiss for July 13, 2009. DE # 135.

      6. Lead counsel for CenturyTel and Embarq is unavailable on July 13, 2009 because of personal commitments.  Accordingly, the parties hereby stipulate that the hearing date be moved to July 27, 2009.

Dated:  June 25, 2009     By:    /s/
Alan Himmelfarb
KAMBEREDELSON LLC
Attorneys for Plaintiffs

Dated:  June 25, 2009     By:    /s/
John D. Seiver
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant
BRESNAN COMMUNICATIONS

Dated:  June 25, 2009     By:    /s/
Simon J. Frankel
COVINGTON & BURLING LLP
Attorneys for Defendant
CABLE ONE

Dated:  June 25, 2009     By:    /s/
David A. Handzo
JENNER & BLOCK LLP
Attorneys for Defendant
CENTURYTEL and EMBARQ

Dated:  June 25, 2009     By:    /s/
Troy Sauro
PERKINS COIE LLP
Attorneys for Defendant
KNOLOGY and WOW!

Dated:  June 25, 2009     By:    /s/
Thomas E. Gilbertsen
KELLEY DRYE & WARREN LLP
Attorneys for Defendant
NEBUAD, INC.

Dated: June 26, 2009.                                FARELLA BRAUN & MARTEL LLP


                                                     By: _____/s/_____
                                                          C. Brandon Wisoff

                                                     Attorneys for Defendants
                                                     CENTURYTEL and EMBARQ

                                                     *I hereby attest that I have received authority from the other counsel signatories to file this document.*

## [~~PROPOSED~~] ORDER

   Pursuant to the above stipulation, IT IS SO ORDERED.


Dated: _____, 2009       _____
                                     The Honorable Thelton E. Henderson

3