DANIEL J. BERGESON, ESQ., Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Blvd., Suite 500
San Jose, CA  95110
Phone:  (408) 291-6200
Fax:  (408) 297-6000

THOMAS E. GILBERTSEN (Admitted *Pro Hac Vice*)
tgilbertsen@kelleydrye.com
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC  20007-5108
Phone: (202) 342-8400
Fax: (202) 342-8451

Attorneys for Defendant,
NebuAd, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAN VALENTINE, DALE MORTENSEN, MELISSA BECKER, SAMUEL GREEN, SHERRON RIMPSEY, CHARLOTTE MIRANDA, FRANK MIRANDA, SAUL DERMER, WAYNE COPELAND, CRYSTAL REID, ANDREW PAUL MANARD, KATHLEEN KIRCH, TERRY KIRCH, NEIL DEERING, PAUL DRISCOLL, individuals, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>      v.<br><br>NEBUAD, INC., a Delaware Corporation, BRESNAN COMMUNICATIONS, a New York Corporation, CABLE ONE, a Delaware Corporation, CENTURYTEL, a Texas Corporation, EMBARQ, a Delaware Corporation, KNOLOGY, a Delaware Corporation, WOW!, a Delaware Corporation, AND JOHN DOES 1-20, Corporations,<br><br>              Defendants. | CASE NO. 3:08-cv-05113 (TEH)(EMC)<br><br>**STIPULATION AND [Proposed] ORDER GOVERNING DISCOVERY OF INTERNET SERVICE PROVIDER INFORMATION IN THE FILES OF DEFENDANT NEBUAD, INC.** |

[STIPULATION AND [Proposed] ORDER GOVERNING DISCOVERY

3:08-CV-05113 (TEH)(EMC)

KELLEY DRYE & WARREN LLP
WASHINGTON HARBOUR,
SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007

Pursuant to the May 20, 2009 hearing before the Honorable Judge Edward M. Chen, the parties, by and through their respective counsel of record, do hereby stipulate and agree as follows:

1. On or before July 8, 2009, counsel for NebuAd, Inc. ("NebuAd") shall provide a copy of this Order to all non-party Internet Service Providers ("ISP") and other third parties that counsel has identified as having confidential information within NebuAd's files and which may be responsive to plaintiffs' formal discovery requests.

2. On or after July 22, 2009, counsel for NebuAd shall produce, under the Stipulated Protective Order (Docket No. 108), all confidential non-party ISP and other third party information within NebuAd's files, except for the following. If any non-party ISP or third party files a motion in this matter seeking a protective order to prevent such disclosure, NebuAd may refrain from production of those documents pertaining specifically to that non-party ISP or third party, until and subject to resolution of the protective order seeking to prevent such disclosure, or until otherwise ordered by the Court.

IT IS SO STIPULATED.

Dated: July 7, 2009   By:   /s/
                            Alan Himmelfarb
                            KAMBEREDELSON LLC
                            Attorneys for Plaintiffs

Dated: July 7, 2009   By:   /s/
                            John D. Seiver
                            DAVIS WRIGHT TREMAINE LLP
                            Attorneys for Defendant
                            BRESNAN COMMUNICATIONS

Dated: July 7, 2009   By:   /s/
                            Simon J. Frankel
                            COVINGTON & BURLING LLP
                            Attorneys for Defendant
                            CABLE ONE

KELLEY DRYE & WARREN LLP
WASHINGTON HARBOUR, SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007

STIPULATION AND [[Proposed] ORDER GOVERNING DISCOVERY

- 2 -

3:08-CV-05113 (TEH)(EMC)

| | | |
|---|---|---|
| Dated: July 7, 2009 | By: | /s/ |
| | | David A. Handzo |
| | | JENNER & BLOCK, LLP |
| | | Attorneys for Defendants |
| | | CENTURY TEL and EMBARQ |
| Dated: July 7, 2009 | By: | /s/ |
| | | Troy Sauro |
| | | PERKINS COIE LLP |
| | | Attorneys for Defendants |
| | | KNOLOGY and WOW! |
| Dated: July 7, 2009 | By: | /s/ |
| | | Thomas E. Gilbertsen |
| | | KELLEY DRYE & WARREN LLP |
| | | Attorney for Defendant NebuAd, Inc. |

## **ORDER**

In consideration of the foregoing stipulation and good cause appearing therefore, IT IS SO ORDERED.

DATED: 7/7/09

The H[onorable]

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KELLEY DRYE & WARREN LLP
WASHINGTON HARBOUR, SUITE 400
3050 K STREET, NW
WASHINGTON, DC 20007

STIPULATION AND [[Proposed] ORDER GOVERNING DISCOVERY

- 3 -

3:08-CV-05113 (TEH)(EMC)