Christopher D. Glos # 210877
KUTAK ROCK LLP
Suite 1100
18201 Von Karman Avenue
Irvine, CA 92612-1077
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
E-mail: christopher.glos@kutakrock.com

Attorneys for JANE DOE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAN VALENTINE, DALE MORTENSEN, MELISSA BECKER, SAMUEL GREEN, SHERRON RIMPSEY, CHARLOTTE MIRANDA, FRANK MIRANDA, SAUL DERMER, WAYNE COPELAND, CRYSTAL REID, ANDREW PAUL MANARD, KATHLEEN KIRCH, TERRY KIRCH, NEIL DEERING, PAUL DRISCOLL, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEBUAD, INC., a Delaware Corporation, BRESNAN COMMUNICATIONS, a New York Corporation, CABLE ONE, a Delaware Corporation, CENTURYTEL, a Texas Corporation, EMBARQ, a Delaware Corporation, KNOLOGY, a Delaware Corporation, WOW!, a Delaware Corporation, AND JOHN DOES 1-20, Corporations,<br><br>Defendants. | Case No. 3:08-cv-05113 (TEH) (EMC)<br><br>Assigned to:<br>Judge Thelton E. Henderson<br>Mag. Judge Edward M. Chen<br><br>**DISCOVERY MOTION**<br><br>**DECLARATION OF CHRISTOPHER D. GLOS IN SUPPORT OF NON-PARTY JANE DOE CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**[Pursuant to Civil Local Rules 7-11 and 79-5]**<br><br>**[Filed concurrently with Non-Party Jane Doe Corporation's Administrative Motion to File Under Seal and lodged [Proposed] Order]** |

## DECLARATION OF CHRISTOPHER D. GLOS

I, Christopher D. Glos, declare as follows:

1. I am an attorney with Kutak Rock, LLP, counsel for non-party Jane Doe Corporation, and am admitted to the practice of law before all California state and federal courts. I make this Declaration in support of Jane Doe Corporation's Motion for Protective Order. I make this Declaration upon my personal knowledge of the facts set forth in this Declaration and if called as a witness, I could and would testify truthfully and competently thereto.

2. Jane Doe Corporation is a non-party Internet Service Provider which seeks to protect its identity in connection with these proceedings.

3. Jane Doe Corporation seeks to file under seal portions of the accompanying Motion for Protective Order and supporting Brief, Declarations and Exhibits to prevent public disclosure of its confidential information, including its identity.

4. Jane Doe Corporation has narrowly tailored its scope of its Administrative Motion to File Under Seal so as to meet the requirements of Civil Local Rule 79-5(c)(2) in that it has only requested the Court to seal those portions of documents that could reveal its identity.

5. Because Jane Doe Corporation is not a party to this action, it has not sought a stipulation from the parties as to the relief sought in this Motion.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct to my personal knowledge.

Executed this 20th day of July, 2009 in Irvine, California.

   _/s/ Christopher D. Glos_
   Christopher D. Glos

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4843-8176-7428.2                    - 1 -                    CASE NO. 3:08-CV-05113 (TEH) (EMC)
DECL. OF CHRISTOPHER D. GLOS ISO NON-PARTY JANE DOE CORP.'S ADMINISTRATIVE MTN TO FILE UNDER SEAL