Christopher D. Glos # 210877
KUTAK ROCK LLP
Suite 1100
18201 Von Karman Avenue
Irvine, CA  92612-1077
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
E-mail: christopher.glos@kutakrock.com

Attorneys for JANE DOE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAN VALENTINE, DALE MORTENSEN, MELISSA BECKER, SAMUEL GREEN, SHERRON RIMPSEY, CHARLOTTE MIRANDA, FRANK MIRANDA, SAUL DERMER, WAYNE COPELAND, CRYSTAL REID, ANDREW PAUL MANARD, KATHLEEN KIRCH, TERRY KIRCH, NEIL DEERING, PAUL DRISCOLL, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEBUAD, INC., a Delaware Corporation, BRESNAN COMMUNICATIONS, a New York Corporation, CABLE ONE, a Delaware Corporation, CENTURYTEL, a Texas Corporation, EMBARQ, a Delaware Corporation, KNOLOGY, a Delaware Corporation, WOW!, a Delaware Corporation, AND JOHN DOES 1-20, Corporations,<br><br>Defendants. | Case No.  3:08-cv-05113 (TEH) (EMC)<br><br>Assigned to:<br>Judge Thelton E. Henderson<br>Mag. Judge Edward M. Chen<br><br>[PROPOSED] ORDER GRANTING NON-PARTY JANE DOE CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>[Lodged concurrently with Non-Party Jane Doe Corporation's Administrative Motion to File Under Seal and Supporting Declaration of Christopher D. Glos] |

4843-8176-7428.2

CASE NO. 3:08-CV-05113 (TEH) (EMC)

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

[PROPOSED] ORDER GRANTING NON-PARTY JANE DOE CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1  Having considered non-party Jane Doe Corporation's Administrative Motion to File
2  Under Seal ("Motion") and finding good cause therefore,
3  IT IS HEREBY ORDERED that Jane Doe Corporation's Motion is granted in its entirety
4  and Jane Doe Corporation shall be allowed to file portions of its Motion for Protective Order and
5  supporting Brief, Declaration and Exhibits under seal to prevent public disclosure of its identity.
6  IT IS FURTHER ORDERED that Jane Doe Corporation's Motion for a Protective Order
7  and supporting Brief, Declarations and Exhibits are deemed filed in redacted form as of the date
8  of lodging said documents.
9  IT IS FURTHER ORDERED that Jane Doe Corporation shall be identified only by its
10  pseudonym.
11  IT IS FURTHER ORDERED that Opposition Briefs, if any, to Jane Doe Corporation's
12  redacted Motion for a Protective Orders shall be filed by __:__ a.m./p.m., on _____ ____,
13  2009. Oral argument on this matter will be in Department "C" of this Court at 10:30 a.m., on
14  _____, 2009. *This order is without prejudice to any party to this*
15  IT IS SO ORDERED. *litigation moving to redact the identity of Jane Doe Corporation upon showing of good cause.*
16
17  Dated: 7/27, 2009
18  Edward M. Chen, Magistrate Judge
    United States District Court,
19  Northern District of California

4843-8176-7428.2                                     CASE NO. 3:08-CV-05113 (TEH) (EMC)

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

[PROPOSED] ORDER GRANTING NON-PARTY JANE DOE CORPORATION'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL