1  Christopher D. Glos # 210877
   KUTAK ROCK LLP
2  Suite 1100
   18201 Von Karman Avenue
3  Irvine, CA 92612-1077
   Telephone: (949) 417-0999
4  Facsimile: (949) 417-5394
   E-mail: christopher.glos@kutakrock.com
5
6  Attorneys for JANE DOE CORPORATION
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  DAN VALENTINE, DALE MORTENSEN, MELISSA BECKER, SAMUEL GREEN, SHERRON RIMPSEY, CHARLOTTE MIRANDA, FRANK MIRANDA, SAUL DERMER, WAYNE COPELAND, CRYSTAL REID, ANDREW PAUL MANARD, KATHLEEN KIRCH, TERRY KIRCH, NEIL DEERING, PAUL DRISCOLL, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEBUAD, INC., a Delaware Corporation, BRESNAN COMMUNICATIONS, a New York Corporation, CABLE ONE, a Delaware Corporation, CENTURYTEL, a Texas Corporation, EMBARQ, a Delaware Corporation, KNOLOGY, a Delaware Corporation, WOW!, a Delaware Corporation, AND JOHN DOES 1-20, Corporations,<br><br>Defendants. | Case No. 3:08-cv-05113 (TEH) (EMC)<br><br>Assigned to:<br>Judge Thelton E. Henderson<br>Mag. Judge Edward M. Chen<br><br>AMENDED<br>[PROPOSED] ORDER GRANTING NON-PARTY JANE DOE CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>[Lodged concurrently with Non-Party Jane Doe Corporation's Administrative Motion to File Under Seal and Supporting Declaration of Christopher D. Glos] |

1  Having considered non-party Jane Doe Corporation's Administrative Motion to File
2  Under Seal ("Motion") and finding good cause therefore,
3  IT IS HEREBY ORDERED that Jane Doe Corporation's Motion is granted in its entirety
4  and Jane Doe Corporation shall be allowed to file portions of its Motion for Protective Order and
5  supporting Brief, Declaration and Exhibits under seal to prevent public disclosure of its identity.
6  IT IS FURTHER ORDERED that Jane Doe Corporation's Motion for a Protective Order
7  and supporting Brief, Declarations and Exhibits are deemed filed in redacted form as of the date
8  of lodging said documents.
9  IT IS FURTHER ORDERED that Jane Doe Corporation shall be identified only by its
10 pseudonym.
11 IT IS FURTHER ORDERED that Opposition Briefs, if any, to Jane Doe Corporation's
12 redacted Motion for a Protective Orders shall be filed by 4:__ ~~a.m.~~/p.m., on 8/19____,
   Reply shall be filed by 8/26/09.
13 2009. Oral argument on this matter will be in Department "C" of this Court at 10:30 a.m., on
14 9/9____, 2009. *This order is without prejudice to any party to this litigation moving to redact the identity of Jane Doe Corporation*
15 IT IS SO ORDERED. *upon showing of good cause.*
16
17 Dated: 7/27____, 2009           [signature]
                                    _____
18                                  Edward M. Chen, Magistrate Judge
                                    United States District Court,
19                                  Northern District of California
20
21
22
23
24
25
26
27
28

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4843-8176-7428.2                            CASE NO. 3:08-CV-05113 (TEH) (EMC)
[PROPOSED] ORDER GRANTING NON-PARTY JANE DOE CORPORATION'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL