IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VALENTINE, et al., | |
| Plaintiffs, | NO. C08-5113 TEH |
| v. | ORDER OF REFERENCE |
| NEBUAD, INC., et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that all discovery matters in the above-entitled action, including Plaintiffs' motion to compel filed on August 24, 2009, are referred to Magistrate Judge Edward M. Chen to be heard and considered at the convenience of his calendar.

**IT IS SO ORDERED.**

Dated: 08/26/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT