Christopher D. Glos # 210877
KUTAK ROCK LLP
Suite 1100
18201 Von Karman Avenue
Irvine, CA 92612-1077
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
E-mail: christopher.glos@kutakrock.com

Attorneys for JANE DOE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAN VALENTINE, DALE MORTENSEN, MELISSA BECKER, SAMUEL GREEN, SHERRON RIMPSEY, CHARLOTTE MIRANDA, FRANK MIRANDA, SAUL DERMER, WAYNE COPELAND, CRYSTAL REID, ANDREW PAUL MANARD, KATHLEEN KIRCH, TERRY KIRCH, NEIL DEERING, PAUL DRISCOLL, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEBUAD, INC., a Delaware Corporation, BRESNAN COMMUNICATIONS, a New York Corporation, CABLE ONE, a Delaware Corporation, CENTURYTEL, a Texas Corporation, EMBARQ, a Delaware Corporation, KNOLOGY, a Delaware Corporation, WOW!, a Delaware Corporation, AND JOHN DOES 1-20, Corporations,<br><br>Defendants. | Case No. 3:08-cv-05113 (TEH) (EMC)<br><br>Assigned to:<br>Judge Thelton E. Henderson<br>Mag. Judge Edward M. Chen<br><br>**DISCOVERY MOTION**<br><br>**NON-PARTY JANE DOE CORPORATION'S REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**<br><br>Date:    September 9, 2009<br>Time:   10:30 a.m.<br>Ctrm:   "C" – 15th Floor<br>Judge:  Magistrate Judge Edward M. Chen |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4834-7089-7668.1

CASE NO. 3:08-CV-05113 (TEH) (EMC)

NON-PARTY JANE DOE CORP.'S REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

**REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

On July 21, 2009, Non-Party Jane Doe Corporation ("Jane Doe Corporation") filed a redacted Motion for Protective Order (the "Motion"), seeking to prevent Defendant NebuAd, Inc. ("NebuAd") from producing confidential information within its files that may pertain to Jane Doe Corporation and from disclosing Jane Doe Corporation's identity in connection with this litigation. (Filing No. 153).

By Order entered July 29, 2009, the Court ordered the parties to file Opposition Briefs to the Motion by 4:00 p.m. on August 19, 2009. (Filing No. 152). The Court also scheduled a hearing on the Motion for September 9, 2009. (*Id.*). No party has filed an Opposition Brief to the Motion.

Because no Opposition Brief has been filed, the Court should deem the Motion unopposed and enter a protective order in conformity with Jane Doe Corporation's Proposed Order (Filing No. 153-4). Moreover, the entry of a protective order is entirely proper because, as outlined in the Brief in support of the Motion, Jane Doe Corporation has shown good cause exists for the entry of protective order.

Given the unopposed nature of the Motion, it is appropriate for resolution without a hearing. *See* Civil L.R. 7-1(b) ("[U]pon request by counsel and with the Judge's approval, a motion may be determined without oral argument."); Fed. R. Civ. P. 78(b) ("By rule or order, the court may provide for submitting and determining motions on briefs, without oral hearings."); *see also Morrow v. Topping*, 437 F.2d 1155, 1156-57 (9th Cir. 1971). The Court, therefore, should exercise its discretion and take the Motion off-calendar.

Respectfully submitted,

Dated: August 26, 2009      KUTAK ROCK LLP

By: */s/ Christopher D. Glos*
    Christopher D. Glos

Attorneys for JANE DOE CORPORATION

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4834-7089-7668.1      - 1 -      CASE NO. 3:08-CV-05113 (TEH) (EMC)

NON-PARTY JANE DOE CORP.'S REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER