1

## PROOF OF SERVICE

2   I am employed in the City of Irvine in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is Suite 1100, 18201 Von Karman Avenue, Irvine, California 92612-1077.

3

4

5   On August 26, 2009, I served on all interested parties as identified on the below mailing list the following document(s) described as:

6   **NON-PARTY JANE DOE CORPORATION'S REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

7

8   ☐ **(BY FACSIMILE)** The fax machine I used complied with CRC Rule 2.301(3). Pursuant to CRC Rule 2.306, I transmitted the foregoing document(s) by facsimile to the party(ies) identified on the attached service list by using the fax number(s) indicated. Said transmission(s) was (were) verified as complete and without error. I printed a copy of the transmission report that was properly issued by the sending fax machine and attached it to the proof of service.

9

10

11

12  ☐ **(BY MAIL, 1013a, 2015.5 C.C.P.)** I deposited such envelope <u>to only the addressees listed below with the designation *** Mail Service Only ***</u> in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this(these) document(s) will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

13

14

15

16

17

18  ☒ **(BY NOTICE OF ELECTRONIC FILING)** Counsel who have consented to electronic service have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document(s) was(were) filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

19

20

21  ☒ **(BY OVERNIGHT DELIVERY/COURIER)** I delivered an envelope or package <u>to only the addressees listed below with the designation *** Overnight Service Only ***</u>to a courier or driver authorized by the express service carrier; or deposited such envelope or package to a regularly maintained drop box or facility to receive documents by the express service carrier with delivery fees provided for.

22

23

24

25  ☐ **(BY MESSENGER)** I served the document(s) to the person(s) at the address(es) listed below by providing the document(s) to a messenger for personal service. (A proof of service executed by the messenger will be filed in compliance with the *Code of Civil Procedure*).

26

27

28

4834-7089-7668.1                              - 2 -            CASE NO. 3:08-CV-05113 (TEH) (EMC)

NON-PARTY JANE DOE CORP.'S REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

☐ **(BY PERSONAL SERVICE)** I delivered the foregoing document(s) by hand to the office(s) of the addressee(s).

## SERVICE LIST

| | |
|---|---|
| Alan Himmelfarb<br>KamberEdelson, LLC<br>2757 Leonis Blvd<br>Vernon, CA 90058<br>323- 585-8696<br>Fax: 323-585-8696<br>Email: Consumerlaw1@earthlink.net | Scott A. Kamber<br>KamberEdelson, LLC<br>11 Broadway, 22nd Floor<br>New York, NY 10004<br>877-773-5469<br>Fax: 212-202-6364<br>Email: skamber@kolaw.com |
| Michael J. Aschenbrener<br>KamberEdelson, LLC<br>350 N. LaSalle Street, Suite 1300<br>Chicago, IL 60654<br>312-589-6379<br>Fax: 312-589-6378<br>Email: maschenbrener@kamberedelson.com | Simon J. Frankel<br>E. Daniel Robinson<br>Covington & Burling LLP<br>One Front Street, 35th Floor<br>San Francisco, CA 94111<br>415-591-6000<br>Fax: 415-591-6091<br>Email: sfrankel@cov.com<br>         drobinson@cov.com |
| Thomas E. Gilbertsen<br>Kelley Drye & Warren LLP<br>3050 K Street, NW<br>Suite 400<br>Washington, DC 20007-5108<br>(202)342-8505<br>Fax: 202-342-8451<br>Email: tgilbertsen@kelleydrye.com | *** **Overnight Service Only** ***<br>Brian Hauck<br>David A. Handzo<br>Matthew S. Hellman<br>Jenner & Block LLP<br>1099 New York Avenue, NW<br>Suite 900<br>Washington, DC 20001<br>(202) 639-6000<br>Fax: (202) 649-6066<br>Email: mhellman@jenner.com |
| Douglas R. Young<br>Carl B. Wisoff<br>Farella Braun & Martel LLP<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA 94104<br>415-954-4410<br>Fax: 415-954-4480<br>Email: dyoung@fbm.com<br>         bwisoff@fbm.com | Daniel J. Bergeson<br>Melinda Mae Morton<br>Bergeson, LLP<br>303 Almaden Blvd<br>Suite 500<br>San Jose, CA 95110<br>408-291-6203<br>Fax: (408) 297-6000<br>Email: dbergeson@be-law.com<br>         mmorton@be-law.com |

| | |
|---|---|
| David T. Biderman<br>Troy P. Sauro<br>Perkins Coie LLP<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA 94111-4131<br>Tel: (415) 344-7000<br>Fax: (415) 344-7050<br>Email: DBiderman@perkinscoie.com<br>　　　　TSauro@perkinscoie.com | Rocky N. Unruh<br>Schiff Hardin LLP<br>One Market, Spear Street Tower<br>Thirty-Second Floor<br>San Francisco, CA 94105<br>415-901-8700<br>Fax: 415-901-8701<br>Email: runruh@schiffhardin.com |
| Joseph H. Malley<br>Law Office of Joseph H. Malley, PC<br>1045 North Zang Boulevard<br>Dallas, TX 75208<br>214-943-6100<br>Fax: 214-943-6170<br>Email: malleylaw@gmail.com | Thomas R. Burke<br>DAVIS WRIGHT TREMAINE LLP<br>One Embarcadero Center, Suite 600<br>San Francisco, CA 94111<br>Telephone: (415) 276-6500<br>Facsimile: (415) 276-6599<br>Email: thomasburke@dwt.com |
| John D. Seiver<br>Adam S. Caldwell<br>Ronald G. London<br>Elizabeth A. Drogula<br>DAVIS WRIGHT TREMAINE LLP<br>1919 Pennsylvania Avenue, NW, Suite 200<br>Washington, DC 20006<br>Telephone: (202) 973-4200<br>Facsimile: (202) 973-4499<br>Email: johnseiver@dwt.com<br>　　　　ronnielondon@dwt.com<br>　　　　adamcaldwell@dwt.com<br>　　　　lizdrogula@dwt.com | |

[X]   **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed on August 26, 2009, at Irvine, California.

_Kathy Powell_
Kathy Powell

| From: Origin ID: NZJA (949) 417-0971<br>Kathy Powell<br>KUTAK ROCK LLP<br>18201 VON KARMAN SUITE 1100<br><br>IRVINE, CA 92612 |   FedEx Express  E | Ship Date: 26AUG09<br>ActWgt: 1.0 LB<br>CAD: 2734400/INET9060<br>Account#: S ******** |

SHIP TO: (202) 639-6000      BILL SENDER
**B. Hauck / D. Handzo / M. Hellman**
**Jenner & Block LLP**
**1099 NEW YORK AVE NW STE 900**

**WASHINGTON, DC 20001**

Delivery Address Bar Code

Ref #   1337801-3 / 4132
Invoice #
PO #
Dept #



TRK# 0201   7978 8083 4090

THU - 27AUG   A1
**PRIORITY OVERNIGHT**
ASR

20001
DC-US
DCA

**XC TSGA**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.