UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VALENTINE, *et al.*,<br><br>         Plaintiffs,<br><br>   v.<br><br>NEBUAD, INC., *et al.*,<br><br>         Defendants.<br>_____/ | No. C-08-5113 TEH (EMC)<br><br>**ORDER GRANTING NON-PARTY JANE DOE CORPORATION'S MOTION FOR PROTECTIVE ORDER**<br><br>**(Docket No. 153)** |

Non-party Jane Doe Corporation ("Doe") has filed a motion for a protective order. In the motion, Doe asks that the Court issue an order barring Defendant NebuAd, Inc. from producing documents that pertain to Doe or disclose its identity. Doe contends that such an order is proper because, *inter alia*, the documents are not relevant since Doe never activated NebuAd's appliance, products, or services to intercept online transmissions of its subscribers.

No party has filed an opposition to Doe's motion. Based on the lack of an opposition, and therefore the unchallenged representation by Doe that it never activated NebuAd's appliance, products, or services, the Court hereby **GRANTS** Doe's motion. The hearing on September 16, 2009, is accordingly **VACATED**.

This order disposes of Docket No. 153.

IT IS SO ORDERED.

Dated: September 9, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge