IN THE UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VALENTINE, *et. al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>NEBUAD, INC., *et. al.*,<br><br>　　　　　　　　Defendants. | CASE NO. 3:08-cv-05113 (TEH) (EMC)<br><br>[Proposed]<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

　　　Jason C. Kravitz, whose business address and telephone number is Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts 02110-2131, (617) 345-1000 and who is an active member in good standing of the bar of the Commonwealth of Massachusetts, the State of Rhode Island, and the District of Columbia, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing NEBUAD, INC.

　　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Thelton E. Henderson
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

(PROPOSED) ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. 3:08-CV-05113 (TEH) (EMC)

12754874.2