RECEIVED

NOV 1 2 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAN VALENTINE, et. al.,

    Plaintiff,

v.

NEBUAD, INC., et. al.,

    Defendant.

CASE NO. CV 08 5112 TEH

(Proposed)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

David A. Stampley, whose business address and telephone number is KamberEdelson, LLC, 11 Broadway, 22nd Floor, New York, NY 10004, (212) 920-3072

and who is an active member in good standing of the bar of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Dan Valentine, et. al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:

United States District Judge