1   ROBERT A. WEIKERT (State Bar No. 121146)
    rweikert@nixonpeabody.com
2   TALLEY E. MCINTYRE (State Bar No. 203131)
    tmcintyre@nixonpeabody.com
3   NIXON PEABODY LLP
    One Embarcadero Center, 18th Floor
4   San Francisco, California 94111-3600
    Telephone: (415) 984-8200
5   Fax:  (415) 984-8300

6   JASON C. KRAVITZ  (Pro Hac Vice)
    jkravitz@nixonpeabody.com
7   NIXON PEABODY LLP
    100 Summer Street
8   Boston, MA  02110-2131
    Telephone: (617) 345-1000
9   Fax:  (617) 345-1300

10  Attorneys for Defendant
    NEBUAD, INC.

11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14

15

16  DAN VALENTINE, DALE MORTENSEN,          No. C08cv-05113(TEH)(EMC)
    MELISSA BECKER, SAMUEL GREEN,
17  SHERRON RIMPSEY, CHARLOTTE               The Honorable Thelton E. Henderson
    MIRANDA, FRANK MIRANDA, SAUL
18  DERMER, WAYNE COPELAND, CHRYSTAL
    REID, ANDREW PAUL MANARD, KATHLEEN       **DEFENDANT NEBUAD, INC.'S AMENDED**
19  KIRCH, TERRY KIRCH, NEIL DEERING, PAUL   **NOTICE OF MOTION TO DISMISS**
    DRISCOLL, individuals, on behalf of themselves
20  and all others similarly situated,

21                         Plaintiffs,

22          vs.                                    Date:    December 14, 2009
                                                   Time:    10:00 a.m.
23  NEBUAD, INC., a Delaware Corporation;          Place:   Courtroom 12
    BRESNAN COMMUNICATIONS, a New York
24  Corporation; CABLE ONE, a Delaware
    Corporation; CENTURYTEL, a Texas
25  Corporation; EMBARQ, a Delaware Corporation;
    KNOLOGY, a Delaware Corporation; WOW!, a       Complaint Filed:  November 10, 2009
26  Delaware Corporation; and JOHN DOES 1-20,      Trial Date:       None Set
    corporations,
27
                           Defendants.
28

DEFENDANT NEBUAD, INC.'S AMENDED NOTICE OF                              12799255.3
MOTION TO DISMISS
CASE NO.:  CV09-05113 (TEH)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Monday, December 14, 2009, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Thelton E. Henderson, United States District Judge, Courtroom 12, 19th Floor of the United States District Court for the Northern District of California, San Francisco Division, 450 Golden Gate Avenue, San Francisco, California, Defendant NebuAd, Inc. ("NebuAd"), shall and hereby does move the Court for an order dismissing the Complaint of Plaintiffs Dan Valentine, Dale Mortgensen, Melissa Becker, Samuel Green, Sherron Rimpsey, Charlotte Miranda, Frank Miranda, Saul Dermer, Wayne Copeland, Crystal Reid, Andrew Paul Manard, Kathleen Kirch, Terry Kirch, Neil Deering, and Paul Driscoll ("Plaintiffs") on the grounds that (1) the Plaintiffs lack standing to bring the claims alleged in the Third and Fourth Causes of Action; and (2) the Third and Fourth Causes of Action are preempted by 18 U.S.C. § 2510 *et seq.* [1] This motion, previously noticed for March 9, 2009, is continued pursuant to Civil L.R. 7-7(b).

This Amended Notice of Motion is based upon the motion, supporting memorandum of points and authorities, proposed order filed on December 22, 2009 (*See* Docket number 4), reply in support of motion to dismiss, the complete files and records in this action, and such additional evidence and argument as may hereinafter be presented.

DATED: November 30, 2009

Respectfully submitted,

NIXON PEABODY LLP

By: _____/s/_____
   Talley E. McIntyre
   Attorneys for Defendant
   NEBUAD, INC.

---

[1]   NebuAd moves to dismiss the Third and Fourth Causes of Action.  NebuAd inadvertently included the Fifth Cause of Action in its motion, which related to the ISP Defendants, who have subsequently been dismissed from the case.

-2-