SCOTT KAMBER (pro hac vice)
skamber@kamberedelson.com
DAVID A. STAMPLEY
dstampley@kamberedelson.com (pro hac vice)
KAMBEREDELSON, LLC
11 Broadway, 22nd Floor
New York, New York 10004
Telephone: (212) 920-3072
Facsimile: (212) 202-6364

ROBERT A. WEIKERT (State Bar No. 121146)
rweikert@nixonpeabody.com
TALLEY E. MCINTYRE (State Bar No. 203131)
tmcintyre@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

JOSEPH H. MALLEY (pro hac vice)
LAW OFFICE OF JOSEPH H. MALLEY, P.C.
1045 North Zang Boulevard
Dallas, Texas 75208
Telephone: (214) 943-6100
Facsimile: (214) 943-6170

JASON C. KRAVITZ (*pro hac vice*)
jkravitz@nixonpeabody.com
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
Telephone: (617) 345-1000
Fax: (617) 345-1300

DAVID C. PARISI (SBN 162248)
SUZANNE HAVENS BECKMAN (SBN 188814)
dcparisi@parisihavens.com
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Attorneys for Plaintiffs.
Additional counsel listed on signature pages

Attorneys for Defendant,
NEBUAD, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VALENTINE, et al.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>NEBUAD, INC., et al.,<br><br>        Defendants. | No. C08-cv-05113 (TEH)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE FOR DEFENDANT NEBUAD, INC.'S MOTION TO DISMISS**<br><br>Hon. Thelton E. Henderson.<br><br>Complaint Filed: November 10, 2008<br>Trial Date: None Set |

Pursuant to Local Rule 6-1, Plaintiffs and Defendant NebuAd, Inc. ("NebuAd") hereby stipulate and agree as follows:

1. The hearing for NebuAd's Motion to Dismiss (DKT. 4), currently on calendar for December 14, 2009 (DKT. 184), shall be continued to March 1, 2010, which is the same date as the next Case Management Conference. (*See* DKT. 180).

2. Plaintiffs filed their complaint on November 10, 2008. On December 22, 2008, NebuAd filed its motion to dismiss and re-noticed its motion on January 30, 2009. (DKT. 4). On January 30, 2009, Defendants Bresnan Communications, CenturyTel, Embarq, Knology, WOW!, and Cable One (collectively, "ISP Defendants") also filed motions to dismiss and noticed them for March 9, 2009. (DKTs. 40, 44, 51, 52).

3. On February 13, 2009, plaintiffs filed their motion for jurisdictional discovery (DKT. 64), which was noticed for hearing on March 23, 2009. Plaintiffs filed their response to NebuAd's motion to dismiss on February 17, 2009. (DKT. 65.)

4. The Court then stayed the defendants' motions (DKT. 70), and on February 20, 2009, referred the plaintiffs' motion for jurisdictional discovery to Magistrate Judge Edward Chen. (DKT. 71). Judge Chen rescheduled the hearing on plaintiffs' motion for jurisdictional discovery to March 25, 2009. (DKT. 72).

5. On February 20, 2009, plaintiffs and NebuAd filed a stipulation and proposed order regarding the hearing date for NebuAd's motion to dismiss, proposing that the Court reschedule the hearing on NebuAd's motion to dismiss to the same time that the ISP defendants' motion to dismiss would be heard. (DKT. 73). By Order dated February 24, 2009, the Court granted the parties' request and placed NebuAd's motion to dismiss on the same schedule as those of the ISP defendants. (DKT. 75). The purpose of the request was to allow for Magistrate Judge Chen's resolution of pending jurisdictional discovery issues (*see* DKTs. 64, 70) and to coordinate the instant motion with the ISP defendants' motions to dismiss, given the commonality of certain issues raised.

6. By Order dated March 26, 2009 (DKT. 90), Judge Chen ruled that plaintiffs could take jurisdictional discovery of NebuAd informally, and that such discovery was to be completed

1    within thirty (30) days of the Order. (DKT. 90, ¶ 1). Judge Chen also directed plaintiffs to file
2    their oppositions to the motions to dismiss within forty-five (45) days of the Order and directed
3    the ISP defendants to file their replies 14 days thereafter. (DKT. 90 ¶ 4).

4          7.      Plaintiffs filed their consolidated opposition to the ISP defendants' motions to
5    dismiss on May 8, 2009. (DKTs. 110, 111). Accordingly, NebuAd's reply in support of its motion
6    to dismiss was due May 22, 2009, the same date as the replies of the ISP defendants.

7          8.      On May 18, 2009, NebuAd's former counsel filed a motion to withdraw as counsel
8    for defendant, NebuAd, Inc., explaining that NebuAd had executed an assignment for the benefit
9    of creditors and had no officers or employees with whom counsel could interact in defense of this
10   litigation. (DKT. 121). On the same date, NebuAd's former counsel filed a motion to stay the
11   litigation pending resolution of the motion to withdraw. (DKT. 122).

12         9.      On May 21, 2009, the parties stipulated that the time for the ISP defendants to file
13   their replies in support of the motions to dismiss was extended to May 28, 2009, making
14   NebuAd's reply in support of its motion to dismiss also due on May 28, 2009. (DKT. 124).

15         10.      On May 28, 2009, NebuAd moved for an extension of time to file its reply (DKT.
16   131). On May 29, 2009, the Court granted NebuAd's motion for an extension of time and ordered
17   that the time for NebuAd to file a reply brief was enlarged until after the Court resolved
18   NebuAd's former counsel's pending motion to withdraw and motion to stay. (DKT. 135).

19         11.      On October 6, 2009, the Court granted NebuAd counsels' motion to withdraw and
20   denied its motion to stay. (DKT. 167).

21         12.      On October 9, 2009, NebuAd's current counsel appeared in the case. (DKTs. 169,
22   170). The parties appeared before this Court on November 16, 2009 for a Case Management
23   Conference. The Court set the next Case Management Conference for March 1, 2010. (DKT.
24   180). The Court set the date for NebuAd's reply in support of its motion to dismiss for November
25   30, 2009.

26         13.      On November 30, 2009, NebuAd filed its reply in the instant motion (DKT. 183),
27   and re-noticed the motion for hearing on December 14, 2009. (DKT. 184.)
28

STIPULATION AND [PROPOSED] ORDER
REGARDING HEARING DATE FOR    - 3 -    NO. C08-CV-05113 (TEH)
DEFENDANT NEBUAD'S MOTION TO DISMISS

14. Plaintiffs' principal counsel are unavailable on December 14, 2009 owing to prior personal commitments and a death in the family that requires attendance at a funeral in Chicago on Monday, December 14.

15. In addition, plaintiffs represent that they intend to file an amended complaint in this matter by the middle of next week, prior to a third-party deposition at which the parties expect to meet and confer in person and discuss the effect of the amended complaint on progress in this matter.

16. In light of the imminent filing of the amended complaint, the unlikelihood that a hearing on defendant's motion to dismiss under the first complaint would be fully dispositive in this matter, and the importance of conserving the resources currently available to NebuAd for its defense in this matter, the parties respectfully request the Court's endorsement of the stipulation herein.

Dated: December 10, 2009

Respectfully submitted,
KamberEdelson, LLC

By: /s David A. Stampley

DAVID A. STAMPLEY
Attorneys for Plaintiffs

Nixon Peabody LLP

Dated: December 10, 2009

By: /s Talley E. McIntyre

TALLEY E. MCINTYRE
Attorneys for Defendant
NebuAd, Inc.

| | |
|---|---|
| 1 | ALAN HIMMELFARB (SBN 90480) |
| 2 | KAMBEREDELSON, LLC |
|   | 2757 Leonis Boulevard |
| 3 | Los Angeles, California 90058 |
|   | Telephone: (323) 585-8696 |
| 4 | Facsimile: (323) 585-6195 |

Attorney for Plaintiffs

BRIAN J. PANISH (SBN 116060, N.D. Cal. adm. pending)
panish@psblaw.com
RAHUL RAVIPUDI (SBN 204519, N.D. Cal. adm. pending)
ravipudi@psblaw.com
PANISH, SHEA & BOYLE, LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: (310) 477-1700
Facsimile: (310) 477-1699

Attorneys for Plaintiff Dan Valentine

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/11/09  _____

Hon. Thelton E. Henderson
United States District Judge

STIPULATION AND [PROPOSED] ORDER
REGARDING HEARING DATE FOR — - 5 - — NO. C08-CV-05113 (TEH)
DEFENDANT NEBUAD'S MOTION TO DISMISS