David C. Parisi, Esq. (SBN 162248)
*dcparisi@parisihavens.com*
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Scott A. Kamber (*admitted pro hac vice*)
skamber@kamberlaw.com
David A. Stampley (admitted *pro hac vice*)
dstampley@kamberlaw.com
KAMBERLaw, LLC
11 Broadway, 22nd Floor
New York, New York 10004
Telephone: 212.920.3072
Facsimile: 212.202.6364

Joseph H. Malley (*admitted pro hac vice*)
malleylaw@gmail.com
LAW OFFICE OF JOSEPH H. MALLEY
1045 North Zang Boulevard
Dallas, Texas 75208
Ph. (214) 943-6100
Fax (214) 943-6170

ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAN VALENTINE, *et al.*, individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEBUAD, INC., a Delaware Corporation; *et al.*,<br><br>Defendants. | Case No.: 3:08-cv-05113-TEH<br><br>**MICHAEL J. ASCHENBRENER'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS; PROPOSED ORDER GRANTING MOTION TO WITHDRAW**<br><br>Date: February 22, 2010<br>Time: 10:00 a.m.<br>Judge: The Hon. Thelton E. Henderson |

**NOTICE OF MOTION**

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on Monday, February 22, 2010, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Thelton E. Henderson, United States District Judge, Courtroom 12, 19th Floor, of the United States District Court for the Northern District of California, San Francisco Division, 450 Golden Gate Avenue, San Francisco, California 94102, Michael J. Aschenbrener, of Edelson McGuire, LLC, 350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654, shall and hereby does respectfully seek leave of this Court, pursuant to LOCAL R. 11-5(a) and in compliance with CAL. R. PROF. CONDUCT 3-700, to withdraw as counsel for Plaintiffs Dan Valentine, Dale Mortensen, Melissa Becker, Samuel Green, Sherron Rimpsey, Charlotte Miranda, Frank Miranda, Saul Dermer, Wayne Copeland, Crystal Reid, Andrew Paul Manard, Kathleen Kirch, Terry Kirch, Neil Deering, and Paul Driscoll (collectively, "Plaintiffs").

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

Pursuant to LOCAL R. 11-5, Michael J. Aschenbrener ("Movant") hereby notifies the parties and the Court of his intent to withdraw as counsel *pro hac vice* for Plaintiffs. Movant states the following grounds for this notice and motion:

1. This Court granted Movant leave to appear *pro hac vice* in this action pursuant to its January 14, 2009, Order.

2. Movant has represented Plaintiffs as part of his employment at KamberEdelson, LLC ("KamberEdelson"). However, KamberEdelson, LLC has changed its name and no longer represents any clients in this case. Scott A. Kamber and David A. Stampley, formerly of KamberEdelson and now of the law firm KamberLaw, LLC, remain actively involved in representing Plaintiffs' in this matter. Joseph H. Malley, of the Law Office of Joseph H. Malley, and David Parisi of Parisi & Havens, LLP also represent Plaintiffs.

3. Movant's withdrawal will not cause any prejudice or delay in this case. All parties have counsel active in their representation, who will not require any additional time to review or

acclimate to the absence of Movant as counsel *pro hac vice*.

4. Given the insubstantial nature of this Motion, as well as the substantial burden to all parties in travelling and attending a hearing on this Motion, Movant respectfully requests that the Court waive oral argument.

THEREFORE, Movant Michael J. Aschenbrener respectfully requests that this Court waive oral argument on this Motion, grant him leave to withdraw as counsel *pro hac vice* in the above-captioned matter, and enter an order stating that Movant has so withdrawn.

Dated: January 15, 2009

Michael J. Aschenbrener
EDELSON MCGUIRE, LLC

By: s/ Michael J. Aschenbrener
Attorney for Plaintiffs

**PROOF OF SERVICE**

The undersigned certifies that, on January 15, 2010, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

s/ Michael J. Aschenbrener
Michael J. Aschenbrener

David C. Parisi, Esq. (SBN 162248)
*dcparisi@parisihavens.com*
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Scott A. Kamber (*admitted pro hac vice*)
skamber@kamberlaw.com
David A. Stampley (admitted *pro hac vice*)
dstampley@kamberlaw.com
KAMBERLaw, LLC
11 Broadway, 22nd Floor
New York, New York 10004
Telephone: 212.920.3072
Facsimile: 212.202.6364

Joseph H. Malley (*admitted pro hac vice*)
malleylaw@gmail.com
LAW OFFICE OF JOSEPH H. MALLEY
1045 North Zang Boulevard
Dallas, Texas 75208
Ph. (214) 943-6100
Fax (214) 943-6170

ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

DAN VALENTINE, *et al.*, individuals, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

NEBUAD, INC., a Delaware Corporation; *et al.*,

Defendants.

Case No.: 3:08-cv-05113-TEH

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

Date: February 22, 2010
Time: 10:00 a.m.
Judge: The Hon. Thelton E. Henderson

Michael J. Aschenbrener seeks to withdraw as counsel *pro hac vice* for Plaintiffs in the above-captioned litigation pursuant to LOCAL R. 11-5(a) and CAL. R. PROF. CONDUCT 3-700(A)(1). As this Court finds that Mr. Aschenbrener has submitted satisfactory reasoning for withdrawal, and that the granting of his Motion will not cause substantial prejudice or delay to any party,

IT IS HEREBY ORDERED that Michael J. Aschenbrener's Motion to Withdraw as Counsel for Plaintiffs is GRANTED, and Michael J. Aschenbrener is hereby terminated as counsel *pro hac vice* in this proceeding.

DATED: ___________________ By: _________________________________

Hon. Thelton E. Henderson
United States District Court