| | |
|---|---|
| SCOTT KAMBER (*pro hac vice*) | ROBERT A. WEIKERT (State Bar No. 121146) |
| skamber@kamberedelson.com | rweikert@nixonpeabody.com |
| DAVID A. STAMPLEY | TALLEY E. MCINTYRE (State Bar No. 203131) |
| dstampley@kamberedelson.com (*pro hac vice*) | tmcintyre@nixonpeabody.com |
| KAMBERLAW, LLC | NIXON PEABODY LLP |
| 11 Broadway, 22nd Floor | One Embarcadero Center, 18th Floor |
| New York, New York 10004 | San Francisco, California 94111-3600 |
| Telephone: (212) 920-3072 | Telephone: (415) 984-8200 |
| Facsimile: (212) 202-6364 | Fax: (415) 984-8300 |
| | |
| JOSEPH H. MALLEY (*pro hac vice*) | JASON C. KRAVITZ (*pro hac vice*) |
| LAW OFFICE OF JOSEPH H. MALLEY, P.C. | jkravitz@nixonpeabody.com |
| 1045 North Zang Boulevard | NIXON PEABODY LLP |
| Dallas, Texas 75208 | 100 Summer Street |
| Telephone: (214) 943-6100 | Boston, MA 02110-2131 |
| Facsimile: (214) 943-6170 | Telephone: (617) 345-1000 |
| | Fax: (617) 345-1300 |

DAVID C. PARISI (SBN 162248)
SUZANNE HAVENS BECKMAN (SBN 188814)
dcparisi@parisihavens.com
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Attorneys for Plaintiffs                         Attorneys for Defendant,
Additional counsel listed on signature pages     NEBUAD, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VALENTINE, et al., | No. C08-cv-05113 (TEH) |
| Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING DATE FOR DEFENDANT NEBUAD, INC.'S MOTION TO DISMISS** |
| vs. | |
| NEBUAD, INC., et al., | |
| Defendants. | Hon. Thelton E. Henderson. |
| | Complaint Filed: November 10, 2008 |
| | Trial Date: None Set |

Pursuant to Local Rule 6-1, Plaintiffs and Defendant NebuAd, Inc. ("NebuAd") hereby stipulate and agree as follows:

1. On November 16, 2009, the Court set the further Case Management Conference for March 1, 2009. (*See* DKT. 180). On December 10, 2009, the parties filed a stipulation and proposed order, which was issued by the Court, to continue the hearing for NebuAd's Motion to Dismiss, (DKT. 4), also to March 1, 2009. (DKTS. 186,187).

2. The parties stipulate that the further Case Management Conference and hearing on NebuAd's Motion to Dismiss (DKT. 4) shall be continued to April 5, 2010.

3. Since November 16, 2009 Case Management Conference, the parties have advanced the litigation as discussed with the Court, including the commencement of discovery.

4. Defendant served its initial disclosures on December 18, 2009. As discussed at the Case Management Conference, Defendant has succeeded in identifying a former NebuAd employee, who has been appointed as NebuAd's representative to assist with discovery and the defense.

5. The parties are currently engaged in, good faith settlement discussions. These discussions are complex, multifaceted and address the interests of parties and certain nonparties. While the Parties are optimistic, no agreement has been reached and significant work remains.

6. In light of the ongoing settlement discussions, the parties respectfully request the Court's endorsement of the stipulation herein to continue the Case Management Conference and hearing on NebuAd's Motion to Dismiss.

Dated: February 22, 2010

Respectfully submitted,
KamberLaw, LLC

By: /s/ David A. Stampley

DAVID A. STAMPLEY
Attorneys for Plaintiffs

Nixon Peabody LLP

Dated: February 22, 2010     By:     /s/ Talley E. McIntyre

TALLEY E. MCINTYRE
Attorneys for Defendant
NebuAd, Inc.

BRIAN J. PANISH (SBN 116060)
panish@psblaw.com
RAHUL RAVIPUDI (SBN 204519)
ravipudi@psblaw.com
PANISH, SHEA & BOYLE, LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: (310) 477-1700
Facsimile: (310) 477-1699

Additional Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __02/24/10__   _____
Hon. Thelton E. Henderson
United States District Judge

*[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson]*