SCOTT KAMBER (*pro hac vice*)
skamber@kamberedelson.com
DAVID A. STAMPLEY
dstampley@kamberedelson.com (*pro hac vice*)
KAMBERLAW, LLC
11 Broadway, 22nd Floor
New York, New York 10004
Telephone: (212) 920-3072
Facsimile: (212) 202-6364

ROBERT A. WEIKERT (State Bar No. 121146)
rweikert@nixonpeabody.com
TALLEY E. MCINTYRE (State Bar No. 203131)
tmcintyre@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

JOSEPH H. MALLEY (*pro hac vice*)
LAW OFFICE OF JOSEPH H. MALLEY, P.C.
1045 North Zang Boulevard
Dallas, Texas 75208
Telephone: (214) 943-6100
Facsimile: (214) 943-6170

JASON C. KRAVITZ (*pro hac vice*)
jkravitz@nixonpeabody.com
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
Telephone: (617) 345-1000
Fax: (617) 345-1300

DAVID C. PARISI (SBN 162248)
SUZANNE HAVENS BECKMAN (SBN 188814)
dcparisi@parisihavens.com
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Attorneys for Plaintiffs
Additional counsel listed on signature pages

Attorneys for Defendant,
NEBUAD, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VALENTINE, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>NEBUAD, INC., et al.,<br><br>　　　　　　Defendants. | No. C08-cv-05113 (TEH)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING DATE FOR DEFENDANT NEBUAD, INC.'S MOTION TO DISMISS**<br><br>Hon. Thelton E. Henderson.<br><br>Complaint Filed: November 10, 2008<br>Trial Date:　　None Set |

Pursuant to Local Rule 6-1, Plaintiffs and Defendant NebuAd, Inc. ("NebuAd") hereby stipulate and agree as follows:

1. On November 16, 2010, the Court set the further Case Management Conference for March 1, 2009. (*See* DKT. 180). On December 10, 2009, the parties filed a stipulation and proposed order, which was issued by the Court, to continue the hearing for NebuAd's Motion to Dismiss, (DKT. 4), also to March 1, 2010. (DKTS. 186,187).

2. On February 22, 2010, the parties filed a joint stipulation and proposed order, which was issued by the Court, to continue the further Case Management Conference and NebuAd's Motion to Dismiss to April 5, 2010. (DKTS. 193, 194).

3. The parties stipulate that the further Case Management Conference and hearing on NebuAd's Motion to Dismiss (DKT. 4) shall be continued to May 17, 2010.

4. Since the November 16, 2009 Case Management Conference, the parties have advanced the litigation as discussed with the Court, including the commencement of discovery.

5. Defendant served its initial disclosures on December 18, 2009. As discussed at the Case Management Conference, Defendant has succeeded in identifying a former NebuAd employee, who has been appointed as NebuAd's representative to assist with discovery and the defense.

6. As noted in the February 22, 2010 Joint Stipulation, the parties continue to be engaged in, good faith settlement negotiations, which are multifaceted and involve the interests of parties and certain nonparties. The Parties are working diligently on settlement terms, but due to the complex nature of the settlement, an agreement has yet to be reached.

7. In light of the ongoing settlement discussions, the parties respectfully request the Court's endorsement of the stipulation herein to continue the Case Management Conference and hearing on NebuAd's Motion to Dismiss.

8. The Parties will make themselves available to update the Court in person if so desired.

| | | |
|---|---|---|
| Dated: March 29, 2010 | | Respectfully submitted,<br>KamberLaw, LLC |
| | By: | /s/ David A. Stampley |
| | | DAVID A. STAMPLEY<br>Attorneys for Plaintiffs |
| | | Nixon Peabody LLP |
| Dated: March 29, 2010 | By: | /s/ Talley E. McIntyre |
| | | TALLEY E. MCINTYRE<br>Attorneys for Defendant<br>NebuAd, Inc. |

BRIAN J. PANISH (SBN 116060)
panish@psblaw.com
RAHUL RAVIPUDI (SBN 204519)
ravipudi@psblaw.com
PANISH, SHEA & BOYLE, LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: (310) 477-1700
Facsimile: (310) 477-1699

Additional Attorneys for Plaintiffs


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 03/30/10

Hon. Thelton E. Henderson
United States District

*[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson signature]*