| | |
|---|---|
| SCOTT KAMBER (*pro hac vice*) | ROBERT A. WEIKERT (State Bar No. 121146) |
| skamber@kamberedelson.com | rweikert@nixonpeabody.com |
| DAVID A. STAMPLEY | TALLEY E. MCINTYRE (State Bar No. 203131) |
| dstampley@kamberedelson.com (*pro hac vice*) | tmcintyre@nixonpeabody.com |
| KAMBERLAW, LLC | NIXON PEABODY LLP |
| 100 WALL STREET, 23rd Floor | One Embarcadero Center, 18th Floor |
| New York, New York 10005 | San Francisco, California 94111-3600 |
| Telephone: (212) 920-3072 | Telephone: (415) 984-8200 |
| Facsimile: (212) 202-6364 | Fax: (415) 984-8300 |
| | |
| JOSEPH H. MALLEY (*pro hac vice*) | JASON C. KRAVITZ (*pro hac vice*) |
| LAW OFFICE OF JOSEPH H. MALLEY, P.C. | jkravitz@nixonpeabody.com |
| 1045 North Zang Boulevard | NIXON PEABODY LLP |
| Dallas, Texas 75208 | 100 Summer Street |
| Telephone: (214) 943-6100 | Boston, MA 02110-2131 |
| Facsimile: (214) 943-6170 | Telephone: (617) 345-1000 |
| | Fax: (617) 345-1300 |
| | |
| DAVID C. PARISI (SBN 162248) | |
| SUZANNE HAVENS BECKMAN (SBN 188814) | |
| dcparisi@parisihavens.com | |
| shavens@parisihavens.com | |
| PARISI & HAVENS LLP | |
| 15233 Valleyheart Drive | |
| Sherman Oaks, California 91403 | |
| Telephone: (818) 990-1299 | |
| Facsimile: (818) 501-7852 | |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendant, |
| Additional counsel listed on signature pages | NEBUAD, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VALENTINE, et al., | No. C08-cv-05113 (TEH) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING DATE FOR DEFENDANT NEBUAD, INC.'S MOTION TO DISMISS** |
| vs. | |
| NEBUAD, INC., et al., | |
| Defendants. | |
| | Hon. Thelton E. Henderson. |
| | Complaint Filed: November 10, 2008 |
| | Trial Date: None Set |

Pursuant to Local Rule 6-1, Plaintiffs and Defendant NebuAd, Inc. ("NebuAd") hereby stipulate and agree as follows:

1. On November 16, 2009, the Court set the further Case Management Conference for March 1, 2009. (*See* DKT. 180). On December 10, 2009, the Parties filed a stipulation and proposed order, which was issued by the Court, to continue the hearing for NebuAd's Motion to Dismiss (DKT. 4), also to March 1, 2009. (DKTS. 186,187).

2. On February 22, 2010, the Parties filed a joint stipulation and proposed order, which was issued by the Court, to continue the further Case Management Conference and NebuAd's Motion to Dismiss to April 5, 2010. (DKTS. 193, 194). The Parties further stipulated (DKT. 195), which was further Ordered by the Court (DKT. 196), that the further Case Management Conference and hearing on NebuAd's Motion to Dismiss (DKT. 4) shall be continued to May 17, 2010.

3. Since the last continuance, the Parties have advanced the litigation as discussed with the Court, including the completion of non-electronic document discovery.

4. As first noted in the February 22, 2010 Joint Stipulation, the Parties continue to be engaged in good faith settlement negotiations which are multifaceted and involve the interests of parties and certain nonparties. Specifically, the Parties have engaged in settlement discussions in person and by telephone. These discussions have included the Parties themselves, former directors and officers of NebuAd, as well as the insurance carriers. The Parties are working diligently on settlement terms, but due to the complex nature of the settlement, an agreement has yet to be reached.

5. The Parties hereby request that the further Case Management Conference and hearing on NebuAd's Motion to Dismiss (DKT. 4) shall be continued to June 28, 2010.

6. This will be the final request for extension of the Case Management Conference sought by the Parties. If the Parties have not completed their negotiations in the next 30 days, the Parties are prepared to move forward with the Case Management Conference. In light of the ongoing settlement discussions, the Parties respectfully request the Court's endorsement of the

1  stipulation herein to continue the Case Management Conference and hearing on NebuAd's

2  Motion to Dismiss.

3      7.    The Parties will make themselves available to update the Court if so desired.

Dated: May 10, 2010

Respectfully submitted,
KamberLaw, LLC

By:    /s/ David A. Stampley

DAVID A. STAMPLEY
Attorneys for Plaintiffs

Nixon Peabody LLP

Dated: May 10, 2010

By:    /s/ Robert A. Weikert

ROBERT A. WEIKERT
Attorneys for Defendant
NebuAd, Inc.

BRIAN J. PANISH (SBN 116060)
panish@psblaw.com
RAHUL RAVIPUDI (SBN 204519)
ravipudi@psblaw.com
PANISH, SHEA & BOYLE, LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: (310) 477-1700
Facsimile: (310) 477-1699

Additional Attorneys for Plaintiffs

GENERAL ORDER 45 CERTIFICATION

I, Robert A. Weikert, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: May 10, 2010            Nixon Peabody LLP

By: \_\_\_\_\_/s/ Robert A. Weikert_____

ROBERT A. WEIKERT
Attorneys for Defendant
NebuAd, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 05/11/10       _____
Hon. Thelton E. Henderson
United States District Judge

*Judge Thelton E. Henderson* (signature, seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)