| | |
|---|---|
| SCOTT KAMBER (*Pro Hac Vice*) | ROBERT A. WEIKERT (State Bar No. 121146) |
| skamber@kamberlaw.com | rweikert@nixonpeabody.com |
| DAVID A. STAMPLEY (*Pro Hac Vice*) | TALLEY E. MCINTYRE (State Bar No. 203131) |
| dstampley@kamberlaw.com | tmcintyre@nixonpeabody.com |
| KAMBERLAW, LLC | NIXON PEABODY LLP |
| 100 Wall Street, 23rd Floor | One Embarcadero Center, 18th Floor |
| New York, New York 10005 | San Francisco, California 94111-3600 |
| Telephone: (212) 920-3072 | Telephone: (415) 984-8200 |
| Fax: (212) 202-6364 | Fax: (415) 984-8300 |
| | |
| JOSEPH H. MALLEY (*Pro Hac Vice*) | JASON C. KRAVITZ (*Pro Hac Vice*) |
| LAW OFFICE OF JOSEPH H. MALLEY, P.C. | jkravitz@nixonpeabody.com |
| 1045 North Zang Boulevard | NIXON PEABODY LLP |
| Dallas, Texas 75208 | 100 Summer Street |
| Telephone: (214) 943-6100 | Boston, Massachusetts 02110-2131 |
| Fax: (214) 943-6170 | Telephone: (617) 345-1000 |
| | Fax: (617) 345-1300 |

DAVID C. PARISI (SBN 162248)
dcparisi@parisihavens.com
SUZANNE HAVENS BECKMAN (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
Fax: (818) 501-7852

| | |
|---|---|
| Attorneys for Plaintiffs | Attorneys for Defendant, |
| Additional counsel listed on signature pages | NEBUAD, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VALENTINE, et al., | No. C08-cv-05113 (TEH) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FOR DEFENDANT NEBUAD, INC.'S MOTION TO DISMISS AND CHANGE TIME FOR CASE MANAGEMENT CONFERENCE** |
| vs. | |
| NEBUAD, INC., et al., | |
| Defendants. | |
| | Hon. Thelton E. Henderson. |
| | Complaint Filed: November 10, 2008 |
| | Trial Date: None Set |

1   Pursuant to Local Rule 6-1, Plaintiffs and Defendant NebuAd, Inc. ("NebuAd") hereby stipulate and agree as follows:

1. On December 10, 2009, the Parties filed a stipulation and proposed order, which was issued by the Court, to continue the hearing for NebuAd's Motion to Dismiss (DKT. 4), to March 1, 2009. (DKTS. 186,187).

2. On February 22, 2010, the Parties filed a joint stipulation and proposed order, which was issued by the Court, to continue the further Case Management Conference and NebuAd's Motion to Dismiss to April 5, 2010. (DKTS. 193, 194). The Parties further stipulated (DKT. 195), which was further Ordered by the Court (DKT. 196), that the further Case Management Conference and hearing on NebuAd's Motion to Dismiss (DKT. 4) be continued to May 17, 2010. The Parties further stipulated (DKT. 197), which was further Ordered by the Court (DKT. 198), that the further Case Management Conference and hearing on NebuAd's Motion to Dismiss (DKT. 4) be continued to June 28, 2010.

3. Since the last continuance, the Parties have advanced the litigation. As first noted in the February 22, 2010 Joint Stipulation, the parties have been diligently engaged in settlement discussions in person and by telephone. The negotiations are multifaceted and involve the interests of parties and certain non-parties. The discussions have included the parties themselves as well as the insurance carriers. However, after several months of in-person and telephonic discussions and exchanges of draft agreements, the parties jointly represent their belief that the parties have reached an impasse in settlement negotiations. As represented in the Joint Case Management Statement, the parties believe the intervention of the Court may facilitate resolution and, as such, have jointly requested referral to a U.S. Magistrate Judge for mediation.

4. The Parties hereby request that the hearing on NebuAd's Motion to Dismiss (DKT. 4) be continued until after mediation. Should the parties fail to resolve the case through mediation, the parties agree, within 30 days after the close of mediation, to request a hearing date to calendar the motion to dismiss.

1  5. In light of the ongoing settlement discussions and request for the assistance of a
2  U.S. Magistrate with mediation, the Parties respectfully request the Court's endorsement of the
3  stipulation herein to continue the hearing on NebuAd's Motion to Dismiss.

4  6. The parties further request that the Case Management Conference currently
5  scheduled for June 28, 2010 at 10:00 a.m. to be heard with the motion to dismiss, be moved to
6  June 28, 2010 at 1:30 p.m. in accordance with the Court's Standing Order.

7  7. The Parties will make themselves available to update the Court if so desired.

Dated:  June 21, 2010

Respectfully submitted,
KamberLaw, LLC

By: _____/s/ David A. Stampley_____

DAVID A. STAMPLEY
Attorneys for Plaintiffs


Nixon Peabody LLP

Dated:  June 21, 2010

By: _____/s/ Talley McIntyre_____

TALLEY MCINTYRE
Attorneys for Defendant
NebuAd, Inc.

BRIAN J. PANISH (SBN 116060)
panish@psblaw.com
RAHUL RAVIPUDI (SBN 204519)
ravipudi@psblaw.com
PANISH, SHEA & BOYLE, LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone:  (310) 477-1700
Fax:  (310) 477-1699

Additional Attorneys for Plaintiffs

# GENERAL ORDER 45 CERTIFICATION

I, David Stampley, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: June 21, 2010                                KamberLaw, LLC

By:      /s/ David A. Stampley

DAVID A. STAMPLEY
Attorneys for Plaintiffs

# ~~[PROPOSED]~~ ORDER

It is hereby ordered, should the parties fail to resolve the case through mediation, within 30 days after the close of mediation the parties shall request a hearing date to calendar the hearing for Defendant's motion to dismiss. The Case Management Conference scheduled for June 28, 2010 at 10:00 a.m. shall be conducted on June 28, 2010 at 1:30 p.m.

Dated: ____06/22/10___                    _____
                                          Hon. Thelton E. Henderson
                                          United States District Judge