ROBERT A. WEIKERT (State Bar No. 121146)
rweikert@nixonpeabody.com
TALLEY E. MCINTYRE (State Bar No. 203131)
tmcintyre@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

JASON C. KRAVITZ (*Pro Hac Vice*)
jkravitz@nixonpeabody.com
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
Telephone: (617) 345-1000
Fax: (617) 345-1300

Attorneys for Defendant
NEBUAD, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAN VALENTINE, et al., | No. C08cv-05113(TEH)(EMC) |
|---|---|
| Plaintiffs, | **REQUEST OF JASON KRAVITZ TO ATTEND CASE MANAGEMENT CONFERENCE VIA TELEPHONE AND [PROPOSED] ORDER** |
| vs. | |
| NEBUAD, INC., et al., | Date: June 28, 2010 |
| Defendants. | Time: 10:00 a.m. |
| | Hon. Thelton E. Henderson |
| | Complaint File: November 10, 2008 |
| | Trial Date: None Set |

Defendant, NebuAd, Inc. ("NebuAd") respectfully requests that lead trial counsel be permitted to attend the Case Management Conference set in this matter for June 28, 2010, telephonically. Lead counsel for NebuAd, Jason Kravitz, is based in Boston. Mr. Kravitz attended the last Case Management Conference, and NebuAd believes that it will be beneficial to the Court to have Mr. Kravitz participate in the Case Management Conference – particularly as Mr. Kravitz has taken the lead on settlement discussions with Plaintiffs' counsel. However, Mr. Kravitz will be traveling to Europe on June 29 (the day after the conference), and thus he is respectfully requesting

the opportunity to address the Court by telephone rather than having to fly to San Francisco. Talley McIntyre, from Mr. Kravitz's law firm, will be attending in person.

While the Case Management Conference is currently scheduled in conjunction with a hearing on a pending motion to dismiss, which would preclude a telephonic appearance, the parties have requested that the motion to dismiss be continued. In the joint case management statement, the parties have requested the Court refer the case to a U.S. Magistrate for assistance with settlement negotiations through mediation. Based on the ongoing settlement efforts and anticipated mediation, the parties have filed under separate cover a joint stipulation and proposed order requesting that the motion to dismiss hearing be continued until after the termination of mediation if the parties are unable to settle the case. The parties also requested that the Case Management Conference, currently scheduled in conjunction with the hearing on the motion to dismiss on June 28, 2010 at 10:00 a.m., be moved to 1:30 p.m. in accordance with the Court's Standing Order.

For the foregoing reasons, NebuAd respectfully requests that Mr. Kravitz be permitted to participate in the Case Management Conference telephonically.

DATED: June 21, 2010

Respectfully submitted,

NIXON PEABODY LLP

By: ___/s/ Talley E. McIntyre___
TALLEY E. MCINTYRE
Attorneys for Defendant
NEBUAD, INC.

[~~PROPOSED~~] ORDER

It is hereby ordered that lead trial counsel for Defendant, NebuAd, Inc., Jason Kravitz, may participate in the Case Management Conference scheduled for June 28, 2010 at [~~10:00 a.m.~~] [1:30 p.m.], telephonically.

Dated: ___06/22/10___

Hon. Thelton E. Henderson
United States District Judge



-2-

DEFENDANT NEBUAD, INC.'S REQUEST TO ATTEND CMC
TELEPHONICALLY AND [PROPOSED] ORDER
CASE NO. C08CV-05113(TEH)(EMC)

13043421.2