1  SCOTT KAMBER (*Pro hac vice*)
   skamber@kamberlaw.com
2  DAVID A. STAMPLEY (*Pro hac vice*)
   dstampley@kamberlaw.com
3  KAMBERLAW, LLC
   100 Wall Street, 23rd Floor
4  New York, New York 10005
   Telephone:  (212) 920-3072
5  Facsimile:  (212) 202-6364

6  JOSEPH H. MALLEY (*Pro hac vice*)
   LAW OFFICE OF JOSEPH H.
7  MALLEY, P.C.
   1045 North Zang Boulevard
8  Dallas, Texas 75208
   Telephone: (214) 943-6100
9  Facsimile: (214) 943-6170

10  DAVID C. PARISI (SBN 162248)
    dcparisi@parisihavens.com
11  SUZANNE HAVENS BECKMAN (SBN 188814)
    shavens@parisihavens.com
12  PARISI & HAVENS LLP
    15233 Valleyheart Drive
13  Sherman Oaks, California 91403
    Telephone:  (818) 990-1299
14  Facsimile:  (818) 501-7852

15  Attorneys for Plaintiffs
    Additional counsel listed on next page
16

17              UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA

19
20  DAN VALENTINE, *et al.*,                     No. C08-cv-05113 (TEH)

21                          Plaintiffs,          **REQUEST AND [PROPOSED]
                                                 ORDER FOR SCOTT A. KAMBER
22        vs.                                    AND DAVID A. STAMPLEY TO
                                                 APPEAR AT CASE MANAGEMENT
23  NEBUAD, INC., *et al.*,                      CONFERENCE BY TELEPHONE**

24                          Defendants.          Hon. Thelton E. Henderson.

25                                               Complaint Filed: November 10, 2008
                                                 Trial Date:      None Set
26
27
28

1   Plaintiffs respectfully request that their counsel, Scott A. Kamber and David A. Stampley

2   of KamberLaw, LLC, New York, New York, be permitted to appear by telephone to participate in

3   the Case Management Conference set in this matter for June 28, 2010 at 1:30 p.m.

4   By its order of June 22, 2010 (Dkt. 202) the Court has vacated the hearing on Defendant's

5   Motion to Dismiss that was originally scheduled for June 28, and which would have required

6   counsels' personal appearance. Further, the parties, in their Joint Case Management Statement

7   (Dkt. 199), have attested to their ongoing efforts toward resolution and, to that end, have

8   requested the Court's referral of this matter to a U.S. Magistrate Judge for mediation. Mr.

9   Valentine believes his representatives' telephonic participation in the Case Management

10   Conference will appropriately facilitate progress in this matter.

11   For the foregoing reasons, Plaintiffs believe Mr. Kamber's and Mr. Stampley's telephonic

12   participation will appropriate facilitate progress in this matter.

13

14   Dated:  June 24, 2010

Respectfully submitted,
KamberLaw, LLC

15

16   By:   s/Scott A. Kamber
SCOTT KAMBER

17   s/David A. Stampley

18   DAVID A. STAMPLEY
Attorneys for Plaintiffs

19   BRIAN J. PANISH (SBN 116060)

20   panish@psblaw.com
RAHUL RAVIPUDI (SBN 204519)

21   ravipudi@psblaw.com
PANISH, SHEA & BOYLE, LLP

22   11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025

23   Telephone:  (310) 477-1700
Facsimile:  (310) 477-1699

24

25   Additional Attorneys for Plaintiffs

26

27

28

REQUEST AND [PROPOSED] ORDER             2             CASE NO. C08-CV-05113 (TEH)
FOR TELEPHONIC CMC APPEARANCE

1

**[PROPOSED] ORDER**

2

It is hereby ordered that Scott A. Kamber and David A. Stampley, attorneys for

3

plaintiffs, may participate telephonically in the Case Management Conference in this matter

4

scheduled for June 28, 2010 at 1:30 p.m.

5

6

Dated: _____06/25/10_____ _____

7

Hon. Thelton E. Henderson
United States District Judge

8

9

10

Judge Thelton E. Henderson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST AND [PROPOSED] ORDER          3          CASE NO. C08-CV-05113 (TEH)
FOR TELEPHONIC CMC APPEARANCE