UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: June 28, 2010

**Case No:** C 08-05113 TEH

**Case Title**: DAN VALENTINE, et al. v. NEBUAD INC.

**Appearances:**

    For Plaintiff(s): David Stampley, Scott Kamber

    For Defendant(s): Jason Kravitz, Talley McIntyre, Thomas Burke

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: not reported
**Time in Court:** 20 mins.

## PROCEEDINGS

1. Telephonic Case Management Conference - held

MOTION/MATTER: ( ) Granted
                  ( ) Denied
                  ( ) Granted in part/Denied in part
                  ( ) Taken under submission
                  ( ) Withdrawn/Off Calendar
                  (X) Continued to: **Monday, 08/09/10 at 1:30 PM for Further CMC**

## SUMMARY

The matter is referred to Magistrate Judge Spero for settlement to be held in the next 3-4 weeks, if possible. Parties shall file a joint CMC statement 7 days prior to the next hearing.

cc: KH; SI