# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO. C 08-05113 TEH (JCS)**

**CASE NAME: DAN VALENTINE v. NEBUAD INC.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: July 23, 2010    **TIME: 25 M** | **COURT REPORTER**: <u>Not reported</u> |
| **COUNSEL FOR PLAINTIFF:** David Stampley & Scott Kamber | **COUNSEL FOR DEFENDANT:** Jason Kravitz & Talley McIntyre |

**PROCEEDINGS**

☐   SETTLEMENT CONFERENCE

☐   FURTHER SETTLEMENT CONFERENCE

☐   DISCOVERY CONFERENCE

☐   STATUS CONFERENCE RE:

X   TELEPHONIC SCHEDULING CONFERENCE: <u>Held</u>

☐   OTHER:

CASE CONTINUED TO: <u>09/22/10 at 9:30 AM</u>   FOR <u>A settlement conference</u>

NOTES:

Jack Boos, at K&L Gates, who represents the former officers and directors of Defendant must be present at the settlement conference. Court to prepare Settlement Conference Order.

cc:   Chambers