| | |
|---|---|
| SCOTT A. KAMBER (*pro hac vice*) | ROBERT A. WEIKERT (State Bar No. 121146) |
| skamber@kamberedelson.com | rweikert@nixonpeabody.com |
| DAVID A. STAMPLEY (*pro hac vice*) | TALLEY E. MCINTYRE (State Bar No. 203131) |
| dstampley@kamberedelson.com | tmcintyre@nixonpeabody.com |
| KAMBERLAW, LLC | NIXON PEABODY LLP |
| 100 WALL STREET, 23rd Floor | One Embarcadero Center, 18th Floor |
| New York, New York 10005 | San Francisco, California 94111-3600 |
| Telephone: (212) 920-3072 | Telephone: (415) 984-8200 |
| Facsimile: (212) 202-6364 | Fax: (415) 984-8300 |
| | |
| JOSEPH H. MALLEY (*pro hac vice*) | JASON C. KRAVITZ (*pro hac vice*) |
| LAW OFFICE OF JOSEPH H. MALLEY, P.C. | jkravitz@nixonpeabody.com |
| 1045 North Zang Boulevard | NIXON PEABODY LLP |
| Dallas, Texas 75208 | 100 Summer Street |
| Telephone: (214) 943-6100 | Boston, MA 02110-2131 |
| Facsimile: (214) 943-6170 | Telephone: (617) 345-1000 |
| | Fax: (617) 345-1300 |

DAVID C. PARISI (SBN 162248)
dcparisi@parisihavens.com
SUZANNE HAVENS BECKMAN (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

| | |
|---|---|
| Attorneys for Plaintiffs | Attorneys for Defendant, |
| Additional counsel listed on signature pages | NEBUAD, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VALENTINE, et al., | No. C08-cv-05113 (TEH) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| NEBUAD, INC., et al., | Hon. Thelton E. Henderson. |
| Defendants. | Complaint Filed: November 10, 2008<br>Trial Date: None Set |

Pursuant to Local Rule 6-1, Plaintiffs and Defendant NebuAd, Inc. ("NebuAd") hereby stipulate and agree as follows:

1. On November 16, 2009, the Court set the further Case Management Conference for March 1, 2009. (*See* DKT. 180). On December 10, 2009, the Parties filed a stipulation and proposed order, which was issued by the Court, to continue the hearing for NebuAd's Motion to Dismiss (DKT. 4), also to March 1, 2009. (DKTS. 186,187).

2. On February 22, 2010, the Parties filed a joint stipulation and proposed order, which was issued by the Court, to continue the further Case Management Conference and NebuAd's Motion to Dismiss to April 5, 2010. (DKTS. 193, 194). The Parties further stipulated (DKT. 195), which was issued by the Court (DKT. 196), that the further Case Management Conference and hearing on NebuAd's Motion to Dismiss (DKT. 4) would be continued to May 17, 2010. On May 10, 2010, the Parties then filed a joint stipulation and proposed order, which was ordered by the Court, to continue the further Case Management Conference and NebuAd's Motion to Dismiss until June 28, 2010. (DKTS. 197, 198). On June 21, 2010, the Parties jointly stipulated, which was ordered by the Court, that NebuAd's Motion to Dismiss be continued until after mediation should the mediation be unsuccessful. (DKTS. 201, 202).

3. As requested in the Parties' Joint Case Management Statement filed on June 21, 2010 (DKT. 199), at the June 28, 2010 Case Management Conference, the Court referred the case to U.S. Magistrate Judge Joseph Spero for settlement. (DKT. 206). On July 23, 2010, Judge Spero set the Settlement Conference for September 22, 2010. (DKT. 208).

4. In accordance with Court's instructions at the June 28, 2010 Case Management Conference, the Parties hereby request that the further Case Management Conference and hearing on NebuAd's Motion to Dismiss (DKT. 4) shall be continued until after the Settlement Conference, should the Parties fail to resolve the case.

5. Should the Parties fail to resolve the case, the Parties agree, within 30 days after the close of the Settlement Conference, to request a date for the further Case Management Conference and a date to calendar NebuAd's Motion to Dismiss.

| | | | |
|---|---|---|---|
| 1 | | | Respectfully submitted, |
| 2 | Dated: August 2, 2010 | | KamberLaw, LLC |
| 3 | | By: | /s/ David A. Stampley |
| 4 | | | |
| 5 | | | DAVID A. STAMPLEY<br>Attorneys for Plaintiffs |

Nixon Peabody LLP

Dated: August 2, 2010        By:    /s/ Talley E. McIntyre

TALLEY E. MCINTYRE
Attorneys for Defendant
NebuAd, Inc.

BRIAN J. PANISH (SBN 116060)
panish@psblaw.com
RAHUL RAVIPUDI (SBN 204519)
ravipudi@psblaw.com
PANISH, SHEA & BOYLE, LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone:  (310) 477-1700
Facsimile:   (310) 477-1699

Additional Attorneys for Plaintiffs

1 GENERAL ORDER 45 CERTIFICATION

2     I, David A. Stampley, hereby attest pursuant to N.D. Cal. General Order No. 45 that the

3 concurrence to the filing of this document has been obtained from each signatory hereto.

4

5 DATED: August 2, 2010                              KamberLaw, LLC

6

7                                            By:      /s/ David A. Stampley

8                                                     DAVID A. STAMPLEY
                                                    Attorneys for Defendant

9                                                     NebuAd, Inc.

10 PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12     Dated: ___08/03/10___

13                                        Hon. Thelton E. Henderson
                                       United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE                                    13088184.4
CASE NO. C08-CV-05113                      - 4 -