# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO. C 08-05113 TEH (JCS)**

**CASE NAME: DAN VALENTINE v. NEBUAD INC.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: September 22, 2010    **TIME: 3 H** | **COURT REPORTER**: <u>Not reported</u> |

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| David Stampley | Talley McIntyre Henry |
| Scott A. Kamber | Jason C. Kravitz |
| Rahul Ravipudi | David McDowell - Dft Travelers |
| | Nelson S. Hsieh - Dft Axis Ins |
| | John L. Boos - non parties - former |
| | Officers of Nebuad |

### PROCEEDINGS

X     SETTLEMENT CONFERENCE

☐     FURTHER SETTLEMENT CONFERENCE

☐     DISCOVERY CONFERENCE

☐     STATUS CONFERENCE RE:

☐     TELEPHONIC CONFERENCE RE:

☐     OTHER:

CASE CONTINUED TO: **November 10, 2010 at 9:30 AM**     FOR  **A Further Settlement Conference**

NOTES:

Case did not settle.  Updated settlement conference statements due by 11/3/10.

cc:     Chambers