UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAN VALENTINE,  No. C08-05113 TEH (JCS)

    Plaintiff(s),  **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**

    v.

NEBUAD INC.,

    Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **November 10, 2010, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Updated confidential settlement conference statements shall be lodged with the Court by **November 3, 2010.** Each party shall also submit their updated statements in .pdf format and email their statement to **JCSPO@cand.uscourts.gov**, along with a .pdf of any previous settlement conference statement(s).

Lead trial counsel shall appear at the Settlement Conference with the parties and persons having unlimited authority to negotiate and settle the case. Jack Boos, at K&L Gates, and Robert Dykes and Kira Makagon, shall be present at the Settlement Conference.

The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

IT IS SO ORDERED.

Dated: September 22, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge