**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTE ORDER**

**CASE NO. C 08-05113 TEH (JCS)**

**CASE NAME: DAN VALENTINE v. NEBUAD INC.**

**MAGISTRATE JUDGE JOSEPH C. SPERO** — **COURTROOM DEPUTY: Karen Hom**

**DATE: Nov. 10, 2010** — **TIME: 30 M** — **COURT REPORTER: Not reported**

**COUNSEL FOR PLAINTIFF:**
**Scott Kamber & Rahul Ravipudi**

**COUNSEL FOR DEFENDANT:**
**Jason Kravitz & Talley McIntyre**
**Jack Boos - non-parties, former Officers of Nebuad**

---

**PROCEEDINGS**

☐ SETTLEMENT CONFERENCE

☐ FURTHER SETTLEMENT CONFERENCE

☐ DISCOVERY CONFERENCE

☐ STATUS CONFERENCE RE:

X TELEPHONIC SETTLEMENT CONFERENCE: Held

☐ OTHER:

CASE CONTINUED TO: 12/13/10 at 3:00 PM FOR A Telephonic Settlement Conference

NOTES:

David McDowell must attend the settlement conference.

cc: Chambers