# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.  C 08-05113 TEH (JCS)**

**CASE NAME:  DAN VALENTINE v. NEBUAD INC.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: Dec. 13, 2010      **TIME: 15 M** | **COURT REPORTER**: <u>Not reported</u> |
| **COUNSEL FOR PLAINTIFF:**<br>Rahul Ravipudi | **COUNSEL FOR DEFENDANT:**<br>Jason Kravitz & Talley McIntyre<br>Jack Boos - non-parties, former<br>Officers of Nebuad<br>David McDowell & Bruce Celebreeze<br>Nelson Hsieh |

## PROCEEDINGS

☐   SETTLEMENT CONFERENCE

☐   FURTHER SETTLEMENT CONFERENCE

☐   DISCOVERY CONFERENCE

☐   STATUS CONFERENCE RE:

X   TELEPHONIC FURTHER SETTLEMENT CONFERENCE:  Held

☐   OTHER:

CASE CONTINUED TO:                             FOR

NOTES:   Parties to contact the Court if they desire a further settlement conference.

cc:      Chambers