IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAN VALENTINE, et al.,

                Plaintiffs,

      v.

NEBUAD, INC.,

                Defendant.

NO. C08-5113 TEH

ORDER SETTING CASE MANAGEMENT CONFERENCE

On August 3, 2010, the Court ordered the parties, pursuant to their stipulation, to request a date for further case management conference, and a date to calendar Defendant Nebuad, Inc.'s pending motion to dismiss, within 30 days of the close of settlement conference. The parties' last settlement conference took place on December 13, 2010, and no further settlement conference is scheduled. The parties have therefore failed to contact the Court within the 30-day deadline.

The parties are hereby ORDERED to personally appear at a case management conference on February 7, 2011, at 1:30 p.m. A joint case management conference statement shall be filed with the Court no later than 7 calendar days prior to the conference. At the case management conference, the Court will set a hearing date for the pending motion to dismiss, and, if necessary, a schedule for the resolution of this case.

**IT IS SO ORDERED.**

Dated: 1/14/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT