1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCOTT KAMBER (*Pro Hac Vice*)
skamber@kamberlaw.com
DAVID A. STAMPLEY (*Pro Hac Vice)*
dstampley@kamberlaw.com
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone: (212) 920-3072
Facsimile: (212) 920-3081


Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAN VALENTINE, *et al.*,

Plaintiffs,

v.

NEBUAD, INC., *et al.*,

Defendants.

No. C08cv-05113(TEH)(EMC)

**PLAINTIFFS' SUPPLEMENTAL
MATERIALS REGARDING
DEFENDANTS' MOTION TO
DISMISS**

In accordance with this Court's order of Feburary 7, 2011 (Dkt. 219), Plaintiffs respectfully submit herewith the following supplemental materials for the Court's consideration in its adjudication of Defendant's Motion to Dismiss in this matter:

1. Expert Report of Alissa Cooper, *Kirch v. Embarq*

2. Expert Report of Andrew Case, *Kirch v. Embarq*

3. Declaration of Michael Murray, *Green v. Cable One*

4. Complaint, *Mortenson v. Bresnan*

5. Order on Motion to Dismiss, *Mortenson v. Bresnan*

Respectfully submitted,

Dated: March 25, 2011                    KamberLaw, LLC

By:    /s/David A. Stampley
DAVID A. STAMPLEY
dstampley@kamberlaw.com
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone: (212) 920-3072
Facsimile: (212) 920-3081

One of the attorneys for Plaintiffs

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28