IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VALENTINE, et al., | No. C 08-05113 TEH |
| Plaintiff, | **Clerk's Notice**<br>**Courtroom Location** |
| v. | |
| NEBUAD INC., et al., | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *Motion Hearing and Case Management Conference* set for Monday, 4/4/2011 at 10:00 a.m. before the Honorable Thelton E. Henderson will be held in **Courtroom 2, on the 17th Floor,** U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: March 30, 2011

FOR THE COURT,

Richard W. Wieking, Clerk
By:_____
Tana Ingle
Deputy Clerk