UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: April 4, 2011

**Case No:** C 08-05113 TEH

**Case Title**: DAN VALENTINE, et al. v. NEBUAD INC.

**Appearances:**

    For Plaintiff(s): Scott Kambler

    For Defendant(s): Jason Kravitz, Talley McIntyre

**Deputy Clerk**: Tana Ingle      **Court Reporter**: not reported
**Time in Court:** 20 minutes

## PROCEEDINGS

1. Motion Hearing - Vacated
2. Further Case Management Conference - Held

MOTION/MATTER: ( ) Granted
                    ( ) Denied
                    ( ) Granted in part/Denied in part
                    ( ) Taken under submission
                    ( ) Withdrawn/Off Calendar
                    (X) Continued to: **Monday, 06/20/2011 at 1:30 p.m. for further CMC.**

## SUMMARY

The parties shall file a joint CMC statement seven days prior to the next hearing.