1  ROBERT A. WEIKERT (State Bar No. 121146)
   rweikert@nixonpeabody.com
2  TALLEY E. MCINTYRE (State Bar No. 203131)
   tmcintyre@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
4  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
5  Fax:  (415) 984-8300

6  JASON C. KRAVITZ (*Pro Hac Vice*)
   jkravitz@nixonpeabody.com
7  NIXON PEABODY LLP
   100 Summer Street
8  Boston, MA  02110-2131
   Telephone: (617) 345-1000
9  Fax:  (617) 345-1300

10 Attorneys for Defendant
   NEBUAD, INC.
11

12                       UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14 | DAN VALENTINE, et al.,              | No. C08cv-05113(TEH)(EMC)
15 |                    Plaintiffs,      | **REQUEST OF JASON KRAVITZ TO ATTEND CASE MANAGEMENT CONFERENCE VIA TELEPHONE AND [PROPOSED] ORDER**
16 |     vs.                             |
17 | NEBUAD, INC., et al.,                |
18 |                    Defendants.       | Date:  June 20, 2011
                                            Time:  1:30 p.m.
                                            Hon. Thelton E. Henderson
19
                                            Complaint File:  November 10, 2008
20                                          Trial Date:   None Set

21     Defendant, NebuAd, Inc. ("NebuAd") respectfully requests that lead trial counsel be

22 permitted to attend the Case Management Conference set in this matter for June 20, 2011,

23 telephonically.  Lead counsel for NebuAd, Jason Kravitz, is based in Boston.  Mr. Kravitz attended

24 the last Case Management Conference, and NebuAd believes that it will be beneficial to the Court to

25 have Mr. Kravitz participate in the Case Management Conference – particularly as Mr. Kravitz has

26 taken the lead on settlement discussions with Plaintiffs' counsel.  However, Mr. Kravitz will be

27 preparing for a patent trial in Delaware Federal District Court, which begins on June 27, 2011, and

28

thus he is respectfully requesting the opportunity to address the Court by telephone rather than having to fly to San Francisco. Talley McIntyre Henry, from Mr. Kravitz's law firm, will be attending in person.

For the foregoing reasons, NebuAd respectfully requests that Mr. Kravitz be permitted to participate in the Case Management Conference telephonically.

DATED:  June 13, 2011                                      Respectfully submitted,

                                                          NIXON PEABODY LLP


                                                          By:   /s/ Talley McIntyre Henry
                                                                TALLEY MCINTYRE HENRY
                                                                Attorneys for Defendant
                                                                NEBUAD, INC.

## [PROPOSED] ORDER

It is hereby ordered that lead trial counsel for Defendant, NebuAd, Inc., Jason Kravitz, may participate in the Case Management Conference scheduled for June 20, 2011 at 1:30 p.m., telephonically.

Dated: _____                    _____
                                                                               Hon. Thelton E. Henderson
                                                                               United States District Court Judge