ROBERT A. WEIKERT (State Bar No. 121146)
rweikert@nixonpeabody.com
TALLEY E. MCINTYRE (State Bar No. 203131)
tmcintyre@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax:  (415) 984-8300

JASON C. KRAVITZ (*Pro Hac Vice*)
jkravitz@nixonpeabody.com
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110-2131
Telephone: (617) 345-1000
Fax:  (617) 345-1300

Attorneys for Defendant
NEBUAD, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VALENTINE, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>NEBUAD, INC., et al.,<br><br>　　　　　　Defendants. | No. C08cv-05113(TEH)(EMC)<br><br>**REQUEST OF JASON KRAVITZ TO ATTEND CASE MANAGEMENT CONFERENCE VIA TELEPHONE AND [~~PROPOSED~~] ORDER**<br><br>Date:  June 20, 2011<br>Time:  1:30 p.m.<br>Hon. Thelton E. Henderson<br><br>Complaint File:  November 10, 2008<br>Trial Date:   None Set |

Defendant, NebuAd, Inc. ("NebuAd") respectfully requests that lead trial counsel be permitted to attend the Case Management Conference set in this matter for June 20, 2011, telephonically.  Lead counsel for NebuAd, Jason Kravitz, is based in Boston.  Mr. Kravitz attended the last Case Management Conference, and NebuAd believes that it will be beneficial to the Court to have Mr. Kravitz participate in the Case Management Conference – particularly as Mr. Kravitz has taken the lead on settlement discussions with Plaintiffs' counsel.  However, Mr. Kravitz will be preparing for a patent trial in Delaware Federal District Court, which begins on June 27, 2011, and

thus he is respectfully requesting the opportunity to address the Court by telephone rather than having to fly to San Francisco. Talley McIntyre Henry, from Mr. Kravitz's law firm, will be attending in person.

For the foregoing reasons, NebuAd respectfully requests that Mr. Kravitz be permitted to participate in the Case Management Conference telephonically.

DATED: June 13, 2011

Respectfully submitted,

NIXON PEABODY LLP

By: ___/s/ Talley McIntyre Henry_____
TALLEY MCINTYRE HENRY
Attorneys for Defendant
NEBUAD, INC.

## [~~PROPOSED~~] ORDER

It is hereby ordered that lead trial counsel for Defendant, NebuAd, Inc., Jason Kravitz, may participate in the Case Management Conference scheduled for June 20, 2011 at 1:30 p.m., telephonically.

Dated: 06/14/2011   _____
Judge Thelton E. Henderson

-2-

DEFENDANT NEBUAD, INC.'S REQUEST TO ATTEND CMC
TELEPHONICALLY AND [PROPOSED] ORDER
CASE NO. C08CV-05113(TEH)(EMC)

13491695.2