SCOTT KAMBER (*Pro hac vice*)
skamber@kamberlaw.com
DAVID A. STAMPLEY (*Pro hac vice*)
dstampley@kamberlaw.com
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone:  (212) 920-3072
Facsimile:  (212) 202-6364

JOSEPH H. MALLEY (*Pro hac vice*)
LAW OFFICE OF JOSEPH H. MALLEY, P.C.
1045 North Zang Boulevard
Dallas, Texas 75208
Telephone: (214) 943-6100
Facsimile: (214) 943-6170

DAVID C. PARISI (SBN 162248)
dcparisi@parisihavens.com
SUZANNE HAVENS BECKMAN (SBN 188814
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone:  (818) 990-1299
Facsimile:  (818) 501-7852

Attorneys for Plaintiffs
Additional counsel listed on next page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VALENTINE, *et al.*,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>NEBUAD, INC., *et al*.,<br><br>                    Defendants. | No. C08-cv-05113 (TEH)<br><br>**REQUEST AND [PROPOSED] ORDER FOR SCOTT A. KAMBER TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>Hon. Thelton E. Henderson.<br><br>Complaint Filed: November 10, 2008<br>Trial Date:         None Set |

Plaintiffs respectfully request that their counsel, Scott A. Kamber of KamberLaw, LLC, New York, New York, be permitted to appear by telephone to participate in the Case Management Conference set in this matter for June 20, 2011 at 1:30 p.m.

The parties, in their Joint Case Management Statement (Dkt. 226), have attested to status of efforts to resolve this matter and have requested dates for Plaintiffs' submission of a motion for preliminary approval of a settlement. Mr. Kamber has personal commitments affecting his ability to travel next week but wishes to be able to represent Mr. Valentine by appearing telephonically, as Mr. Kravitz has requested for his part.

For the foregoing reasons, Plaintiffs believe Mr. Kamber's telephonic participation will appropriately facilitate progress in this matter and requests the Court's permission to so participate.

Dated:  June 15, 2011

Respectfully submitted,
KamberLaw, LLC

By:   s/Scott A. Kamber
SCOTT A. KAMBER
DAVID A. STAMPLEY
Attorneys for Plaintiffs
100 Wall Street, 23rd Floor
New York, NY 10005
(212) 920-3072
(212) 202-6364

BRIAN J. PANISH (SBN 116060)
panish@psblaw.com
RAHUL RAVIPUDI (SBN 204519)
ravipudi@psblaw.com
PANISH, SHEA & BOYLE, LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone:  (310) 477-1700
Facsimile:  (310) 477-1699

Attorneys for Plaintiffs

**[PROPOSED] ORDER**

It is hereby ordered that Scott A. Kamber, attorney for plaintiffs, may participate telephonically in the Case Management Conference in this matter scheduled for June 20, 2011 at 1:30 p.m.

Dated: _____        _____
                                    Hon. Thelton E. Henderson
                                    United States District Court Judge