UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: June 20, 2011

**Case No:** C 08-05113 TEH

**Case Title**: DAN VALENTINE, et al., v. NEBUAD INC.

**Appearances:**

    For Plaintiff(s): Scott Kamber - by telephone

    For Defendant(s): Talley McIntyre Henry, Jason Kravitz - by telephone

**Deputy Clerk**: Tana Ingle          **Court Reporter**: not reported
**Time in Court:** 8 minutes

## PROCEEDINGS

1.  Further Case Management Conference - HELD

## SUMMARY

Plaintiffs shall file a Motion for Preliminary Approval on or before 08/08/2011 and set the motion hearing for **Monday, 09/12/2011 at 3:00 p.m.**