| | |
|---|---|
| SCOTT KAMBER (*pro hac vice*) | ROBERT A. WEIKERT (State Bar No. 121146) |
| skamber@KamberLaw.com | rweikert@nixonpeabody.com |
| DAVID A. STAMPLEY | TALLEY E. MCINTYRE (State Bar No. 203131) |
| dstampley@KamberLaw.com (*pro hac vice*) | tmcintyre@nixonpeabody.com |
| KAMBERLAW, LLC | NIXON PEABODY LLP |
| 100 WALL STREET, 23RD Floor | One Embarcadero Center, 18th Floor |
| New York, New York 10004 | San Francisco, California 94111-3600 |
| Telephone: (212) 920-3072 | Telephone: (415) 984-8200 |
| Facsimile: (212) 202-6364 | Fax: (415) 984-8300 |
| | |
| JOSEPH H. MALLEY (*pro hac vice*) | JASON C. KRAVITZ (*pro hac vice*) |
| LAW OFFICE OF JOSEPH H. MALLEY, P.C. | jkravitz@nixonpeabody.com |
| 1045 North Zang Boulevard | NIXON PEABODY LLP |
| Dallas, Texas 75208 | 100 Summer Street |
| Telephone: (214) 943-6100 | Boston, MA 02110-2131 |
| Facsimile: (214) 943-6170 | Telephone: (617) 345-1000 |
| | Fax: (617) 345-1300 |

DAVID C. PARISI (SBN 162248)
SUZANNE HAVENS BECKMAN (SBN 188814)
*dcparisi@parisihavens.com*
*shavens@parisihavens.com*
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Attorneys for Plaintiffs.          Attorneys for Defendant,
Additional counsel listed on signature pages     NEBUAD, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VALENTINE, et al., | No. C08-cv-05113 (TEH) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING DATE FOR DEFENDANT NEBUAD, INC.'S MOTION TO DISMISS** |
| vs. | |
| NEBUAD, INC., et al., | Hon. Thelton E. Henderson. |
| Defendants. | Complaint Filed: November 10, 2008 |
| | Trial Date: None Set |

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE DATE FOR FILING OF     - 1 -          NO. C08-CV-05113 (TEH)
PRELIMINARY APPROVAL MOTION

1       Pursuant to Local Rule 6-1, Plaintiffs and Defendant NebuAd, Inc. ("NebuAd") hereby stipulate and agree as follows:

2      1. On June 20, 2011, the Court held a Case Management Conference and directed Plaintiffs to file a Motion for Preliminary Approval on or before August 8, 2011 and set the motion hearing for Monday, September 12, 2011 at 3:00 p.m. (DKT. 230.)

    2. Plaintiffs' counsel are in the process of obtaining client approval of their motion for preliminary approval of settlement and, owing to vacation schedules, respectfully request a one-week delay in the deadline for the filing of such papers.

    3. Plaintiffs believe such motion will not be contested or the subject of response and therefore respectfully request that the September 12, 2011 date for the hearing of such motion remain undisturbed.

    4. In light of the foregoing, the Parties respectfully request the Court's endorsement of the stipulation herein to continue the date for Plaintiffs' filing of their motion for preliminary approval of settlement.

Dated: August 8, 2011

Respectfully submitted,
KamberLaw, LLC

By: s/David A. Stampley

DAVID A. STAMPLEY
Attorneys for Plaintiffs

Nixon Peabody LLP

Dated: August 8, 2011    By: s/Jason C. Kravitz

JASON C. KRAVITZ
Attorneys for Defendant
NebuAd, Inc.

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE DATE FOR FILING OF            - 2 -            NO. C08-CV-05113 (TEH)
PRELIMINARY APPROVAL MOTION

1  BRIAN J. PANISH (SBN 116060, N.D. Cal. adm. pending)
   panish@psblaw.com
2  RAHUL RAVIPUDI (SBN 204519, N.D. Cal. adm. pending)
   ravipudi@psblaw.com
3  PANISH, SHEA & BOYLE, LLP
   11111 Santa Monica Boulevard, Suite 700
4  Los Angeles, California 90025
   Telephone:  (310) 477-1700
5  Facsimile:   (310) 477-1699

6
   Attorneys for Plaintiff Dan Valentine
7

8

9

10

11        PURSUANT TO STIPULATION, IT IS SO ORDERED.

12        Dated: _____          _____
                                         Hon. Thelton E. Henderson
13                                       United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE DATE FOR FILING OF          - 3 -                    NO. C08-CV-05113 (TEH)
PRELIMINARY APPROVAL MOTION

GENERAL ORDER 45 CERTIFICATION

I, David A. Stampley, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: August 8, 2011                                   KamberLaw, LLC


By: s/David A. Stampley
DAVID A. STAMPLEY
One of the Attorneys for Plaintiffs