1  SCOTT KAMBER (*pro hac vice*)                ROBERT A. WEIKERT (State Bar No. 121146)
2  skamber@KamberLaw.com                        rweikert@nixonpeabody.com
   DAVID A. STAMPLEY                            TALLEY E. MCINTYRE (State Bar No. 203131)
3  dstampley@KamberLaw.com (*pro hac vice*)     tmcintyre@nixonpeabody.com
   KAMBERLAW, LLC                               NIXON PEABODY LLP
4  100 WALL STREET, 23RD Floor                  One Embarcadero Center, 18th Floor
   New York, New York 10004                     San Francisco, California 94111-3600
5  Telephone:  (212) 920-3072                   Telephone: (415) 984-8200
6  Facsimile:  (212) 202-6364                   Fax: (415) 984-8300

7  JOSEPH H. MALLEY (*pro hac vice*)            JASON C. KRAVITZ (*pro hac vice*)
   LAW OFFICE OF JOSEPH H. MALLEY, P.C.         jkravitz@nixonpeabody.com
8  1045 North Zang Boulevard                    NIXON PEABODY LLP
9  Dallas, Texas 75208                          100 Summer Street
   Telephone:  (214) 943-6100                   Boston, MA 02110-2131
10 Facsimile:  (214) 943-6170                   Telephone: (617) 345-1000
                                                Fax: (617) 345-1300
11
   DAVID C. PARISI (SBN 162248)
12 SUZANNE HAVENS BECKMAN (SBN 188814)
   *dcparisi@parisihavens.com*
13 *shavens@parisihavens.com*
   PARISI & HAVENS LLP
14 15233 Valleyheart Drive
15 Sherman Oaks, California 91403
   Telephone:  (818) 990-1299
16 Facsimile:  (818) 501-7852

17 Attorneys for Plaintiffs.                    Attorneys for Defendant,
   Additional counsel listed on signature pages NEBUAD, INC.
18

19                        UNITED STATES DISTRICT COURT
20                        NORTHERN DISTRICT OF CALIFORNIA

21

22 | DAN VALENTINE, et al., | No. C08-cv-05113 (TEH) |

23 | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR FILING OF PRELIMINARY APPROVAL MOTION** |

24 | vs. | |

25 | NEBUAD, INC., et al., | |

26 | Defendants. | Hon. Thelton E. Henderson. |

27 | | Complaint Filed: November 10, 2008<br>Trial Date:      None Set |

28

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE DATE FOR FILING OF         - 1 -                    NO. C08-CV-05113 (TEH)
 PRELIMINARY APPROVAL MOTION

Pursuant to Local Rule 6-1, Plaintiffs and Defendant NebuAd, Inc. ("NebuAd") hereby stipulate and agree as follows:

1. On June 20, 2011, the Court held a Case Management Conference and directed Plaintiffs to file a Motion for Preliminary Approval on or before August 8, 2011 and set the motion hearing for Monday, September 12, 2011 at 3:00 p.m. (DKT. 230.)

2. Plaintiffs' counsel are in the process of obtaining client approval of their motion for preliminary approval of settlement and, owing to vacation schedules, respectfully request a one-week delay in the deadline for the filing of such papers.

3. Plaintiffs believe such motion will not be contested or the subject of response and therefore respectfully request that the September 12, 2011 date for the hearing of such motion remain undisturbed.

4. In light of the foregoing, the Parties respectfully request the Court's endorsement of the stipulation herein to continue the date for Plaintiffs' filing of their motion for preliminary approval of settlement.

Dated: August 8, 2011

Respectfully submitted,
KamberLaw, LLC

By: s/David A. Stampley

DAVID A. STAMPLEY
Attorneys for Plaintiffs

Nixon Peabody LLP

Dated: August 8, 2011    By: s/Jason C. Kravitz

JASON C. KRAVITZ
Attorneys for Defendant
NebuAd, Inc.

1  BRIAN J. PANISH (SBN 116060, N.D. Cal. adm. pending)
   panish@psblaw.com
2  RAHUL RAVIPUDI (SBN 204519, N.D. Cal. adm. pending)
   ravipudi@psblaw.com
3  PANISH, SHEA & BOYLE, LLP
   11111 Santa Monica Boulevard, Suite 700
4  Los Angeles, California 90025
   Telephone:  (310) 477-1700
5  Facsimile:   (310) 477-1699

6
   Attorneys for Plaintiff Dan Valentine
7

8

9

10

11      PURSUANT TO STIPULATION, IT IS SO ORDERED.

12      Dated: _____08/09/2011_____        _____
                                           Hon. Thelton E. Henderson
13                                         United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA – Signature of Judge Thelton E. Henderson]*

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE DATE FOR FILING OF         - 3 -                NO. C08-CV-05113 (TEH)
PRELIMINARY APPROVAL MOTION