SCOTT A. KAMBER (*pro hac vice*)
skamber@kamberlaw.com
DAVID A. STAMPLEY (*pro hac vice*)
dstampley@kamberlaw.com
KamberLaw, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone:(212) 920-3072
Facsimile: (212) 202-6364

BRIAN J. PANISH (SBN 116060)
panish@psblaw.com
RAHUL RAVIPUDI (SBN 204519)
ravipudi@pbslaw.com
PANISH, SHEA & BOYLE, LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone:(310) 477-1700
Facsimile:(310) 477-1699

Attorneys for Plaintiffs.
Additional counsel listed on signature pages

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VALENTINE, *et al.*,<br><br>                              Plaintiffs,<br><br>     vs.<br><br>NEBUAD, INC., *et al.*,<br><br>                              Defendants. | No. 3:08-cv-05113 (TEH) (EMC)<br><br>**NOTICE OF LODGING OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Thelton E. Henderson.<br><br>Complaint Filed:  November 10, 2008<br>Trial Date:         None Set |

    PLEASE TAKE NOTICE that David A. Stampley, on behalf of Plaintiffs, hereby lodges the attached exhibits in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

---

Notice of Lodging of Exhibits                    1                    No. 3:08-cv-05113 (TEH) (EMC)

| | |
|---|---|
| Dated: Aug. 15, 2011 | Respectfully submitted,<br>KAMBERLAW, LLC<br><br>s/David A. Stampley<br>By: David A. Stampley<br>One of the Attorneys for Plaintiffs, individually and on behalf of a Class of similarly situated individuals |

JOSEPH H. MALLEY (*pro hac vice*)
Law Office Of Joseph H. Malley, P.C.
1045 North Zang Boulevard
Dallas, Texas 75208
Telephone:(214) 943-6100
Facsimile: (214) 943-6170

DAVID C. PARISI (SBN 162248)
dcparisi@parisihavens.com
SUZANNE HAVENS BECKMAN (SBN 188814)
shavens@parisihavens.com
Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone:(818) 990-1299
Facsimile:(818) 501-7852