# EXHIBIT A

**[Subject to Stipulated Protective Order pending Preliminary Approval]**