# EXHIBIT B

DID YOUR ISP TRACK YOU?

Class action settlement that is being considered by federal court may impact your rights.

[www.insertsettlementurl.com](www.insertsettlementurl.com) for more information.