SCOTT A. KAMBER (*pro hac vice*)
skamber@kamberlaw.com
DAVID A. STAMPLEY (*pro hac vice*)
dstampley@kamberlaw.com
KamberLaw, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone: (212) 920-3072
Facsimile: (212) 202-6364

BRIAN J. PANISH (SBN 116060)
panish@psblaw.com
RAHUL RAVIPUDI (SBN 204519)
ravipudi@pbslaw.com
PANISH, SHEA & BOYLE, LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: (310) 477-1700
Facsimile: (310) 477-1699

Attorneys for Plaintiffs.
Additional counsel listed on signature pages

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VALENTINE, *et al.*,<br><br>                                        Plaintiffs,<br><br>vs.<br><br>NEBUAD, INC., *et al.*,<br><br>                                        Defendants. | No. 3:08-cv-05113 (TEH) (EMC)<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Thelton E. Henderson<br><br>Date:      Sept. 12, 2011<br>Location: Courtroom 12, 19th Fl.<br>              450 Golden Gate Avenue<br>              San Francisco, CA 94102<br>Time:      3:00 p.m. |

**NOTICE OF MOTION**

NOTICE IS HEREBY GIVEN that Plaintiffs will move the Court, pursuant to Federal Rule of Civil Procedure 23(e), to grant preliminary approval of a proposed settlement in this

above captioned consumer class action on Monday, September 12, 2011 at 3:00 p.m. or at such other time as may be set by the Court.

Plaintiffs seek preliminary approval of this class action Settlement Agreement, certification of the proposed class for settlement purposes, provision of notice to the Settlement Class, and appointment of Plaintiffs as class representatives and their counsel as class counsel. The Motion is based on this Notice of Motion, Plaintiffs' Memorandum of Law in Support of the Motion and the authorities cited therein, oral argument of counsel, and any other matters that may be submitted at the hearing or at the request of the Court.

Dated:  August 15, 2011            Respectfully submitted,
                                   KAMBERLAW, LLC

                                   s/David A. Stampley
                                   David A. Stampley

                                   SCOTT A. KAMBER (*pro hac vice*)
                                   skamber@kamberlaw.com
                                   DAVID A. STAMPLEY (*pro hac vice*)
                                   dstampley@kamberlaw.com
                                   KamberLaw, LLC
                                   100 Wall Street, 23rd Floor
                                   New York, New York 10005
                                   Telephone:      (212) 920-3072
                                   Facsimile:      (212) 202-6364

                                   BRIAN J. PANISH (SBN 116060)
                                   panish@psblaw.com
                                   RAHUL RAVIPUDI (SBN 204519)
                                   ravipudi@pbslaw.com
                                   PANISH, SHEA & BOYLE, LLP
                                   11111 Santa Monica Boulevard, Suite 700
                                   Los Angeles, California 90025
                                   Telephone:(310) 477-1700
                                   Facsimile:(310) 477-1699

                                   JOSEPH H. MALLEY (*pro hac vice*)
                                   Law Office Of Joseph H. Malley, P.C.
                                   1045 North Zang Boulevard

---

Notice of Plaintiffs' Motion                2            No. 3:08-cv-05113 (TEH) (EMC)
For Preliminary Approval of
Class Action Settlement

Dallas, Texas 75208
Telephone:      (214) 943-6100
Facsimile:      (214) 943-6170

DAVID C. PARISI (SBN 162248)
dcparisi@parisihavens.com
SUZANNE HAVENS BECKMAN (SBN 188814)
shavens@parisihavens.com
Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone:(818) 990-1299
Facsimile:(818) 501-7852

Attorneys for Plaintiffs, individually and on behalf of a Class of similarly situated individuals