ROBERT A. WEIKERT (State Bar No. 121146)
rweikert@nixonpeabody.com
TALLEY E. MCINTYRE (State Bar No. 203131)
tmcintyre@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

JASON C. KRAVITZ *(Pro Hac Vice)*
jkravitz@nixonpeabody.com
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110-2131
Telephone: (617) 345-1000
Fax: (617) 345-1300

Attorneys for Defendant
NEBUAD, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VALENTINE, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>NEBUAD, INC., et al.,<br><br>　　　　　　　Defendants. | No. C08cv-05113(TEH)(EMC)<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

**CASE NAME:** *Dan Valentine, et al. v. Nebuad, Inc., et al..*
**COURT:** U.S. DISTRICT COURT - NORTHERN DISTRICT
**CASE NO.:** C 08 cv-05113(TEH)(EMC)
**NP FILE:** 054249.000002

    I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, 18th Floor, San Francisco, California 94111-3600. On August 23, 2011, I served the following document(s):

**Letter dated August 23, 2011 to Attorneys General (see list of individual Attorneys General below) re: Notice of Proposed Settlement in *Valentine et al. v. NebuAd, Inc.* with enclosed CD containing: (1) Class Action Complaint, (2) Notice of Preliminary Approval Hearing, and (3) Settlement Agreement with Exhibits (including proposed notices to class members, proposed orders), per 28 U.S.C. §1715.**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : <u>By First-Class Mail</u> — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

____ : <u>By Personal Service</u> — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

____ : <u>By Overnight Courier</u> — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

____ : <u>By Facsimile</u> — From facsimile number at approximately A.M./P.M., I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

____ : <u>By E-Mail Transmission</u> — I caused each such document to be transmitted via e-mail transmission from San Francisco, California, to addresses listed on the attached Service List.

Addressee(s)

| | |
|---|---|
| Luther Strange<br>Alabama Attorney General<br>501 Washington Ave.<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | Lisa Madigan<br>Illinois Attorney General<br>James R. Thompson Ctr.<br>100 W. Randolph St.<br>Chicago, IL 60601 |
| John Burns<br>Alaska Attorney General<br>P.O. Box 110300<br>Diamond Courthouse<br>Juneau, AK 99811-0300 | Greg Zoeller<br>Indiana Attorney General<br>Indiana Government Center South<br>5th Floor, 302 West Washington Street<br>Indianapolis, IN 46204 |

12740631.5

| | |
|---|---|
| Fepulea'i A. "Afa" Ripley, Jr.<br>American Samoa Attorney General<br>American Samoa Gov't, Exec. Ofc. Bldg.<br>Utulei, Territory of American Samoa, Pago Pago, AS 96799 | Tom Miller<br>Iowa Attorney General<br>Hoover State Office Bldg.<br>1305 E. Walnut<br>Des Moines, IA 50319 |
| Tom Horne<br>Arizona Attorney General<br>1275 W. Washington St.<br>Phoenix, AZ 85007 | Derek Schmidt<br>Kansas Attorney General<br>120 S.W. 10th Ave., 2nd Fl.<br>Topeka, KS 66612-1597 |
| Dustin McDaniel<br>Arkansas Attorney General<br>200 Tower Bldg.<br>323 Center St.<br>Little Rock, AR 72201-2610 | Jack Conway<br>Kentucky Attorney General<br>700 Capitol Avenue<br>Capitol Building, Suite 118<br>Frankfort, KY 40601 |
| Kamala Harris<br>California Attorney General<br>1300 I St., Ste. 1740<br>Sacramento, CA 95814 | James D. "Buddy" Caldwell<br>Louisiana Attorney General<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 |
| John Suthers<br>Colorado Attorney General<br>1525 Sherman St.<br>Denver, CO 80203 | William J. Schneider<br>Maine Attorney General<br>State House Station 6<br>Augusta, ME 04333 |
| George Jepsen<br>Connecticut Attorney General<br>55 Elm St.<br>Hartford, CT 06141-0120 | Douglas F. Gansler<br>Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 |
| Joseph R. "Beau" Biden, III<br>Delaware Attorney General<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington, DE 19801 | Martha Coakley<br>Massachusetts Attorney General<br>1 Ashburton Place<br>Boston, MA 02108-1698 |
| Irvin Nathan<br>District of Columbia Attorney General<br>John A. Wilson Building<br>1350 PA Ave, NW Suite 409<br>Washington, DC 20009 | Bill Schuette<br>Michigan Attorney General<br>P.O.Box 30212<br>525 W. Ottawa St.<br>Lansing, MI 48909-0212 |
| Pam Bondi<br>Florida Attorney General<br>The Capitol, PL 01<br>Tallahassee, FL 32399-1050 | Lori Swanson<br>Minnesota Attorney General<br>State Capitol, Ste. 102<br>St. Paul, MN 55155 |
| Sam Olens<br>Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 | Jim Hood<br>Mississippi Attorney General<br>Department of Justice<br>P.O. Box 220<br>Jackson, MS 39205 |
| Lenny Rapadas<br>Guam Attorney General<br>287 West O'Brien Drive<br>Hagatna, Guam 96910 | Chris Koster<br>Missouri Attorney General<br>Supreme Ct. Bldg.<br>207 W. High St.<br>Jefferson City, MO 65101 |
| David Louie<br>Hawaii Attorney General<br>425 Queen St.<br>Honolulu, HI 96813 | Steve Bullock<br>Montana Attorney General<br>Justice Bldg.<br>215 N. Sanders |

| | |
|---|---|
| | Helena, MT 59620-1401 |
| Lawrence Wasden<br>Idaho Attorney General<br>Statehouse<br>Boise, ID 83720-1000 | Jon Bruning<br>Nebraska Attorney General<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 |
| Wayne Stenehjem<br>North Dakota Attorney General<br>State Capitol<br>600 E. Boulevard Ave.<br>Bismarck, ND 58505-0040 | Catherine Cortez Masto<br>Nevada Attorney General<br>Old Supreme Ct. Bldg.<br>100 N. Carson St.<br>Carson City, NV 89701 |
| Edward T. Buckingham<br>Northern Mariana Islands Attorney General<br>Administration Building<br>P.O. Box 10007<br>Saipan MP 96950-8907 | Michael Delaney<br>New Hampshire Attorney General<br>State House Annex<br>33 Capitol St.<br>Concord, NH 03301-6397 |
| Mike DeWine<br>Ohio Attorney General<br>State Office Tower<br>30 E. Broad St.<br>Columbus, OH 43266-0410 | Paula T. Dow<br>New Jersey Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>P.O. Box 080<br>Trenton, NJ 08625 |
| Scott Pruitt<br>Oklahoma Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | Gary King<br>New Mexico Attorney General<br>P.O. Drawer 1508<br>Sante Fe, NM 87504-1508 |
| John Kroger<br>Oregon Attorney General<br>Justice Bldg.<br>1162 Court St., NE<br>Salem, OR 97301 | Eric Schneiderman<br>New York Attorney General<br>Dept. of Law - The Capitol<br>2nd fl.<br>Albany, NY 12224 |
| Linda L. Kelly<br>Pennsylvania Attorney General<br>1600 Strawberry Square<br>Harrisburg, PA 17120 | Roy Cooper<br>North Carolina Attorney General<br>Dept. of Justice<br>P.O.Box 629<br>Raleigh, NC 27602-0629 |
| Guillermo Somoza-Colombani<br>Puerto Rico Attorney General<br>GPO Box 902192<br>San Juan, PR 00902-0192 | Peter Kilmartin<br>Rhode Island Attorney General<br>150 S. Main St.<br>Providence, RI 02903 |
| Ken Cuccinelli<br>Virginia Attorney General<br>900 East Main Street<br>Richmond, VA 23219 | Alan Wilson<br>South Carolina Attorney General<br>Rembert C. Dennis Office Bldg.<br>P.O.Box 11549<br>Columbia, SC 29211-1549 |
| Rob McKenna<br>Washington Attorney General<br>1125 Washington St. SE<br>PO Box 40100<br>Olympia, WA 98504-0100 | Marty J. Jackley<br>South Dakota Attorney General<br>1302 East Highway 14, Suite 1<br>Pierre, SD 57501-8501 |
| Darrell V. McGraw, Jr.<br>West Virginia Attorney General<br>State Capitol<br>1900 Kanawha Blvd., E. | Robert E. Cooper, Jr.<br>Tennessee Attorney General<br>425 5th Avenue North<br>Nashville, TN 37243 |

12740631.5

| | |
|---|---|
| Charleston, WV 25305 | |
| J.B. Van Hollen<br>Wisconsin Attorney General<br>State Capitol, Ste. 114 E.<br>P.O. Box 7857<br>Madison, WI 53707-7857 | Greg Abbott<br>Texas Attorney General<br>Capitol Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Greg Phillips<br>Wyoming Attorney General<br>State Capitol Bldg.<br>Cheyenne, WY 82002 | Mark Shurtleff<br>Utah Attorney General<br>State Capitol, Rm. 236<br>Salt Lake City, UT 84114-0810 |
| | William H. Sorrell<br>Vermont Attorney General<br>109 State St.<br>Montpelier, VT 05609-1001 |
| | Vincent Frazer<br>Virgin Islands Attorney General<br>Dept. of Justice<br>G.E.R.S. Complex 488-50C<br>Kronprinsdens Gade, St. Thomas, VI 00802 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 24, 2011, at San Francisco, California.

_____
Donna L. Day

12740631.5

**PROOF OF SERVICE**

**CASE NAME:** *Dan Valentine, et al. v. Nebuad, Inc., et al..*
**COURT:**     U.S. DISTRICT COURT - NORTHERN DISTRICT
**CASE NO.:**  C 08 cv-05113(TEH)(EMC)
**NP FILE:**   054249.000002

  I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, 18th Floor, San Francisco, California 94111-3600. On August 24, 2011, I served the following document(s):

**Letter dated August 24, 2011 to Eric H. Holder, Jr., United States Attorney General, U.S. Department of Justice re: Notice of Proposed Settlement in *Valentine et al. v. NebuAd, Inc.* with enclosed CD containing: (1) Class Action Complaint, (2) Notice of Preliminary Approval Hearing, and (3) Settlement Agreement with Exhibits (including proposed notices to class members, proposed orders), per 28 U.S.C. §1715.**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__: <u>By First-Class Mail</u> — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

____: <u>By Personal Service</u> — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

____: <u>By Overnight Courier</u> — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

____: <u>By Facsimile</u> — From facsimile number at approximately A.M./P.M., I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

____: <u>By E-Mail Transmission</u> — I caused each such document to be transmitted via e-mail transmission from San Francisco, California, to addresses listed on the attached Service List.

<u>Addressee(s)</u>

| | |
|---|---|
| Eric H. Holder, Jr.<br>United States Attorney General<br>U.S. Department of Justice<br>Office of the Attorney General<br>950 Pennsylvania Avenue, NW, Room 5111<br>Washington, DC 20530-0001 | |

  I declare under penalty of perjury that the foregoing is true and correct. Executed on August 24, 2011, at San Francisco, California.

*/s/ Donna L. Day*<br>Donna L. Day