UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:  Thelton E. Henderson**

**Date**: September 12, 2011

**Case No:** C 08-05113 TEH

**Case Title**:  DAN VALENTINE, ET AL v. NEBUAD INC.

**Appearances:**

    For Plaintiff(s): Scott Kamber, Rahul Ravipudi

    For Defendant(s): Talley Henry, Jason Kravitz

**Deputy Clerk**:  Tana Ingle      **Court Reporter**: Sahar Barlett
**Time in Court:** 25 minutes

## *PROCEEDINGS*

1.  Motion for Preliminary Approval of Class Action Settlement - Held

MOTION/MATTER: (X) Granted
                ( ) Denied
                ( ) Granted in part/Denied in part
                ( ) Taken under submission
                ( ) Withdrawn/Off Calendar
                () Continued to:

Order to be prepared by:     (X) Plaintiff   ( ) Defendant   ( ) Court