SCOTT A. KAMBER (*pro hac vice*)
skamber@kamberlaw.com
DAVID A. STAMPLEY (*pro hac vice*)
dstampley@kamberlaw.com
KamberLaw, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone:    (212) 920-3072
Facsimile:    (212) 202-6364

BRIAN J. PANISH (SBN 116060)
panish@psblaw.com
RAHUL RAVIPUDI (SBN 204519)
ravipudi@pbslaw.com
PANISH, SHEA & BOYLE, LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone:(310) 477-1700
Facsimile:(310) 477-1699

Attorneys for Plaintiffs
Additional counsel listed on signature pages

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAN VALENTINE, *et al*.,<br><br>                              Plaintiffs,<br>     vs.<br><br>NEBUAD, INC., *et al*.,<br><br>                              Defendants. | No. 3:08-cv-05113 (TEH) (EMC)<br><br>**PLAINTIFFS' NOTICE OF MOTION IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS**<br><br>Hon. Thelton E. Henderson.<br><br>Date:      Dec. 19, 2011<br>Location : Courtroom 12, 19th Fl<br>                450 Golden Gate Ave<br>                San Francisco, CA   94102<br>Time:      10:00 a.m. |

NOTICE IS HEREBY GIVEN that Plaintiffs will move the Court, pursuant to Federal Rule of Civil Procedure 23(e), for an order awarding attorneys' fees of $722,853.00 plus costs of $63,678.00 associated with the prosecution and settlement of this class action on December 19, 2011 at 10:00 am, or at such other time as may be set by the Court.  Plaintiffs will also seek awards of incentive fees to the Representative Plaintiffs.

The Motion is based on this Notice of Motion; the accompanying Brief in Support of the Motion, the authorities cited therein, and the exhibits attached thereto; oral argument of counsel; and any other matter that may be submitted at the hearing.

Dated: November 1, 2011

        Respectfully submitted,
        KAMBERLAW, LLC

        ___s/Scott A. Kamber_____
        Scott A. Kamber
        David A. Stampley
        KAMBERLAW, LLC
        100 Wall Street, 23d Floor
        New York, New York 10005