

**KamberLaw, LLC**

100 Wall Street, 23rd Floor
New York, New York 10005
t 212.920.3072 f 212.202.6364

www.kamberlaw.com

*Via ECF and <mark>by Hand</mark>*

November 1, 2011

The Hon. Thelton E. Henderson
United States District Judge
United States District Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  <u>*Valentine v. NebuAd, Inc.*</u>, No. 08cv05113 (TEH) (EMC) Proposed *Cy Pres* Distribution

Dear Judge Henderson:

    We are Class Counsel (as defined in the Settlement Agreement, Dkt. 233-1)in the above-captioned matter, in which the Court has granted Plaintiff's Motion for Preliminary Approval (Dkt. 233). On behalf of the Settlement Class Representative we submit this letter to furnish the Court with the proposed plan of *cy pres* distribution, as agreed to between the Parties in the Settlement Agreement, Section 7, "Distribution of Settlement Fund," Sub-Section D, "Relief to Settlement Class–*Cy Pres* Donation" which states:

> Any amount remaining in the Settlement Fund, less payments of expenses of administration and attorney's fees, if any, approved by the Court, shall be distributed to a non-profit organization or organizations with the purpose of protecting consumers from misuse and/or unauthorized distribution of their electronic information or of personally identifiable information gathered through use of the Internet. Class Counsel shall submit the plan for such distribution to the Court and any distribution pursuant to this paragraph must be approved by the Court. No organization in which the Class Representative or Class Counsel holds any ownership or control qualifies for distribution under this paragraph, and the application referred to herein must affirmatively declare the absence of such interest.

    The proposed organizations to receive *cy pres* distributions from the Settlement Fund are listed below. These organizations have demonstrated the capability and commitment to conduct research, education, and activities with the purpose of protecting consumers from misuse and/or unauthorized distribution of their electronic information or of personally identifiable information gathered through use of the Internet.

A.    We propose that the following organizations each receive a *cy pres* award up to the amount indicated:

    $75,000   NATL. NETWORK TO END DOMESTIC VIOLENCE    Washington, DC
                        Safety Net: Safe & Strategic Technology Project

                        NNEDV's Safety Net project trains educates victims and victim advocates in ways to avoid being tracked by perpetrators; educates law enforcement in detecting perpetrators' uses of technology to harm victims; works with court systems to prevent online exposure of victims' personal information; and assists shelters in maintaining the security and integ-

rity of their computer systems to shield those systems from perpetrator intrusion. In addition, NNEDV Safety Net has trained Safety Net technology safety advocates through the United States.

$75,000   CENTER FOR DEMOCRACY AND TECHNOLOGY          Washington, DC
CDT advocates for consumer privacy through research, education, policy evaluation, and by facilitating communications about consumer –affecting privacy issues.

$75,000   FORDHAM LAW SCHOOL                                 New York, NY
Center on Law and Information Policy

$75,000   FREE PRESS                                          Florence, MA
Open Technology Initiative—for research and publications related to consumer privacy[†]

$75,000   LAMB'S FARM                                        Libertyville IL
Safe Internet surfing education is included in the vocational, residential, and recreational programs Lamb's Farm provides to developmentally disabled persons.

$75,000   PUBLIC KNOWLEDGE                                  Washington, DC
Open Technology Initiative—for research and publication related to consumer privacy[†]

$75,000   U.C.-SANTA BARBARA                                 San Diego, CA
Computer Security Group

$75,000   U.C.-BERKELEY                                       Berkeley, CA
School of Law—Berkeley Center for Law & Technology

$75,000   U.C.-BERKELEY                                       Berkeley, CA
Information School—Prof. Deidre Mulligan Internet privacy projects

B.   We propose the following organizations each receive a *cy pres* award in the amount indicated for the furtherance of clinical programs in which law students represent consumers in arbitration of purpose of protecting consumers from misuse and/or unauthorized distribution of their electronic information or of personally identifiable information gathered through use of the Internet:

$125,000   IIT CHICAGO-KENT COLLEGE OF LAW                     Chicago, IL

---

[†] Co-publisher key technical research regarding NebuAd's practices, "NebuAd and Partner ISPs: Wiretapping, Forgery and Browser Hijacking" by Robert M. Topolski, Free Press and Public Knowledge, June 18, 2008, *http://www.freepress.net/files/NebuAd_Report.pdf*; *http://www.publicknowledge.org/pdf/nebuad-report-20080618.pdf*.

KamberLaw

The Hon. Thelton E. Henderson
Nov. 1, 2011
Page 3

| | | |
|---|---|---|
| $125,000 | NEW YORK LAW SCHOOL | New York, NY |
| $125,000 | U. OF COLO.-DENVER | Denver, CO |
| $125,000 | U.C.-HASTINGS COLLEGE OF LAW | San Francisco, CA |

C. We propose the following organizations receive *cy pres* awards consisting of an equal division of the monies remaining in the Settlement Fund—expected to total no less than $200,000—following initial distributions to the above-mentioned *cy pres* recipients

ELECTRONIC FRONTIER FOUNDATION — San Francisco, CA
Technology Research & Development Program

EFF's technology development and research projects make privacy and online security-enhancing tools available to consumers, such as tools to: maximize browser utilization of encryption; add choice mechanism for viewing third-party video content with potential third-party tracking and profiling; analyze a consumer browser's for susceptibility to device fingerprinting; and monitor changes in web application providers' Terms of Service.

PRIVACY RIGHTS CLEARINGHOUSE — San Diego, CA

PRC's consumer privacy education and advocacy projects include fact sheets on a wide variety of key consumer privacy topics (some available in Spanish); a consumer privacy hotline, and a speaker's service to educate audience at conferences, workplace training, and civic and community group meetings.

Class Counsel hereby represents that the Class Representative and Class Counsel do not hold any ownership or controlling interest in these organizations. Further, Class Counsel declares that Defendant had no role in selecting these recipients.

Respectfully submitted,

Scott A. Kamber
Class Counsel