SCOTT A. KAMBER (*pro hac vice*)
  skamber@kamberlaw.com
DAVID A. STAMPLEY (*pro hac vice*)
  dstampley@kamberlaw.com
KamberLaw, LLC
100 Wall Street, 23d Floor
New York, NY  10005
Telephone: (212) 920-3072
Facsimile: (212) 202-6364

PANISH SHEA & BOYLE LLP
BRIAN J. PANISH, State Bar No. 116060
  panish@psblaw.com
RAHUL RAVIPUDI, State Bar No. 204519
  ravipudi@psblaw.com
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California  90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAN VALENTINE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NEBUAD, INC., et al.,<br><br>　　　　Defendants. | Case No. 3:08-cv-05113 (TEH) (EMC)<br><br>**DECLARATION OF RAHUL RAVIPUDI IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES**<br><br>Judge:  Hon. Thelton E. Henderson<br><br>Date:　　　Nov. __, 2011<br>Location:　Courtroom 12, 19th Fl.<br>　　　　　450 Golden Gate Avenue<br>　　　　　San Francisco, CA 94102<br>Time:　　　3:00 p.m. |

I, Rahul Ravipudi, declare as follows:

1. I am an attorney at Panish, Shea & Boyle, LLP, and pursuant to the Court's Order, I submit this declaration. I am a member of the Bar of the State of California and licensed to practice before this Court. I make this declaration based upon my own personal knowledge. If called to testify, I could and would testify to the facts contained herein. I am competent to testify that the following facts are true and correct to the best of my knowledge.

2. On September 20, 2011, this Court approved a Settlement Class in the case entitled *Valentine v. NebuAd, Inc. et.al.* and appointed Declarant and Panish, Shea & Boyle, LLP as co-lead counsel for the Settlement Class. I am submitting this Declaration setting forth the time expended by the professionals at Panish, Shea & Boyle, LLP and the expenses that we incurred in support of the application for an award of attorneys' fees and reimbursement of expenses incurred in connection with services rendered in this action.

3. While this lawsuit was brought in November 2008, Panish, Shea & Boyle was not active in the litigation until February 2010. Simultaneously, Declarant also associated into potential cases against various ISPs – WideOpen West, Cable One, CenturyTel, Embarq, Bresnan, and Knology – arising out of the same events that gave rise to this action. The association culminated in lawsuits brought against these ISPs across the country – Montana, Illinois, Kansas, Georgia, and Alabama. In those cases, like the instant case, Plaintiffs alleged devices designed by NebuAd and installed in the ISPs' networks intercepted, analyzed, and modified class members' Internet communications and transmissions, without notice or consent. In addition, Plaintiffs alleged that Defendants installed tracking code on Plaintiffs and class members' computers, in violation of the Electronic Communications Privacy Act, the Computer Fraud and Abuse Act, California's Invasion of Privacy Act, California's Computer Crime Law, and giving rise to a

- 3 -

claim for Unjust Enrichment.

    4. Declarant only provides this background for the purpose of informing the court that significant time and resources were expended litigating these issues. Indeed, Declarant, along with co-counsel, retained various experts in the realms of technology and privacy to support the claims brought in this matter and the various ISP cases.

    5. Focusing on this specific action, in connection with the prosecution of the claims set forth in the Actions, professionals at Panish, Shea & Boyle, LLP performed numerous tasks including, but not limited to performing legal research relating to the claims and the various legal issues arising from the actions of NebuAd as well as the various remedies available given NebuAd's changing corporate status and lack of resources; formal discovery and the preparation of formal responses; informal discovery with counsel for some of NebuAd's former Directors and Officers, and the constant meeting and conferring relating to the informal discovery; preparation and participation in multiple settlement conferences; preparation and participation in the preparation of settlement documents pertaining to both NebuAd and its former Directors and Officers; appearances at any hearings before this Court; and Declarant now continues to prepare for the taking of depositions of certain former Directors and Officers.

    6. The Action was pursued on a fully contingent basis. The total number of hours expended by the attorneys and professional support staff of my firm through October 31, 2011 in this action is 417.5 hours. A listing of the professionals who worked on these actions, the number of hours spent by each such professional and their hourly rate, is identified in the Fee Table attached as Exhibit 1 to the Declaration of Scott Kamber. The lodestar value of the services performed by Panish, Shea & Boyle, LLP in is $198,200.00. This lodestar is based upon our current hourly rates of $500.00 for myself, $400.00 for Pete Kaufman, Esq. and $150.00 for Mary Carney.

- 4 -

7.  The rates are very reasonable given the experience of the attorneys working on this matter.  A partial list of the complex and class action cases Plaintiff's counsel has prosecuted include the following:

a.  *Natural Gas Anti-Trust Cases I, II, III & IV* (Pipeline Cases), coordinated in San Diego County, J.C.C.P. Nos. 4221, 4224, 4226 and 4228.  These cases involve California class actions brought as a result of restraints put on California's electrical and gas market.  Declarant and his firm were designated lead class counsel in this matter.   A settlement was reached early on with the El Paso Defendants in the amount of $1.7 billion and has been distributed to the Class members.  Plaintiffs' counsel subsequently reached a settlement with the Sempra Defendants for approximately $1.7 billion.

b.  *Team Design v. Reliant Energy, Inc., et. al.* (Price Indexing Cases), MDL 1566, CV-S-03-1432-PMP, C.A. No. 2:03-3644.  California antitrust class action against Reliant Energy and its subsidiaries and others based on the allegation that Defendants illegally manipulated the California energy markets.  Declarant and his firm were designated lead class counsel in this matter.   The case settled with a majority of the Defendants for over $100 million.

c.  *The Rhulen Company, Inc. v. Canon U.S.A. Inc.*, Los Angeles County Superior Court Case Number BC 172473.  This case involved an initial class action brought as a result of consumers receiving a defective product.  This case was settled for a confidential sum.

d.  *Acosta v. Betz Laboratories, Inc., et al.*, Los Angeles County Superior Court, case number BC161669.  While at Engstrom, Lipscomb & Lack, Declarant assisted in the representation of over 1,000 plaintiffs claiming personal injuries from exposure to Chromium VI.  This case was settled for a confidential sum. Acosta was the sequel to Adams v. Pacific Gas and Electric, Los Angeles County Superior Court, case number BC 113000 which, after trying approximately 30 of the cases, the defendant settled all of the cases for $333 million in 1996.

- 5 -

e. *In re Vioxx*, MDL Docket Number 1657, represented a number of individual plaintiffs claiming personal injuries or death as a result of the consumption of Vioxx and was a leader in the Plaintiffs' Steering Committee which ultimately procured a pending settlement on behalf of all claimants of over $4 billion. Members of Panish Shea & Boyle also participated as lead counsel in the only Vioxx trial in California in which a jury made a finding of liability against Merck.

f. *In re Diet Drug Cases* (Fen-Phen), Los Angeles Superior Court JCCP 4032, represented a number of individual plaintiffs claiming personal injuries or death as a result of the consumption of Fen-Phen and members of Panish Shea & Boyle participated in the Plaintiff Executive Committee.

g. *In re Welding Rod Products Liability Litigation*, MDL Docket Number 1535. Represent a large number of persons claiming personal injuries resulting from exposure to welding rod fumes alleged to cause Parkinson Syndrome like symptoms.

h. *The Glendale Metrolink Derailment Cases*, Los Angeles County Superior Court, case number BC332426, pending action in which Panish Shea & Boyle represents a large number of persons claiming personal injuries resulting from the derailment of the Metrolink in Glendale, California on January 26, 2005. Members of Panish Shea & Boyle participate on the Plaintiffs Steering Committee and were designated as Co-Lead Trail Counsel.

i. *In re Crown Princess Listing Incident Cases*, Los Angeles County Superior Court, case number BC356095, pending action in which Panish Shea & Boyle represented a number of persons injured in the listing of the Crown Princess Cruise Ship in July 18, 2006. Members of Panish Shea & Boyle participate on the Plaintiffs Steering Committee.

j. *In re Toyota Motor Corp. Unintended Acceleration Cases,* United States District Court Central District of California Southern Division, case

- 6 -

number 8:10ML2151 JVS (FMOx), pending action in which Panish Shea & Boyle are Co-Lead Liaison Counsel for Personal Injury/Wrongful Death Cases arising out of the numerous persons injured by the unintended acceleration of various vehicles manufactured by Toyota Motor Corporation.  Members of Panish Shea & Boyle participate on the Plaintiffs Steering Committee.

      k.    *Johnson v. CSAA* cases, Superior Court of California, County of Sacramento, case number, 07AS03197, pending action in which Panish Shea & Boyle served as co-counsel alongside Dreyer Babich Buccola & Wood and Kershaw and Cutter & Ratinoff in representing a class of policyholders against CSAA Inter-Insurance Bureau.  The Class action arose from the failure of CSAA to waive deductibles for its insureds who have been involved in accidents with uninsured motorists.

      l.    *Singapore Airlines 006* cases, Central District of California, MDL 1394, pending action in which members of Panish Shea & Boyle served the Plaintiff's Executive Committee and Plaintiff's Steering Committee in the federal mass tort litigation concerning the air crash of Singapore Airlines Flight 006.  Brian Panish and Kevin Boyle tried the only cases for any passengers to go to trial (one ending in a confidential settlement before verdict, and the other ending in a $15 million wrongful death verdict).

      m.    *Alaska Airlines 261* cases, Northern District of California, MDL 1394, members of Panish Shea & Boyle served the Plaintiff's Executive Committee and Plaintiff's Steering Committee in the federal mass tort litigation concerning the air crash of Alaska Airlines Flight 261.

      n.    *Chatsworth Metrolink Collision* cases, Los Angeles Superior Court, Lead Case No. PC043703, pending action in which members of Panish Shea & Boyle serve the  Plaintiff's Steering Committee in the coordinated state court litigation concerning the largest train crash in U.S. history that killed 25 people and injured over 100 others.

- 7 -

9.  In light of the above exemplar cases, it is clear that we have had extensive experience in handling large cases with multiple plaintiffs warranting the rates delineated for the attorneys working on this matter.

10. In addition, members of Panish, Shea & Boyle have had tremendous success and specialize in handling complex cases, like the instant matter.  Three of the more notable results include *Anderson v. General Motors* ($4,907,632,000.00 verdict), *Lampe v. Continental Tires* ($58 million verdict) and Beltran v. Boeing ($13,580,000.00 settlement).  The *Anderson* verdict was obtained by Brian Panish and is recognized as the largest product liability verdict in American history ever obtained on a single vehicle incident.   The *Lampe* verdict was obtained by Brian Panish and Adam Shea and was recognized as the largest verdict in American history awarded in a single vehicle tire defect case.  In *Beltran v. Boeing*, Kevin Boyle obtained the largest known settlement, $13,580,000.00 for military personnel injured during the war in Iraq due to defective components in an Apache helicopter which permanently paralyzed an officer.  These public verdicts and settlements merely highlight the scores of confidential seven and eight figure settlements in product liability actions against companies like Ford Motor Company, General Motors, Chrysler, Nissan, Continental Tire Company, Cooper Tires, Michelin, and others.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing declaration is true and correct.  Executed this 1st day of November 2011, at Los Angeles, California.

                                                                     /s/ Rahul Ravipudi
                                                                        Rahul Ravipudi