David C. Parisi, Esq. (SBN 162248)
Suzanne Havens Beckman, Esq. (SBN 188814)
*dcparisi@parisihavens.com*
*shavens@parisihavens.com*
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California  91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Attorneys for plaintiffs,
Individually, and on behalf of themselves and all
Others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VALENTINE, et al.<br><br>                    Plaintiffs,<br><br>     v.<br><br>NEBUAD, INC., et al. | Case No. 3:08-cv-05113 (THE) (EMC)<br><br>**DECLARATION OF DAVID C. PARISI IN SUPPORT OF ATTORNEY FEES AND COST APPLICATION** |

I, David C. Parisi, state and declare as follows:

1. I am an attorney at law, duly licensed to practice before all the courts of the State of California. I am a partner in the law firm of Parisi & Havens LLP. I am the attorney primarily responsible for the handling of this litigation on behalf of Parisi & Havens LLP. I make this declaration based upon my own personal knowledge. If called to testify, I could and would testify to the facts contained herein.

2. I have been practicing law since passing the California State bar in 1992. The principals of Parisi & Havens LLP are Suzanne Havens Beckman and myself. Together, over the last ten years, we have successfully litigated numerous complex class actions and insurance coverage cases on behalf of plaintiffs. We have been lead counsel for plaintiffs in lawsuits which, combined, have settled for in excess of $200,000,000.00 payments to our clients. I have been practicing law for approximately 19 years, Ms. Havens Beckman for approximately 15 years and Ms. Moradmand for approximately 3 years.

3. Throughout my firm's involvement in this action, we did our part to ensure that the tasks necessary to prosecute the case were allocated among counsel in our firm and outside of our firm appropriately and were conducted efficiently, without undue duplication of effort, and at minimal expense. We work very efficiently with our co-counsel and complement each other's work and skill-set. Not being paid by the hour, we had an incentive to conduct our efforts efficiently. So too, being responsible for advancing all expenses, we had an incentive not to expend funds unnecessarily.

4. The attorneys at Parisi & Havens LLP record their time contemporaneously with the work performed. As of November 1, 2011, the total number of hours spent by the attorneys in my firm on this litigation was 30.7 hours. None of this time was spent preparing this fee declaration or addressing the attorney fee application. This time breaks down as follows:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| David C. Parisi | 28.20 | $510.00 | $14.382.00 |
| Suzanne Havens Beckman | .7 | $490.00 | $343.00 |
| Azita Moradmand | 1.8 | $250.00 | $450.00 |
| **Totals** | **30.7** | **Total** | **$15.175.00** |

5. The total loadstar amount, based on my firm's current hourly rate identified above is $15,175.00. This figure is based on the rates my firm charges on litigation matters.

6. In addition, my firm has incurred costs of $15.43.

I declare under penalty perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 1, 2011, at Sherman Oaks, California.

          ___s/David C. Parisi_____
          David C. Parisi