1
2
3
4
5
# THE UNITED STATES DISTRICT COURT
6
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8
### SAN FRANCISCO DIVISION
9
10
11

| | |
|---|---|
| Valentine, et al. | **No. 3:08-cv-05113 TEH** |
| | [Assigned to Thelton E. Henderson] |
| v. | **DECLARATION OF JOSEPH H. MALLEY IN SUPPORT OF MOTION FOR ATTORNETS' FEES AND INCENTIVE AWARDS** |
| NebuAd, et al | |

I, Joseph H. Malley, hereby declare as follows:

    1.    I am an attorney at law, duly licensed to practice before all the courts of the State of Texas and admitted *pro hace vice* in this action. I am a partner in the law firm of Law Offices of Joseph H. Malley. I am the attorney primarily responsible for the handling of this litigation on behalf of my firm and serve as co-lead counsel for the class in this matter. I am co-counsel for plaintiffs. I make this declaration in support of Plaintiffs' Motion for Award of Attorneys' Fees, Costs, and Incentive Awards. I actively participated in this litigation since its inception and am fully familiar with the proceedings currently pending to resolve this matter. I make this declaration based upon my own personal knowledge. If called to testify, I could and would testify to the facts contained herein. If called upon, I am competent to testify that the following facts are true and correct to the best of my knowledge.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2.      For over four months prior to the filing of the complaint in this matter, I and personnel under my direct supervision worked closely with co-counsel from KamberLaw, LLC (formerly KamberEdelson, LLC) and certain class representatives to investigate facts and develop  legal theories contained in the complaint. This pre-complaint effort was intensive, occupying hundreds of hours of attorney and client time as well as consultations with certain nonlegal experts. This case impacted millions of class members.

3.      The incentive awards sought on behalf of the class representative is in proportion to the time and effort he spent in assisting our development of the case.

4.      Throughout my firm's involvement in this action, we did out part to ensure that the tasks necessary to prosecute the case were allocated among counsel appropriately and were conducted efficiently, without undue duplication of effort, and at minimal expense. Not being paid by the hour, we had an incentive to conduct our efforts efficiently. Similarly, being responsible for advancing all expenses, we had an incentive not to expend funds unnecessarily. As an example, the great majority of hours spent by me and firm were spent in the pre-complaint investigation phase, and later, in working with our clients during the period surrounding the mediations.

5.      As of November, 1, 2011, the total number of hours spent by the attorneys and support and staff in my firm on this litigation is 488.50. The total lodestar amount, based on my firm's current hourly rated, is $207,712.52 This figure is based on the rates my firm charges in litigation matters. We account for expenses separately,

J. H. Malley Decl. in support of Plaintiffs'
Motion for Fees and Awards

No. C3:08-cv-05113-TEH

which are not duplicated in our professional billing rates. The attorney and support staff

fees expended by my firm are as follows:

| ATTORNEY (Position) | YEARS OF PRACTICE | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Joseph H. Malley (Partner) | 25+ | 358.50 | 525 | 188,212.50 |
| Jennifer Valdez (paralegal) | N/A | 130 | 150 | 19, 500 |
| TOTAL | | | | 207,712.50 |

    6.    All expenses incurred were paid by, or reimbursed by, KamberLaw, LLC,

and/ or Panish Shea & Boyle, LLP. Thus, my firm does not qualify for any expenses

related directly and solely related to this litigation. While my firm does track certain

expenses, the expenses expended on this lawsuit for copying costs, legal research and

postage were not tracked.

I declare under penalty perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on November 1, 2011 at Dallas, Texas.

Joseph H. Malley