| ACTIVITY | HOURS | | | | |
|---|---|---|---|---|---|
| | Parisi & Havens | Joseph H. Malley | Panish, Shea & Boyle | Kamber Law | TOTAL |
| **Complaint Investigation and Drafting:** Fact investigation; legal research; client/class member interviews; expert consultation; settlement demand; initial pleading draft; preservation demand | 5.50 | 199.0 | 0.00 | 57.0 | **261.5** |
| **Discovery:** Initial disclosures; litigation of jurisdictional discovery issues; discovery requests; motions to compel; coordination with assignee for benefit of creditors; discovery of status of assignor assets; review of discovery responses; expert consultation; former Defendant employee deposition participation | 0.00 | 80.0 | 30.00 | 293.0 | **403.0** |
| **Other Litigation:** Motions to dismiss responses; litigation of Defendant's counsel's request to withdraw; status conferences and scheduling; proof of claims submission to Defendant's assignee | 10.20 | 62.0 | 180.0 | 173.0 | **425.2** |
| **Mediation:** Mediation preparation; client consultation; pre-mediation conferences; Defendant's corporate status investigation; mediation participation | 0.00 | 11.0 | 75.00 | 95.0 | **181.0** |
| **Resolution:** Settlement framework negotiations; client consultation; research/discovery review regarding relevant ISPs; consumer advocacy organization consultation; expert consultation; insurance coverage review; Defendant former directors and officers negotiations; settlement negotiations; settlement agreement draft | 15.00 | 6.5 | 100.0 | 308.0 | **429.5** |
| **Court Approval:** Preliminary approval motion; notice | 0.00 | 0.00 | 15.00 | 52.0 | **52.0** |
| **TOTAL** | **30.7** | **358.5** | **400.0** | **978.0** | **1,767.2** |