IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VALENTINE, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>NEBUAD INC., et al.,<br><br>    Defendant. | No. C 08-05113 TEH<br><br>**ORDER OF REFERENCE<br>TO MAGISTRATE JUDGE** |

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on Plaintiffs' motion for attorneys' fees and costs. The hearing on the motion for attorneys' fees and costs noticed for December 19, 2011 is hereby vacated. The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

    Further, the fairness hearing remains scheduled for Monday, December 19, 2011, at 10 a.m.

**IT IS SO ORDERED.**

Dated: 11/07/2011

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE