UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

DAN VALENTINE,

                Plaintiff(s),               No. C 08-05113 TEH (LB)

   v.

NEBUAD INC.,                           **NOTICE OF REFERRAL AND HEARING DATE**

                Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The district court has referred Plaintiff's motion for attorneys' fees and costs (ECF No. 241) to United States Magistrate Judge Laurel Beeler. The telephonic hearing is scheduled for **December 1, 2011** at **11:00 a.m.** Counsel will contact the courtroom deputy, Lashanda Scott at (510) 637-3525 and provide her with direct dial phone numbers for the conference call, no later than November 28, 2011. **The briefing schedule, however, remains the same: Defendants shall file any opposition brief by November 16, 2011 (or a statement of non-opposition as soon as possible), and Plaintiff shall file any reply brief by November 23, 2011.** *See* Civ. L.R. 7-3. The parties must comply with the Federal Rules of Civil Procedure, the Local Rules of Civil Procedure, and Judge Laurel Beeler's standing order, which is attached.

    In addition, no later than November 16, 2011, each of Plaintiff's counsel are directed to submit to the court charts that detail the time spent and tasks performed by each attorney and legal assistant who worked on this matter to facilitate the court's lodestar analysis.

Dated: November 9, 2011                           RICHARD W. WIEKING, CLERK

                                                                     By: _____
                                                                         Lashanda Scott, Court Deputy

NOTICE OF REFERRAL AND HEARING DATE
C 08-05113 TEH (LB)