ROBERT A. WEIKERT (State Bar No. 121146)
rweikert@nixonpeabody.com
TALLEY MCINTYRE HENRY (State Bar No. 203131)
thenry@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

JASON C. KRAVITZ (*Pro Hac Vice*)
jkravitz@nixonpeabody.com
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110-2131
Telephone: (617) 345-1000
Fax: (617) 345-1300

Attorneys for Defendant
NEBUAD, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VALENTINE, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>NEBUAD, INC., et al.,<br><br>　　　　　　　Defendants. | No. C08cv-05113(TEH)(EMC)<br><br>**STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS**<br><br>Date: December 1, 2011<br>Time: 11:00 a.m.<br>United States Magistrate Judge Laurel Beeler<br><br>Complaint File: November 10, 2008<br>Trial Date:   None Set |

　　　　Defendant, NebuAd, Inc., hereby states its non-opposition, in principle, to Plaintiffs' Motion for Approval of Attorneys' Fees and Costs.

/ / /

/ / /

/ / /

STATEMENT OF NON-OPPOSITION TO PLAINTIFFS'
MOTION FOR APPROVAL OF ATTORNEYS' FEES AND
COSTS -CASE NO. C08CV-05113(TEH)(EMC)

13677519.3

1
2  DATED: November 10, 2011          Respectfully submitted,
3                                    NIXON PEABODY LLP
4
5                                    By:  /s/ Talley McIntyre Henry
                                         TALLEY MCINTYRE HENRY
6                                        Attorneys for Defendant
                                         NEBUAD, INC.
7

-2-

STATEMENT OF NON-OPPOSITION TO PLAINTIFFS'
MOTION FOR APPROVAL OF ATTORNEYS' FEES AND
COSTS -CASE NO. C08CV-05113(TEH)(EMC)

13677519.3