1  SCOTT A. KAMBER (*pro hac vice*)
   skamber@kamberlaw.com
2  DAVID A. STAMPLEY (*pro hac vice*)
   dstampley@kamberlaw.com
3  KamberLaw, LLC
4  100 Wall Street, 23rd Floor
   New York, New York 10005
5  Telephone:(212) 920-3072
   Facsimile: (212) 202-6364
6
7  BRIAN J. PANISH (SBN 116060)
   panish@psblaw.com
8  RAHUL RAVIPUDI (SBN 204519)
   ravipudi@pbslaw.com
9  PANISH, SHEA & BOYLE, LLP
10 11111 Santa Monica Boulevard, Suite 700
   Los Angeles, California 90025
11 Telephone:(310) 477-1700
   Facsimile:(310) 477-1699
12
   Class Counsel
13 Additional counsel listed on signature pages

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| DAN VALENTINE, *et al.*, | No. 3:08-cv-05113 (TEH) (LB) |
| Plaintiffs, | |
| vs. | **NOTICE OF LODGING OF EXHIBIT IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |
| NEBUAD, INC., *et al.*, | |
| Defendants. | Complaint Filed: November 10, 2008<br>Telephonic Hearing: December 1, 2011<br>Hearing Time: 11:00 a.m. |

PLEASE TAKE NOTICE that in support of Plaintiffs' Motion for Attorneys' Fees and Costs, Scott A. Kamber, on behalf of Plaintiffs, hereby lodges the attached charts detailing the time spent and tasks performed by each attorney and legal assistant who worked on this matter as requested in the November 9, 2011 Notice of Referral and Hearing Date. The data for the charts was provided by each participating firm to class counsel to facilitate a single filing.

| | | |
|---|---|---|
| Dated: November 16, 2011 | | Respectfully submitted,<br>KAMBERLAW, LLC |
| | By: | s/Scott A. Kamber<br>Scott A. Kamber<br>One of the Attorneys for Plaintiffs, individually and on behalf of a Class of similarly situated individuals |

JOSEPH H. MALLEY (*pro hac vice*)
Law Office Of Joseph H. Malley, P.C.
1045 North Zang Boulevard
Dallas, Texas 75208
Telephone:(214) 943-6100
Facsimile: (214) 943-6170

DAVID C. PARISI (SBN 162248)
dcparisi@parisihavens.com
SUZANNE HAVENS BECKMAN (SBN 188814)
shavens@parisihavens.com
Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone:(818) 990-1299
Facsimile:(818) 501-7852

| ACTIVITY | KAMBERLAW HOURS | | | | |
|---|---|---|---|---|---|
| | Scott A. Kamber | David A. Stampley | Dana Rubin | Deborah Kravitz | Grace Parasmo |
| **Complaint Investigation and Drafting:** Fact investigation; legal research; client/class member interviews; expert consultation; settlement demand; initial pleading draft; preservation demand | 33.75 | 23.25 | 0.00 | 0.00 | 0.00 |
| **Discovery:** Initial disclosures; litigation of jurisdictional discovery issues; discovery requests; motions to compel; coordination with assignee for benefit of creditors; discovery of status of assignor assets; review of discovery responses; expert consultation; former Defendant employee deposition participation | 22.50 | 248.00 | 22.50 | 0.00 | 0.00 |
| **Other Litigation:** Motions to dismiss responses; litigation of Defendant's counsel's request to withdraw; status conferences and scheduling; proof of claims submission to Defendant's assignee | 15.25 | 113.50 | 32.00 | 12.25 | 0.00 |
| **Mediation:** Mediation preparation; client consultation; pre-mediation conferences; Defendant's corporate status investigation; mediation participation | 62.75 | 31.00 | 0.00 | 1.25 | 0.00 |
| **Resolution:** Settlement framework negotiations; client consultation; research/discovery review regarding relevant ISPs; consumer advocacy organization consultation; expert consultation; insurance coverage review; Defendant former directors/officers negotiations; settlement negotiations; settlement agreement draft | 215.00 | 80.75 | 7.25 | 0.00 | 5.00 |
| **Court Approval:** Preliminary approval motion; notice | 24.75 | 11.50 | 3.25 | 5.50 | 9.00 |
| **TOTAL** | 374.00 | 508.00 | 65.00 | 19.00 | 14.00 |

| ACTIVITY | PANISH SHEA HOURS | | | TOTAL |
|---|---|---|---|---|
| | R. Ravipudi | P. Kaufman | M. Carney (Admin) | |
| **Complaint Investigation and Drafting:** Fact investigation; legal research; client/class member interviews; expert consultation; settlement demand; initial pleading draft; preservation demand | 0.00 | 0.00 | 0.00 | 0.00 |
| **Discovery:** Initial disclosures; litigation of jurisdictional discovery issues; discovery requests; motions to compel; coordination with assignee for benefit of creditors; discovery of status of assignor assets; review of discovery responses; expert consultation; former Defendant employee deposition participation | 10.00 | 20.00 | 0.00 | 30.00 |
| **Other Litigation:** Motions to dismiss responses; litigation of Defendant's counsel's request to withdraw; status conferences and scheduling; proof of claims submission to Defendant's assignee | 160.00 | 20.00 | 0.00 | 180.00 |
| **Mediation:** Mediation preparation; client consultation; pre-mediation conferences; Defendant's corporate status investigation; mediation participation | 75.00 | 0.00 | 10.00 | 85.00 |
| **Resolution:** Settlement framework negotiations; client consultation; research/ discovery review regarding relevant ISPs; consumer advocacy organization consultation; expert consultation; insurance coverage review; Defendant former directors and officers negotiations; settlement negotiations; settlement agreement draft | 100.00 | 0.00 | 0.00 | 100.00 |
| **Court Approval:** Preliminary approval motion; notice | 15.00 | 0.00 | 0.00 | 15.00 |
| **TOTAL** | **360.0** | **40.0** | **10.0** | **410.0** |

| ACTIVITY | LAW OFFICES OF J. MALLEY HOURS | | | |
|---|---|---|---|---|
| | J. Malley | J. Valdez (Admin) | | TOTAL |
| **Complaint Investigation and Drafting:** Fact investigation; legal research; client/ class member interviews; expert consultation; settlement demand; initial pleading draft; preservation demand | 199.00 | 96.50 | | 295.50 |
| **Discovery:** Initial disclosures; litigation of jurisdictional discovery issues; discovery requests; motions to compel; coordination with assignee for benefit of creditors; discovery of status of assignor assets; review of discovery responses; expert consultation; former Defendant employee deposition participation | 80.00 | 26.50 | | 106.50 |
| **Other Litigation:** Motions to dismiss responses; litigation of Defendant's counsel's request to withdraw; status conferences and scheduling; proof of claims submission to Defendant's assignee | 62.00 | 4.50 | | 66.50 |
| **Mediation:** Mediation preparation; client consultation; pre-mediation conferences; Defendant's corporate status investigation; mediation participation | 11.00 | 2.50 | | 13.50 |
| **Resolution:** Settlement framework negotiations; client consultation; research/ discovery review regarding relevant ISPs; consumer advocacy organization consultation; expert consultation; insurance coverage review; Defendant former directors and officers negotiations; settlement negotiations; settlement agreement draft | 6.50 | 0.00 | | 6.50 |
| **Court Approval:** Preliminary approval motion; notice | 0.00 | 0.00 | | |
| **TOTAL** | **358.5** | **130.0** | | 488.5 |

|  | PARISI & HAVENS HOURS | | | |
|---|---|---|---|---|
| **ACTIVITY** | **D. Parisi** | **S. Havens** | **A. Moradmand** | TOTAL |
| **Complaint Investigation and Drafting:** Fact investigation; legal research; client/class member interviews; expert consultation; settlement demand; initial pleading draft; preservation demand | 5.50 | 0.00 | 0.00 | 5.50 |
| **Discovery:** Initial disclosures; litigation of jurisdictional discovery issues; discovery requests; motions to compel; coordination with assignee for benefit of creditors; discovery of status of assignor assets; review of discovery responses; expert consultation; former Defendant employee deposition participation | 0.00 | 0.00 | 0.00 | 0.00 |
| **Other Litigation:** Motions to dismiss responses; litigation of Defendant's counsel's request to withdraw; status conferences and scheduling; proof of claims submission to Defendant's assignee | 7.70 | .70 | 1.80 | 10.20 |
| **Mediation:** Mediation preparation; client consultation; pre-mediation conferences; Defendant's corporate status investigation; mediation participation | 0.00 | 0.00 | 0.00 | 0.00 |
| **Resolution:** Settlement framework negotiations; client consultation; research/ discovery review regarding relevant ISPs; consumer advocacy organization consultation; expert consultation; insurance coverage review; Defendant former directors and officers negotiations; settlement negotiations; settlement agreement draft | 15.00 | 0.00 | 0.00 | 15.00 |
| **Court Approval:** Preliminary approval motion; notice | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL** | **28.2** | **0.7** | **1.8** | 30.7 |