UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: December 19, 2011

**Case No:** C 08-05113 TEH

**Case Title**: DAN VALENTINE v. NEBUAD INC.

**Appearances:**

    For Plaintiff(s): Scott Kamber; Joseph Malley

    For Defendant(s): Talley Henry; Jason Kravitz

**Deputy Clerk**: Tana Ingle      **Court Reporter**: Sahar Bartlett
**Time in Court:** 5 minutes

### PROCEEDINGS

1. Fairness Hearing - Held

### SUMMARY

Court finds adequate notice was provided to class members. No class members are present, and no objections or opt-outs have been received.  Court finds settlement satisfactory pursuant to Federal Civil Rule 23 and grants final approval of class settlement and judgment between Plaintiff and Defendant NebuAd.  Case shall be closed, but jurisdiction is retained for enforcement of settlement.  Court signed proposed order for final approval in open court.